```
1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se
```

FILED

2007 DEC 28  P 12: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL.,<br><br>　　　　　Defendants. | Case No.: **CO7-06268-PVT**<br><br>PROOF OF SERVICE SUMMONS, COMPLAINT, AND INITIAL COURT ISSUED DOCUMENTS<br><br>HON. PATRICIA V. TRUMBULL |

I, Araya Silpikul, declare:

I am over the age of eighteen and not a party to this action. My residence address is 1296 Arabelle Way, San Jose, CA 95132.

On December 14, 2007, I served a true and correct copy of the following documents

1. Summons

2. Complaint

3. Initial Court Issued Document Set

　　a. Order Setting Initial Case Management Conference and ADR Deadlines

　　b. Magistrate Judge Patricia V. Trumbull Standing Order

　　c. Consent to Proceed Before a U.S. Magistrate Judge

　　d. Declination to Proceed Before a Magistrate Judge

　　e. Standing Order for All Judges of the Northern District of California

---

PROOF OF SERVICE: COMPLAINT, SUMMONS　　　　　　　　　　　　　　　　　　　　　　1
Case No.: C07-06268-PVT

1      f. Standing Order Regarding Case Management in Civil Cases

2      g. Guidelines for the Filing Process

3      h. NDCA, SJ Division, Law and Motion Hearing Schedules

4      i. General Order No. 40

5      j. ECF Registration Information Handout

6      k. General Order No. 45

7      l. Notice of Electronic Availability of Case File Information

8      m. General Order No. 53

9      n. Notice of Lawsuit and Request for Waiver of Service of Summons

10     o. Waiver of Service of Summons

11     p. Instruction for Completion of ADR Forms RE Selection of An ADR Process

12         i. ADR Certification By Parties and Counsel

13         ii. Stipulation and [Proposed] Order Selecting ADR Process

14         iii. Notice of Need for ADR Phone Conference

15     q. Order of Chief Judge RE Electronic Filing In Cases with Unrepresented Parties

16     r. Dispute Resolution Procedures

17 on each of the following persons/entities:

18     a. Defendant Elaine Chao, Secretary of Labor by Certified Mail (*see* attached Return of

19 Service)

20     b. U.S. Attorney General by Certified Mail (*see* attached Return of Service)

21     c. U.S. Attorney, San Francisco, CA, by personal service (*see* attached Return of

22 Service)

23     d. California Attorney General by personal service (*see* attached Return of Service,

24 California's Department of Justice's Civil Service of Process Cover Sheet, and Service of

25 Process Disclaimer)

26     e. Defendant EDD by personal service (*see* attached Return of Service)

27     f. Defendant Deborah Bronow by personal service (*see* attached Return of Service)

28     g. Defendant Talbott Smith by personal service (*see* attached Return of Service)

PROOF OF SERVICE: COMPLAINT, SUMMONS
Case No.: C07-06268-PVT

2

     h.  Defendant Forrest Boomer by personal service (*see* attached Return of Service)

And, on December 17, 2007, I served the documents listed above on each of the following persons:

     1.  Defendant Peter Kindschi by personal service (*see* attached Return of Service)

     2.  Defendant Pauline Gee by personal service (*see* attached Return of Service)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED this __17th__ day of December, 2007.

_____
Araya Sipikul

AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |  |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | December 14, 2007 |
| Name of SERVER   Araya Silpikul | TITLE | N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: NAGAHI V. CAL EDD, ET.AL C07-06268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

*Also served:*
*1. Initial CMC and ADR deadlines*
*2. Judges standing orders*
*3. Dispute Resolution Procedures als 12/14/07*

☐ Returned unexecuted:

☑ Other (specify): Service per FRCP, R. 4(i)(2) on defendant ELAINE CHAO
U.S. Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington, DC 20210-0001

*Certified mail receipt: 7007 1490 0000 8198 3061*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 14, 2007
                    Date

Signature of Server

1296 Arabelle Way
San Jose, CA  95132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: December 14, 2007 |
| Name of SERVER: Araya Silpikul | TITLE: N/A |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served: NAGAHI V. CAL EDD, ET AL C07-06268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Service per FRCP, R. 4(i)(1)(B) on U.S. ATTORNEY GENERAL
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

Also served:
1. Initial CMC and ADR deadlines
2. Judges standing orders
3. Dispute Resolution Procedures
12/14/07

Certified mail receipt
7001 1490 0000 8198 3030

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 14, 2007
Date

Signature of Server

1296 Arabelle Way
San Jose, CA 95132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE December 14, 2007 |
| Name of SERVER   Araya Silpikul | TITLE   N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: NAGAHI v. CAL. EDD, ET AL. C07-06268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Also served:
1. Initial CMC and ADR deadlines
2. Judges standing orders
3. Dispute Resolution Procedures.

☑ Other (specify): Personal service per FRCP, R. 4(i)(1)(A)(i) on U.S. ATTORNEY

US Attorney's Office
450 Golden Gate
San Francisco, CA 94102

Person Accepting Service of Process
Elvie Sato
Civil Process Clerk   X-7246
@ 1:06 pm

12/14/07
Signature

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $120.00 | TOTAL $120.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 14, 2007
              Date

Signature of Server

1296 Arabelle Way
San Jose, CA  95132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | December 14, 2007 |
| Name of SERVER  Araya Silpikul | TITLE | N/A |

*Check one box below to indicate appropriate method of service*

☐  Served Personally upon the Defendant. Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☑  Other (specify): Personal service on CALIFORNIA ATTORNEY GENERAL

CAL. Attorney General     Person Receiving Service of Process
455 Golden Gate
Suite 11000
San Francisco, CA 94102

ALSO SERVED:
1. Initial CMC and ADR deadlines
2. Judges standing orders
3. Dispute Resolution Procedures

AS 12/14/07

Signature

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 14, 2007
                   Date

Signature of Server

1296 Arabelle Way
San Jose, CA  95132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

## DEPARTMENT OF JUSTICE
### Civil Service of Process Cover Sheet
Please circle one: SAC **SF** OAK SD FRESNO


RECEIVED
Date Received
DEC 14 2007
OFFICE OF THE ATTORNEY GENERAL
SAN FRANCISCO, CALIFORNIA
BY _____ CLERK

| | | | |
|---|---|---|---|
| Case Name: | NAGAHI V. CAL EDD | | |
| County: | SANTA CLARA | Court No.: | C07-06268 PVT |
| Document(s) served: | ☑ Summons and Complaint/Cross Complaint<br>☑ Case Management Conference Memo<br>☐ Case Management Statement<br>☐ Notice of Deposition<br>☐ Civil Case Cover Sheet<br>☐ Statement of Damages<br>☐ Order to File Case Management Statement<br>☑ Alternative Dispute Resolution Policy Statement<br>☐ Deposition Subpoena for Production of Business Records<br>☐ Notice of Consumer or Employee and Objection and check for $15.00<br>☑ Notice of Assignment & Case Management Conference | ☐ Writ of Mandate and Complaint for Declaratory Relief<br>☐ Other (please list): | |
| Process Server's Name: | ARAYA SILPIKUL | | |
| Name of Company: (Include business name, address, and telephone number) | N/A | | |
| Receptionist/ Security Signature: | X Evelyn VIRINA | | |
| **FOR SERVICE DEPUTY'S USE ONLY** | | | |
| Forwarded to: | Supervising Deputy Attorney General<br>Susan M. Carson | Date Forwarded:<br>12/14/2007 | |
| Name of Service Deputy, section, and telephone number: | Carolyn Wiley<br>(415) 703-5564 | | |
| NOTES: | | | |

The attached document(s) appear(s) to be the responsibility of your section; if they are **not**, please return them to the service deputy named above, noting the section to which they are to be directed.

(Rev. 5/2004)

# DEPARTMENT OF JUSTICE

### SERVICE OF PROCESS DISCLAIMER

TO ALL PERSONS ATTEMPTING SERVICE OF PROCESS UPON THE OFFICE OF THE ATTORNEY GENERAL:

**PLEASE BE ADVISED THAT STAFF ASSIGNED TO RECEIVE DOCUMENTS DELIVERED TO THE ATTORNEY GENERAL'S OFFICE ARE NOT AUTHORIZED TO ACCEPT SUCH DOCUMENTS AS PROPERLY SERVED. FURTHER, STAFF ARE NOT AUTHORIZED TO RECEIVE DOCUMENTS ON BEHALF OF ANY INDIVIDUAL.** In receiving documents delivered by process servers and other members of the public, Office personnel do not thereby waive any right of the State of California, the Attorney General's Office, any other entity of the State of California, or any individual to object to the validity of the service.

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | | DATE December 14, 2007 |
| Name of SERVER Araya Silpikul | | TITLE N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

NAGAHI v. CAL. EDD, ET. AL
C07-06268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Also served:
1. Initial CMC and ADR deadlines
2. Judges standing orders
3. Dispute Resolution Procedures

☐ Returned unexecuted:

☑ Other (specify): Personal service per FRCP, R. 4(e)(2) on defendant EDD   12/14/07

EDD
Legal Office, MIC 53
800 Capitol Mall,
Sacramento, CA 95814

Person Accepting Service of Process
Barbara Kaufman

Signature

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $135.00 | TOTAL $135.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 14, 2007
              Date

Signature of Server

1296 Arabelle Way
San Jose, CA 95132
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE December 14, 2007 |
| Name of SERVER Araya Silpikul | TITLE N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: NAGAHI, V. CAL. EDD, ET AL. C07-06268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

*Also served:*
*1. Initial CMC and ADR deadlines*
*2. Judges standing orders*
*3. Dispute Resolution Procedures*

☑ Other (specify): Personal service per FRCP, R. 4(e)(2) on defendant DEBORAH BRONOW   12/14/07

EDD
Legal Office, MIC 53
800 Capitol Mall,
Sacramento, CA 95814

Person Accepting Service of Process
Barbara Castner
Asst Chief Counsel
Signature

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   December 14, 2007
                  Date

Signature of Server
1296 Arabelle Way
San Jose, CA 95132
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE December 14, 2007 |
| Name of SERVER Araya Silpikul | TITLE N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: NAGAHI V. CAL.EDD, er AL.
C07-06268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecluted:

Also served:
1. Initial CMC and ADR deadlines
2. Judges standing orders
3. Dispute Resolution Procedures.
AS 12/14/07

☑ Other (specify): Personal service per FRCP, R. 4(e)(2) on defendant TALBOTT SMITH
EDD
Legal Office, MIC 53
800 Capitol Mall,
Sacramento, CA 95814

Person Accepting Service of Process
[signature]
Signature

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     December 14, 2007
                Date

[signature]
Signature of Server

1296 Arabelle Way
San Jose, CA 95132
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]     DATE: December 14, 2007 |
| Name of SERVER: Araya Silpikul     TITLE: N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: NAGAHI V. CAL EDD, ET AL. C07-06268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Also served:
1. Initial CMC and ADR deadlines
2. Judges standing orders
3. Dispute Resolution Procedures.
12/14/07

☑ Other (specify): Personal service per FRCP, R. 4(e)(2) on defendant FORREST BOOMER
EDD
Legal Office, MIC 53
800 Capitol Mall
Sacramento, CA 95814

Person Accepting Service of Process

Signature

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 14, 2007
    Date

Signature of Server

1296 Arabelle Way
San Jose, CA 95132
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: December 14, 2007 |
| Name of SERVER: Araya Silpikul | TITLE: N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: NAGAHL v. CAL. EDD, ET. AL. C07-C6268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Also served:
1. Initial CMC and ADR deadlines
2. Judges standing orders
3. Dispute Resolution Procedures.
 as/

☑ Other (specify): Personal service per FRCP, R. 4(e)(2) on defendant PETER KINDSCHI
EDD Legal Office, MIC-53
800 Capitol Mall
Sacramento, CA 958-

Person Accepting Service of Process

Sunnyvale UIB @ 8:07 a.m.

12/17/07    as

Signature

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $120.00 | TOTAL $120.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  December 17, 2007    as  12/17/07
Date

Signature of Server

1296 Arabelle Way
San Jose, CA  95132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: December 14, 2007 |
| Name of SERVER: Araya Silpikul | TITLE: N/A |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: NAGAHI v. CAL. EDD, ET AL. C07-06268-PVT

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Also served:
1. Initial CMC and ADR deadlines
2. Judges standing orders
3. Dispute Resolution Procedures
AS

☑ Other (specify): Personal service per FRCP, R. 4(e)(2) on defendant PAULINE GEE

EDD
~~Legal Office, MIC 53~~
~~800 Capitol Mall~~
~~Sacramento, CA 95814~~

12/17/07

Person Accepting Service of Process
Sunnyvale UIB @ 8:57 a.m.
_____
Signature

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 17, 2007
Date

Signature of Server

1296 Arabelle Way
San Jose, CA 95132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure