1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

**FILED**

2001 DEC 28  P 12: 02

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA. SJ

CIPVT

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

| | |
|---|---|
| 11  **REZA NAGAHI,** | Case No.: **CO7-06268-PVT** RN |
| 12                            Plaintiff, | |
| 13       vs. | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| 14  **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL.,** | |
| 15                            Defendants. | |

17  CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

18  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

19  hereby voluntarily consents to have the Honorable Patricia V. Trumbull, United States Chief

20  Magistrate Judge, conduct any and all further proceedings in the case, including trial, and order

21  the entry of final judgment. Appeal from the judgment shall be taken directly to the United

22  States Court of Appeals for the Ninth Circuit.

24  Dated: 12/28/07                    _Reza Nagahi_

                                       Reza Nagahi
25                                     Plaintiff, Pro Se

1    **CERTIFICATE OF SERVICE**

2        I, Reza Nagahi, certify that on December 28, 2007, I mailed a true and correct copy of the

3    foregoing *CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE* to

4    the following parties to this action or their agent(s) authorized by appointment to receive

5    service, via regular, first class United States mail, postage fully pre-paid, addressed to:

6        Elaine Chao                          EDD
         U.S. Department of Labor             Legal Office, MIC 53
7        Frances Perkins Building             800 Capitol Mall
         200 Constitution Ave., NW            Sacramento, CA 95814
8        Washington, D.C. 20210-0001

9
         Deborah Bronow                       Talbott Smith
10       Legal Office, MIC 53                 Legal Office, MIC 53
         800 Capitol Mall                     800 Capitol Mall
11       Sacramento, CA 95814                 Sacramento, CA 95814

12
         Forrest Boomer                       Peter Kindschi
13       Legal Office, MIC 53                 Sunnyvale EDD
         800 Capitol Mall                     420 S. Pastoria Ave
14       Sacramento, CA 95814                 Sunnyvale, CA 94086

15
         Pauline Gee
16       Sunnyvale EDD
         420 S. Pastoria Ave
17       Sunnyvale, CA 94086

18       Under penalty of perjury, I declare that the foregoing is true and correct.

19       Dated this 28th day of December, 2007.

20

21                                            Reza Nagahi

22

23

24

25

26

27

28

CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE                          2
Case No.: C07-06268-PVT