1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

FILED

2008 JAN -2  P 3: 32

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>　　　　Plaintiff,<br>vs.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, ET AL.,<br><br>　　　　Defendants. | Case No.: **C07-06268-PVT**<br><br>**PLAINTIFF'S APPLICATION FOR ADMINISTRATIVE RELIEF RE: LEAVE TO BE INCLUDED IN THE E-FILING PROGRAM**<br><br>**Date:**<br>**Time:**<br>**Courtroom:**<br><br>**HON. PATRICIA V. TRUMBULL** |

　　　Plaintiff Reza Nagahi, *pro se*, pursuant to Civil L.R. 7-11, hereby applies for an order permitting him to be included in the Electronic Case Filing Program (ECP/e-filing).

　　　The reasons supporting this application are as follows. As a pro se, plaintiff is at a great disadvantage in that he does not have an assistant and, as such, he must perform all the tasks involved with research, drafting, printing, serving and filing of each document. E-filing would not relieve time constraints with respect to research and drafting of the documents. However, plaintiff must serve nine defendants and given the number of documents that must be filed throughout this case, electronic filing and serving of all submissions to the court would result in an incredible amount of cost and time savings for plaintiff.

1     Plaintiff is familiar with the use of and possesses the required hardware (personal
2 computer and scanner) and software (word processing and PDF writer), and email and internet
3 accounts. Plaintiff has already demonstrated this by having converted the Complaint to a PDF
4 document and having submitted it electronically—emailed, not e-filed—to the judge's email
5 address. Plaintiff has also registered for the Pacer service and is familiar with the rules
6 governing the filing and service of documents in the federal court.

7     Based on the foregoing, plaintiff respectfully asks that the Court grant him leave to file
8 and serve all submissions electronically.

9     This application is based on this application and plaintiff's declaration in support
10 thereof.

11     DATED this **31st** day of December, 2007.

12
13                                                               Reza Nagahi
                                                              Plaintiff, Pro se

## CERTIFICATE OF SERVICE

I, Reza Nagahi, certify that on December 31, 2007, in the county of Santa Clara, I mailed a true and correct copy of the foregoing *APPLICATION FOR LEAVE TO BE INCLUDED IN THE E-FILING PROGRAM* and *DECLARATION IN SUPPORT* thereof to the following parties to this action or their agent(s) authorized by appointment to receive service via regular, first class United States mail, postage fully pre-paid, addressed to:

Elaine Chao
U.S. Department of Labor
Frances Perkins Building
200 Constitution Ave., NW
Washington, D.C. 20210-0001

EDD
Legal Office, MIC 53
800 Capitol Mall
Sacramento, CA 95814

Deborah Bronow
Legal Office, MIC 53
800 Capitol Mall
Sacramento, CA 95814

Talbott Smith
Legal Office, MIC 53
800 Capitol Mall
Sacramento, CA 95814

Forrest Boomer
Legal Office, MIC 53
800 Capitol Mall
Sacramento, CA 95814

Peter Kindschi
Sunnyvale EDD
420 S. Pastoria Ave
Sunnyvale, CA 94086

Pauline Gee
Sunnyvale EDD
420 S Pastoria Ave
Sunnyvale, CA 94086

Under penalty of perjury, I declare that the foregoing is true and correct.

DATED this **31st** day of December, 2007.

*Reza Nagahi*
Reza Nagahi