REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

FILED

2008 JAN -2  P 3: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>          Plaintiff,<br><br>vs.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, ET AL.,<br><br>          Defendants. | Case No.: **C07-06268-PVT**<br><br>DECLARATION OF REZA NAGAHI IN SUPPORT OF APPLICATION FOR LEAVE TO BE INCLUDED IN THE E-FILING PROGRAM<br><br>HON. PATRICIA V. TRUMBULL |

I, Reza Nagahi, declare that:

1. I am the plaintiff in the above captioned case appearing pro se.

2. This is an action for administrative review, injunctive relief and damages.

3. I submit this declaration in support of my application for an Order permitting me to be included in the Electronic Filing Program (EFP/e-filing).

4. This Court's leave to e-file will result in incredible time and cost savings for me.

5. I do possess the hardware and software, and the internet and email accounts necessary to ensure documents are properly submitted to the court electronically.

6. The Application for Leave To Be Included In The E-Filing Program is made in good faith and for good cause.

7. I have contacted the parties in this action whom have been served (except defendant Gee) by phone and advised them of my decision to ask the Court for this Order.

8. Attached is a proposed order granting this application.

9. Under penalty of perjury under the laws of the United States, the foregoing is true. DATED this **31st** day of December, 2007, in Mountain View, California.

*Reza Nagahi*
Reza Nagahi
Plaintiff, Pro se