# United States District Court
NORTHERN DISTRICT OF CALIFORNIA



**ADR**

SUMMONS IN A CIVIL CASE

REZA NAGAHI

CASE NUMBER:

V.

California Employment Development Department;
Deborah Bronow, James R. Crawley, Pauline C.
Gee, Talbott A. Smith, Forrest E. Boomer, Peter
Kindschi, Tom Campbell; and, Elaine L. Chao.

**C07  06268
PVT**

TO: (Name and address of defendant)

California Employment Development Department, Deborah Bronow, James Crawley,
Pauline Gee, Talbott A. Smith, Forrest E. Boomer, Peter Kindschi and Tom Campbell
EDD, Legal Office, MIC 53, 800 Capitol Mall, Sacramento, CA 95814

Elaine L. Chao
U.S. Department of Labor, Frances Perkins Building, 200 Constitution Ave., NW,
Washington, DC 20210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Reza Nagahi
840 Park Drive, Apt. C, Mountain View, CA 94040

an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DEC 1 1 2007

DATE_____

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell