1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

FILED

:008 JAN 22 A 9:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11  REZA NAGAHI,                        Case No.: **C07-06268-PVT**

12                        Plaintiff,
                                        **PLAINTIFF'S REQUEST TO ENTER
13          vs.                         DEFAULT**

14  CALIFORNIA EMPLOYMENT
    DEVELOPMENT DEPARTMENT, ET AL.,     Fed.R.Civ.P. 55(a)
15
                          Defendants.   **HON. PATRICIA V. TRUMBULL**
16

17      TO:    THE CLERK OF THE ABOVE-ENTITLED COURT

18         Plaintiff Reza Nagahi hereby requests that the Clerk of the above-entitled Court enter

19  default in this matter against defendants **CALIFORNIA EMPLOYEMNT DEVELOPMENT**

20  **DEPARTMENT** (EDD), **DEBORAH BRONOW**, **TALBOTT SMITH**, **FORREST**

21  **BOOMER**, and **PETER KINDSCHI** on the ground that said defendants have failed to appear

22  or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil

23  Procedure.

24         Plaintiff served the complaint and the summons on defendants EDD, DEBORAH

25  BRONOW, TALBOTT SMITH, and FORREST BOOMER on December 14, 2007 and on

26  defendant PETER KINDSCHI on December 17, 2007. California Attorney General was also

27  served with the complaint and the summons on December 14, 2007. The foregoing is evidenced

28  by the Proof of Service of summons and complaint, which accompanied with Return of Service

PLAINTIFF'S REQUEST TO ENTER DEFAULT                                          1
Case No.: C07-06268-PVT

1  (Form AO 440) for each of the said defendants, and all having been filed with this Court by

2  plaintiff on December 28, 2007.

3       The above stated facts are set forth in the accompanying declaration of REZA NAGAHI,

4  filed herewith.

5       DATED this **22nd** day of January, 2008.

6

7                                          Reza Nagahi
8                                          Plaintiff, *Pro Se*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S REQUEST TO ENTER DEFAULT
Case No.: C07-06268-PVT                                             2

1

## CERTIFICATE OF SERVICE

2  I, Reza Nagahi, certify that on January 22, 2008, in the county of Santa Clara, I mailed a
3  true and correct copy of the foregoing *PLAINTIFF'S REQUEST TO ENTER DEFAULT* and
4  *DECLARATION IN SUPPORT* thereof to the following parties to this action or their agent(s)
5  authorized by appointment to receive service, via regular, first class United States mail, postage
6  fully pre-paid, addressed to:

7
8  **Elaine Chao**
   U.S. Department of Labor
9  Frances Perkins Building
   200 Constitution Ave., NW
10 Washington, D.C. 20210-0001

For **EDD**
Charlton G. Holland, III
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

11 For **Deborah Bronow**
12 Charlton G. Holland, III
   Deputy Attorney General
13 455 Golden Gate Ave., Suite 11000
   San Francisco, CA 94102

For **Talbott Smith**
Charlton G. Holland, III
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

14
15 For **Forrest Boomer**
   Charlton G. Holland, III
16 Deputy Attorney General
   455 Golden Gate Ave., Suite 11000
17 San Francisco, CA 94102

For **Peter Kindschi**
Charlton G. Holland, III
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

18 **James Crawley**
19 4217 Rose Valley Way
   Sacramento, CA 95826

20 Under penalty of perjury, I declare that the foregoing is true and correct.
21 DATED this **22nd** day of January, 2008.
22
23                                          Reza Nagahi
24
25
26
27
28