REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

FILED

2008 JAN 22  A 9:00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, <br><br> Plaintiff, <br><br> vs. <br><br> CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL., <br><br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **DECLARATION OF REZA NAGAHI IN SUPPORT OF REQUEST TO ENTER DEFAULT** <br><br> **HON. PATRICIA V. TRUMBULL** |

I, Reza Nagahi, declare as follows:

1. I am the plaintiff in the above captioned case appearing pro se.

2. Defendants California Employment Development Department (EDD), Bronow, Smith, Boomer and Kindschi are not infants, incompetent persons, or a persons in military service or otherwise exempted from default judgment under the Soldier's and Sailor's Civil Relief Act of 1940.

3. The said defendants have not appeared in this action and have not responded to the complaint within the time permitted by the law. FRCivP 12(a)(1)(A)(i).

4. Service of the complaint, the summons and the initiating documents were made on defendants **BRONOW** and **SMITH** on December 14, 2007 at EDD's Legal Office, where in compliance with FRCivP 4(e)(2), the Legal Office, after contacting the said defendants, accepted service on their behalf.

5. Service of the complaint, the summons and the initiating documents were made personally on defendant **BOOMER** on December 14, 2007 at EDD's Legal Office in compliance with FRCivP 4(e)(2).

6. Service of the complaint, the summons and the initiating documents were made on defendant **EDD** on December 14, 2007 in compliance with FRCivP 4(j) and Cal. Code of Civ. Proc. § 416.50, where EDD's Legal Office[1], as a head of its governing body, accepted service for EDD.

7. Service of the complaint, the summons and the initiating documents were made on defendant **KINDSCHI** on December 17, 2007 at EDD's Sunnyvale Branch, in compliance with FRCivP 4(e)(2).

8. Service of the complaint, the summons and the initiating documents were also made on California Attorney General on December 14, 2007 at 455 Golden Gate Ave., Suite 11000, San Francisco, California.

9. On December 28, 2007, I filed with this Court a Proof of Service and Returns of Service evincing the foregoing services of the complaint and the summons.

10. I have contacted Mr. Holland, California Deputy Attorney General, who represents the said defendants, on January 21, 2008 and informed him that I would be filing this request for entry of default against the said defendants.

11. Under penalty of perjury under the laws of the United States, the foregoing is true.

DATED this **22nd** day of January, 2008, in Mountain View, California.

_____
Reza Nagahi
Plaintiff, Pro se

---

[1] "Legal Office: Provides legal advice and support to the Director and Department management in connection with court cases, administrative hearings, contracts, legislation, and regulations." *Employment Development Department*, Department Overview. January 21, 2008. <http://www.edd.ca.gov/edddescp.htm>.

PLAINTIFF'S DECLARATION RE REQ TO ENTER DEFAULT
Case No.: C07-06268-PVT