**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

January 24, 2008

RE:  CV 07-06268 PVT          REZA NAGAHI-v- CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL.

Default is entered as to defendants California Employment Development Department, Deborah Bronow, Talbott Smith, Forrest Boomer and Peter Kindschi on January 24, 2008.

RICHARD W. WIEKING, Clerk

by Betty Walton
Case Systems Administrator

NDC TR-4  Rev. 3/89