1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

**Filed**

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>               Plaintiff,<br><br>vs.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL.,<br><br>               Defendants. | Case No.: **C07-06268-PVT**<br><br>PROOF OF SERVICE SUMMONS, COMPLAINT, AND INITIAL COURT ISSUED DOCUMENTS<br><br>HON. PATRICIA V. TRUMBULL |

I, Araya Silpikul, declare:

I am over the age of eighteen and not a party to this action. My residence address is 1296 Arabelle Way, San Jose, CA 95132.

On January 16, 2008, I served a true and correct copy of the following documents

1. Summons

2. Complaint

3. Initial Court Issued Document Set

   a. Order Setting Initial Case Management Conference and ADR Deadlines

   b. Magistrate Judge Patricia V. Trumbull Standing Order

   c. Consent to Proceed Before a U.S. Magistrate Judge

   d. Declination to Proceed Before a Magistrate Judge

   e. Standing Order for All Judges of the Northern District of California

---

PROOF OF SERVICE: COMPLAINT, SUMMONS ON DEF. CRAWLEY
Case No.: C07-06268-PVT

1

    f.  Standing Order Regarding Case Management in Civil Cases

    g.  Guidelines for the Filing Process

    h.  NDCA, SJ Division, Law and Motion Hearing Schedules

    i.  General Order No. 40

    j.  ECF Registration Information Handout

    k.  General Order No. 45

    l.  Notice of Electronic Availability of Case File Information

    m.  General Order No. 53

    n.  Notice of Lawsuit and Request for Waiver of Service of Summons

    o.  Waiver of Service of Summons

    p.  Instruction for Completion of ADR Forms RE Selection of An ADR Process

        i.  ADR Certification By Parties and Counsel

        ii.  Stipulation and [Proposed] Order Selecting ADR Process

        iii.  Notice of Need for ADR Phone Conference

    q.  Order of Chief Judge RE Electronic Filing In Cases with Unrepresented Parties

    r.  Dispute Resolution Procedures

on defendant **JAMES CRAWLEY**. (*see* attached Return of Service)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this __23rd__ day of January, 2008.

_____
Araya Silpikul

PROOF OF SERVICE: COMPLAINT, SUMMONS ON DEF. CRAWLEY
Case No.: C07-06268-PVT

2

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

DATE: January 16, 2008

Service of the Summons and Complaint was made by me [1]

Name of SERVER: Araya Silpikul
TITLE: N/A

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
Name: Kelyn Crawley
Time: 8:45 p.m.
Location: Defendant Crawley's residence, 4217 Rose Valley Way, Sacramento, CA 95826

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $125.00 | $135.00 | $260.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on January 16, 2008
Date

Signature of Server

1296 Arabelle Way
San Jose, CA 95132
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure