1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

**Filed**

JAN 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT C
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| REZA NAGAHI, | Case No.: **C07-06268-PVT** |
|---|---|
| Plaintiff, vs. | **PROOF OF SERVICE** |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL., | **HON. PATRICIA V. TRUMBULL** |
| Defendants. | |

I, Reza Nagahi, certify that on January 22, 2008, in the county of Santa Clara, I mailed a true and correct copy of the following documents:

1) **Consent to Proceed Before a United States Magistrate Judge**, originally filed with this Court on December 28, 2007; and

2) **Application For Leave To Be Included In The E-Filing Program** And **Declaration In Support thereof**, originally filed with this Court on January 2, 2008

to JAMES CRAWLEY via regular, first class U.S. mail, postage pre-paid, addressed to:

**4217 Rose Valley Way, Sacramento, CA 95826**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 22nd day of January, 2008.

Reza Nagahi
Plaintiff, *Pro Se*

---

PROOF OF SERVICE ON DEF. CRAWLEY: CONSENT TO MAGISTRATE & APP. FOR E-FILE       1
Case No.: C07-06268-PVT