UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: C 07-6268 PVT<br><br>**ORDER GRANTING LEAVE FOR PLAINTIFF TO BE INCLUDED IN THE COURT'S E-FILING PROGRAM** |

On January 31, 2008, Plaintiff filed an application for leave to be included in the court's e-filing program.[1] Based on the application submitted,

IT IS HEREBY ORDERED that Plaintiff's application for leave is GRANTED. Plaintiff shall promptly contact the court's ECF department to make the necessary arrangements.

Dated: *1/31/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1 | copies mailed on   *1/31/08*        to:

2 | Reza Nagahi
840 Park Drive
3 | Mountain View, CA 94040

4

5 |                              */s/ Donna Kirchner     for*
CORINNE LEW
6 |                              Courtroom Deputy

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*