1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  CHARLTON G. HOLLAND, III, State Bar No. 36404
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5519
    Fax:  (415) 703-5480
6   Email:  Charlton.Holland@doj.ca.gov

7  Attorneys for Defendants
   California Employment Development Department,
8  Forrest Boomer, Peter Kindschi, Deborah Bronow,
   James Crawley and Talbott A. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,<br><br>　　　　　　　　　　　　　　Defendants. | C 07-06268 PVT<br><br>**NOTICE OF MOTION OF STATE DEFENDANTS AND MOTION TO DISMISS PURSUANT TO RULE 12 (B) (6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hearing:　　April 1, 2008<br>Time:　　　10:00 a.m.<br>Courtroom:　5<br>Judge:　　　Honorable<br>　　　　　　　Patricia V. Trumbull |

**TO PLAINTIFF REZA NAGAHI, PLAINTIFF IN PRO PER**:

**PLEASE TAKE NOTICE** that the Defendants Employment Development Department, Forrest Boomer, Peter Kindschi, Deborah Bronow, James Crawley, and Talbott A. Smith hereby move this Court, Courtroom 5, on April 1, 2008, at 10:00 a.m. at 280 South First Street, San Jose, CA 95113, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

Motion to Dismiss -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT

1

for an order dismissing the complaint, as to the above named defendants, on the grounds that the plaintiff has failed to state any cause of action against these defendants.

This motion is based on the attached memorandum of points and authorities and the court file herein.

Dated:  February 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

**/s/ Charlton G. Holland, III**

CHARLTON G. HOLLAND, III
Deputy Attorney General

Attorneys for Defendants
California Employment  Development Department,
Forrest Boomer, Peter Kindschi, Deborah Bronow,
James Crawley and Talbott A. Smith

40204625.wpd
SF2007403425

Motion to Dismiss -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Reza Nagahi v. California Employment Development Department, et al.**

No.:   **In the United States District Court
For the Northern District of California
San Jose Division
Case No.:  C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached **NOTICE OF MOTION OF STATE DEFENDANTS TO DISMISS PURSUANT TO RULE 12(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

> Reza Nagahi
> 840 Park Drive, Apt. C
> Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

40212132.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  CHARLTON G. HOLLAND, III, State Bar No. 36404
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone: (415) 703-5519
    Fax: (415) 703-5480
6   Email: Charlton.Holland@doj.ca.gov

7  Attorneys for Defendants
   California Employment Development Department,
8  Forrest Boomer, Peter Kindschi, Deborah Bronow,
   James Crawley and Talbott A. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,**<br><br>Defendants. | C 07-06268 PVT<br><br>**NOTICE OF MOTION OF STATE DEFENDANTS AND MOTION TO DISMISS PURSUANT TO RULE 12 (B) (6) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hearing:    April 1, 2008<br>Time:       10:00 a.m.<br>Courtroom: 5<br>Judge:      Honorable<br>                  Patricia V. Trumbull |

**TO PLAINTIFF REZA NAGAHI, PLAINTIFF IN PRO PER**:

**PLEASE TAKE NOTICE** that the Defendants Employment Development Department, Forrest Boomer, Peter Kindschi, Deborah Bronow, James Crawley, and Talbott A. Smith hereby move this Court, Courtroom 5, on April 1, 2008, at 10:00 a.m. at 280 South First Street, San Jose, CA 95113, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

Motion to Dismiss -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT

1

1  for an order dismissing the complaint, as to the above named defendants, on the grounds that the
2  plaintiff has failed to state any cause of action against these defendants.
3       This motion is based on the attached memorandum of points and authorities and the
4  court file herein.
5       Dated: February 4, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

**/s/ Charlton G. Holland, III**

CHARLTON G. HOLLAND, III
Deputy Attorney General

Attorneys for Defendants
California Employment Development Department,
Forrest Boomer, Peter Kindschi, Deborah Bronow,
James Crawley and Talbott A. Smith

40204625.wpd
SF2007403425

Motion to Dismiss -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT

2