EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
CHARLTON G. HOLLAND, III, State Bar No. 36404
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5519
 Fax:  (415) 703-5480
 Email:  Charlton.Holland@doj.ca.gov

Attorneys for Defendants
California Employment Development Department,
Forrest Boomer, Peter Kindschi, Deborah Bronow,
James Crawley and Talbott A. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,**<br><br>                              Defendants. | C 07-06268 PVT<br><br>**ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS** |

   Defendants Employment Development Department, Forrest Boomer, Peter Kindschi, Deborah Bronow, and Talbott A. Smith came regularly on before this Court, Courtroom 5, on April 1, 2008, at 10:00 a.m. at 280 South First Street, San Jose, CA 95113, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the complaint as to the state

1 defendants as to all causes of on the grounds that the plaintiff has pled no cognizable cause of
2 action.
3    Edmund G. Brown, Jr., Attorney General, by Charlton G. Holland, III,
4 Deputy Attorney General, represented the state defendants. The plaintiff Reza Nagahi
5 represented himself.
6    The Court, having reviewed the moving papers, heard argument and having considered
7 the matter, and good cause appearing, grants the motion of the state defendants on the grounds
8 that the plaintiff has pled no facts sufficient to support any cause of action. The complaint is
9 dismissed as to the state defendants.
10 **IT IS SO ORDERED**:
11    Dated:
12    _____
      United States Magistrate Judge
13
14 40212076.wpd
   SF2007403425
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Order Granting Motion to Dismiss        Reza Nagahi v. California Employment Development Department, et al.
                                                                              Case No. C 07-06268 PVT

2

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name: **Reza Nagahi v. California Employment Development Department, et al.**

No.: **In the United States District Court**
**For the Northern District of California**
**San Jose Division**
**Case No.:  C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached **ORDER GRANTING STATE DEFENDANTS' MOTION TO DISMISS** placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

> Reza Nagahi
> 840 Park Drive, Apt. C
> Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

40211901.wpd