EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
CHARLTON G. HOLLAND, III, State Bar No. 36404
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5519
 Fax: (415) 703-5480
 Email: Charlton.Holland@doj.ca.gov

Attorneys for Defendants
California Employment Development Department,
Forrest Boomer, Peter Kindschi, Deborah Bronow,
James Crawley and Talbott A. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>                              Plaintiff,<br><br>       v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,<br><br>                              Defendants. | C 07-06268 PVT<br><br>**EX PARTE APPLICATION FOR ORDER THAT THE STATE DEFENDANTS' MOTION UNDER RULE 12(B)(6) BE FILED AS TO ALL MOVING STATE DEFENDANTS**<br><br>Hearing:    April 1, 2008<br>Time:       10:00 a.m.<br>Courtroom: 5<br>Judge:      Honorable<br>                 Patricia V. Trumbull |

I, Charlton G. Holland, III, declare and make this ex parte application for an order that

the state defendants' motion to dismiss pursuant to Rule 12(b)(6) lodged with this Court be filed

and heard on the date set forth in the motion.

   1.   I am a Deputy Attorney General of the State of California. I am admitted to

Ex parte Application for Order re Default  - Reza Nagahi v. California Employment Development Department, et al.
C 07-06268 PVT

1

1  practice as an attorney before the Supreme Court of the State of California and before the United
2  States District Court of the Northern District of California.
3      2.   I have been assigned within the Office of the Attorney General to represent the
4  state defendants in this action.
5      3.   On January 23, 2008, the clerk of this Court entered the default of the state
6  defendants California Employment Development Department, Forrest Boomer, Peter Kindschi,
7  Deborah Bronow, and Talbott A. Smith.   These defendants have filed a motion to set aside that
8  default pursuant to Rule 55 of the Rules of Federal Procedure set for hearing on April 1, 2008.
9      4.   The state defendants have prepared and have submitted to the clerk for filing a
10 motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Rules of Federal Procedure.
11 Among those filing that motion is the defendant James Crawley but who is not been the subject
12 of the default.
13     5.   The state defendants have good reason to believe that this Court will grant their
14 motion to set aside their default based upon the grounds set forth in the motion.
15     6.   Wherefore, the state defendants, based upon this ex parte application through the
16 declaration and application of their counsel, request an order from this court that their motion to
17 dismiss be filed and heard on April 1, 2008.

18                                    **VERIFICATION**
19   I declare under penalty of perjury under the laws of the State of California that the
20 foregoing is true and correct and this declaration was executed on this 4th day of February, 2008,
21 at
22 San Francisco, California.
23
24                                       /s/ Charlton G. Holland, III
                                         Charlton G. Holland, III
25                                       Deputy Attorney General
26  40212113.wpd
27  SF2007403425
28

Ex parte Application for Order re Default  - Reza Nagahi v. California Employment Development Department, et al.
                                                                                    C 07-06268 PVT
                                              2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Reza Nagahi v. California Employment Development Department, et al.**

No.:    **In the United States District Court
For the Northern District of California
San Jose Division
Case No.: C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached **EX PARTE APPLICATION FOR ORDER THAT THE STATE DEFENDANTS' MOTION UNDER RULE 12(B)(6) BE FILED AS TO ALL MOVING STATE DEFENDANTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

> Reza Nagahi
> 840 Park Drive, Apt. C
> Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Francisco, California.

|  Charlene Bava  |  /s/ Charlene Bava  |
| :---: | :---: |
| Declarant | Signature |

40213659.wpd