IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REZA NAGAHI,**<br><br>                                Plaintiff,<br><br>v.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,**<br><br>                                Defendants. | C 07-06268 PVT<br><br>**[PROPOSED] ORDER RE EX PARTE APPLICATION TO SET HEARING ON MOTION TO DISMISS AND TO PERMIT FILING OF MOTION TO DISMISS AS TO STATE DEFENDANTS SUBJECT TO ENTRY OF DEFAULT** |

In light of the ex parte application of the state defendants, by and through the declaration of Charlton G. Holland, Deputy Attorney General, and good cause appearing,

IT IS HEREBY ORDERED:

1. That the clerk file with the Court the motion to dismiss of the state defendants as to all defendants.

//

//

1   2.   That the hearing on the motion be set for April 1, 2008 at 10:00 a.m. in Courtroom 5.

3   Dated: _____        _____
                                          United States Magistrate Judge

[Proposed] Order Re Ex Parte Application To Set Hearing on Motion to Dismiss and Permit Filing of Motion to Dismiss
Reza Negahi v. California Employment Development Dept., et al..           Case No. C 07-06268 PVT
2

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Reza Nagahi v. California Employment Development Department, et al.**

No.:  **In the United States District Court
For the Northern District of California
San Jose Division
Case No.:  C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached **[PROPOSED] ORDER RE EX PARTE APPLICATION TO SET HEARING ON MOTION TO DISMISS AND TO PERMIT FILING OF MOTION TO DISMISS AS TO STATE DEFENDANTS SUBJECT TO ENTRY OF DEFAULT** placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

> Reza Nagahi
> 840 Park Drive, Apt. C
> Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Francisco, California.

|             Charlene Bava             |         /s/ Charlene Bava         |
| :-----------------------------------: | :-------------------------------: |
|               Declarant               |             Signature             |

40213651.wpd