1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  CHARLTON G. HOLLAND, III, State Bar No. 36404
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5519
    Fax:  (415) 703-5480
6   Email:  Charlton.Holland@doj.ca.gov

7  Attorneys for Defendants
   California Employment Development Department,
8  Forrest Boomer, Peter Kindschi, Deborah Bronow,
   James Crawley and Talbott A. Smith

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| REZA NAGAHI,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,<br><br>　　　　　　　　　　　　Defendants. | C 07-06268 PVT<br><br>**NOTICE OF MOTION AND MOTION OF STATE DEFENDANTS TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO RULE 55(c) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Hearing:　April 1, 2008<br>Time:　　10:00 a.m.<br>Courtroom: 5<br>Judge:　　Honorable<br>　　　　　Patricia V. Trumbull |

**TO PLAINTIFF REZA NAGAHI, PLAINTIFF IN PRO PER:**

**PLEASE TAKE NOTICE** that the Defendants Employment Development

Department, Forrest Boomer, Peter Kindschi, Deborah Bronow, and Talbott A. Smith hereby

move this Court, in Courtroom 5, on April 1, 2008, at 10:00 a.m. at 280 South First Street,

San Jose, CA 95113, pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, for an order

Motion to Set Aside Default  -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT

1

1  setting aside the default of the defendants entered by the Clerk on January 23, 2008 on the
2  ground of excusable neglect in filing a response to plaintiff's complaint and in light of the fact
3  that defendants have a good and meritorious defense to the claims for relief alleged.
4      The motion is based on this Notice of Motion, the Memorandum of Points and
5  Authorities filed, the declaration of Charlton G. Holland, III, Deputy Attorney General, and upon
6  such other matters as may be presented to the Court at the time of the hearing.
7      Dated:  February 4, 2008
8          Respectfully submitted,
9          EDMUND G. BROWN JR.
           Attorney General of the State of California
10         SUSAN M. CARSON
           Supervising Deputy Attorney General
11
12           /s/ Charlton G. Holland, III
13         CHARLTON G. HOLLAND, III
           Deputy Attorney General
14
           Attorneys for Defendants
15         California Employment Development Department,
           Forrest Boomer, Peter Kindschi, Deborah Bronow,
16         James Crawley and Talbott A. Smith
17
18  40213406.wpd
    SF2007403425
19
20
21
22
23
24
25
26
27
28

Motion to Set Aside Default  -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT
2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Reza Nagahi v. California Employment Development Department, et al.**

No.:   **In the United States District Court
For the Northern District of California
San Jose Division
Case No.:  C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached **NOTICE OF MOTION AND MOTION OF STATE DEFENDANTS TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO RULE 55 OF THE FEDERAL RULES OF CIVIL PROCEDURE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

> Reza Nagahi
> 840 Park Drive, Apt. C
> Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

40213692.wpd