EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
CHARLTON G. HOLLAND, III, State Bar No. 36404
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5519
 Fax:  (415) 703-5480
 Email:  Charlton.Holland@doj.ca.gov

Attorneys for Defendants
California Employment Development Department,
Forrest Boomer, Peter Kindschi, Deborah Bronow,
James Crawley and Talbott A. Smith

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI,**<br><br>                                   Plaintiff,<br><br> v.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,**<br><br>                                   Defendants. | C 07-06268 PVT<br><br>**DECLARATION OF CHARLTON G. HOLLAND, III, DEPUTY ATTORNEY GENERAL IN SUPPORT OF MOTION TO SET ASIDE DEFAULT**<br><br>Date:          April 1, 2008<br>Time:         10:00 a.m.<br>Courtroom: 5<br>Judge:        Honorable<br>                    Patricia V. Trumbull |

I, Charlton G. Holland, III, declare as follows:

1. I am a Deputy Attorney General of the State of California. I am admitted to practice as an attorney before the Supreme Court of the State of California and before the United States District Court of the Northern District of California.

2. I have been assigned within the Office of the Attorney General to represent the state

1  defendants in this action.

2     3.    Service of the summons and complaint in this matter was executed on December 14, by
3  the plaintiff upon the defendant EDD. At that point in time, EDD, on behalf of its employees Forrest
4  Boomer, Peter Kindschi, Deborah Bronow, and Talbott A. Smith, accepted service. The summons
5  served upon and accepted by EDD on behalf of its employees and itself provided that a response to
6  the complaint had to be made within sixty (60) days of the service of the complaint. EDD, through
7  its legal staff, transmitted the complaint and summons to the Office of the Attorney General so that
8  the letter requesting representation and the served complaint and summons arrived in San Francisco
9  on December 22, 2007. I was assigned the case but, because it was the holiday season, I was on
10 vacation from December 25 through January 7. I noted that the summons did not require a response
11 until February 14, 2008. I was aware that a response might be due in a shorter time but because the
12 summons that my clients had accepted provided for the longer period, I believed that a response did
13 not have to be filed until that date.

14    4.    However, I was uncertain. Accordingly, plaintiff and I spoke on the telephone on
15 January 10, 2008 ( when I returned from vacation on January 8, 2008, I call him but was unable to
16 speak to him except through voice mail), and told him I was uncertain about the response date.
17 Accordingly, I asked him to sign a stipulation to the effect that a response did not have to be made
18 until February 14, 2008. He was non-committal but seemed surprised that the time might be shorter
19 than stated in the summons. He seemed co-operative however,  so I believed that the stipulation
20 would be signed. I sent him the stipulation on January 10, 2008. However, he called me on
21 January 21, 2008, and left a voice mail message that he would not sign the stipulation and that he
22 was planning to file a request for default of my clients. I wrote (faxed) him a letter on
23 January 22, 2008,  requesting that he not take that action on the grounds that basically it was unfair
24 and that my clients would respond at the required date.   However, he did file a request for default
25 which was entered by the clerk on January 23, 2008.

26    4.    The defendants have a just and complete defense to the complaint filed in this matter.
27 Attached hereto is a motion to dismiss I have filed contemporaneously with this motion (with an
28 application that the Court permit its filing). A true and correct copy of this motion is attached to this

Declaration of Holland in Support of Motion                Reza Nagahi v. California Employment Development Dept., et al. C 07-06268 PVT

2

1  declaration as Exhibit A.

2      5.   Neither the defendant Gee nor the defendant Campbell have been served. The defendant

3  Crawley was served personally with a summons and complaint on January 14, 2008. That summons

4  provides that a response to the complaint had to be filed within 20 days of the complaint, or

5  February 4, 2008.

6      I declare under penalty of perjury under the laws of the State of California that the foregoing

7  is true and correct and this declaration was executed on this 4th day of February, 2008, at

8  San Francisco, California.

                      /s/ Charlton G. Holland, III
                      Charlton G. Holland, III
                      Deputy Attorney General

SF2007403425

Declaration of Holland in Support of Motion      Reza Nagahi v. California Employent Development Dept., et al. C 07-06268 PVT

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **Reza Nagahi v. California Employment Development Department, et al.**

No.:   **In the United States District Court**
**For the Northern District of California**
**San Jose Division**
**Case No.:  C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 4, 2008</u>, I served the attached **DECLARATION OF CHARLTON G. HOLLAND, III, DEPUTY ATTORNEY GENERAL IN SUPPORT OF MOTION TO SET ASIDE DEFAULT** placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

> Reza Nagahi
> 840 Park Drive, Apt. C
> Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 4, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

40213680.wpd