UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, et al.,<br><br>            Defendants. | Case No.: C 07-6268 PVT<br><br>**INTERIM ORDER RE STATE DEFENDANTS' MOTION TO SET ASIDE DEFAULT** |

On February 4, 2008, Defendants California Employment Development Department, Forrest Boomer, Peter Kindschi, Deborah Bronow and Talbott A. Smith (collectively the "State Defendants") filed a motion to set aside default.[1] Having reviewed the moving papers, the court finds it appropriate to issue this interim order. Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that Plaintiff shall serve and file his opposition, if any, to the State Defendants' motion to set aside default no later than February 21, 2008. Absent further order of this court, the motion to set aside default will be submitted on the papers.

Dated: *2/7/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1

2   ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***

3
    copies mailed on    *2/8/08*        to:
4
    Reza Nagahi
5   840 Park Drive, Apt. C
    Mountain View, CA 94040
6

7
                                            *Donna Kirchner      for*
8                                           CORINNE LEW
                                            Courtroom Deputy
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER, *page 2*