1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
4
     150 Almaden Blvd., Suite 900
5    San Jose, California 95113
     Telephone: (408) 535-5082
6    FAX: (408) 535-5081
     Claire.Cormier@usdoj.gov
7
    Attorneys for Defendant
8   Elaine Chao,
    Secretary, Department of Labor
9

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  REZA NAGAHI,                          )   Case No. C 07-06268 PVT
                                          )
15       Plaintiff,                       )   **CONSENT TO PROCEED BEFORE A**
                                          )   **UNITED STATES MAGISTRATE**
16       v.                               )   **JUDGE**
                                          )
17  CALIFORNIA EMPLOYMENT                 )
    DEVELOPMENT DEPARTMENT, et al.,       )
18                                        )
         Defendants.                      )
19  _____

20       In accordance with the provisions of Title 28, U.S.C. Section 636(c),  Defendant Elaine

21  Chao, in her capacity as Secretary of the Department of Labor,  hereby voluntarily consents to

22  have a United States Magistrate Judge conduct any and all further proceedings in this case,

23  including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken

24  directly to the United States Court of Appeals for the Ninth Circuit.

25                                            Respectfully submitted,

26  DATED: February 11, 2008                  JOSEPH P. RUSSONIELLO
                                              United States Attorney

27                                            /s/ Claire T. Cormier
                                              _____
28                                            CLAIRE T. CORMIER
                                              Assistant United States Attorney

FEDERAL DEFENDANT'S CONSENT TO MAGISTRATE
Case No. C07-06268 PVT