1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
        150 Almaden Blvd., Suite 900
5       San Jose, California 95113
        Telephone: (408) 535-5082
6       FAX: (408) 535-5081
        Claire.Cormier@usdoj.gov
7
   Attorneys for Defendant
8  Elaine Chao,
   Secretary, Department of Labor
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13
   REZA NAGAHI,                      )   Case No. C 07-06268 PVT
14                                   )
        Plaintiff,                   )   **CERTIFICATE OF SERVICE**
15                                   )
        v.                           )
16                                   )
   CALIFORNIA EMPLOYMENT             )
17 DEVELOPMENT DEPARTMENT, et al.,   )
                                     )
18      Defendants.                  )

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE
Case No. C07-06268 PVT

1  The undersigned hereby certifies that she is an employee of the Office of the United
2  States Attorney for the Northern District of California and is a person of such age and discretion
3  to be competent to serve papers. The undersigned further certifies that she is causing a copy of
4  the following:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE OF MOTION AND MOTION TO DISMISS**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√    **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____    **PERSONAL SERVICE (BY MESSENGER)**

____    **FACSIMILE (FAX)**  Telephone No.:_____

____    **ELECTRONIC MAIL**

to the party addressed as follows:

Reza Nagahi
840 Park Drive
Apartment #C
Mountain View, CA 94040

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th day of February, 2008, at San Jose, California

                /s/ Claire T. Cormier
                Claire T. Cormier

CERTIFICATE OF SERVICE
Case No. C07-06268 PVT        -2-