1    REZA NAGAHI
       840 Park Drive, Apt. C
2    Mountain View, CA 94040
       (650) 965-1939
3    nagahi@hotmail.com

4    Plaintiff, Pro Se

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN JOSE DIVISION**

| | |
|---|---|
| **REZA NAGAHI**, | Case No.: **C07-06268-PVT** |
|                    Plaintiff, | **PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO STATE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT** |
|    vs. | |
| **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL.**, | |
|              Defendants. | Fed.R.Civ.P. 6(b)(1)(A); Civil L.R. 6-3 |
| | Hearing:     April 1, 2008 |
| | Time:        10:00 a.m. |
| | Courtroom: 5 |
| | Judge:      Hon. Patricia V. Trumbull |

      Plaintiff, pursuant to FRCivP 6(b)(1)(A) and Civil L.R. 6-3, hereby applies to the Court for an Order extending time to file his Opposition to the State Defendants' Motion to Set Aside Default. On February 9, 2008, plaintiff received this Court's Interim Order directing him to file his Opposition by today, February 21, 2008. Plaintiff requests that this time be extended to February 25, 2008, based on the following:

      1.     The deadline set by the Interim Order shortened the time to respond to the motion and despite plaintiff's best efforts he has been unable to properly prepare an opposition. The Interim Order established that the motion to set aside default will be submitted on the papers, absent further order of this Court. This resulted in an unexpectedly longer amount of time to

1  prepare this opposition due to plaintiff's attempt to ensure a sufficient response. Such an

2  extension is necessary and timely to allow additional time to prepare the opposition papers.

3        2.     The opposition will play an important role in this proceeding and, consequently,

4  requires a much more detailed response. If this extension of time is not granted, plaintiff will not

5  be able to prepare a proper response to the State Defendants assertions and, as such, will be

6  disadvantaged in presenting his case to this Court.

7        3.     Plaintiff has contacted the opposing counsels. The counsel for the State Defendants

8  did not oppose this application. The counsel for the Defendant Chao was on vacation until

9  February 25, 2008, and, therefore, unavailable to discuss this application.

10       4.     No previous time modifications have been requested or granted.

11       5.     The schedule for the case will not be substantially affected by the grant of this

12 application.

13       6.     Plaintiff respectfully requests that the Court grant an additional four (4) days by

14 which to file the opposition.

15       DATED this **21st** day of February, 2008.

16                                             /s/ Reza Nagahi

17                                             Reza Nagahi
                                              Plaintiff, *Pro Se*

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2
I, Reza Nagahi, certify that on February 21, 2008, I electronically filed the foregoing

3
*PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO STATE*

4
*DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT, DECLARATION IN*

5
*SUPPORT thereof, and PROPOSED ORDER* with the Clerk of the Court using the CM/ECF

6
system which will send notification of such filing to the e-mail addresses denoted on the

7
following Electronic Mail Notice List, and I hereby certify that there are no non-CM/ECF

8
participants which would require manual service of these papers.

9
DATED this **21st** day of February, 2008.

10
/s/ Reza Nagahi

11
Reza Nagahi, *Pro Se*

12

# E-FILING MAILING INFORMATION

13
**Electronic Mail Notice List**

14
The following are those who are currently on the list to receive e-mail notices for this

15
case.

16
- CHARLTON G. HOLLAND, III, Counsel for State Defendants

17
   Charlton.Holland@doj.ca.gov

18
- CLAIRE T. CORMIER, Counsel for U.S. Department of Labor

19
   Claire.Cormier@usdoj.gov

20
- REZA NAGAHI, Plaintiff, Pro Se

21
   Nagahi@hotmail.com

22
**Manual Notice List**

23
No one requires manual noticing/service.

24

25

26

27

28

REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, | Case No.: **C07-06268-PVT** |
| Plaintiff, | |
| vs. | **DECLARATION OF REZA NAGAHI IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |
| **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL.**, | |
| Defendants. | |

I, Reza Nagahi, declare that:

1.   I am the plaintiff in the above captioned case appearing pro se.

2.   This declaration is submitted in support of application for extension of time to file opposition to State Defendants' motion to set aside entry of default.

3.   This is an action for administrative review, damages and injunctive relief.

4.   The enlargement of time to file my opposition to the State Defendants' motion to set aside default is necessary to prepare a proper and sufficient response to the motion since no hearing will be held on this motion and time for response was reduced by this Court.

5.   The motion to set aside default will play an important role in this case and if I am unable to prepare a proper and sufficient opposition to it, I will be disadvantaged in presenting my case to this Court.

6.   I have spoken with counsel for the State Defendants at 8:51 a.m. on February 21,

1  2008, and advised him of my decision to request for an extension of time to file my opposition to

2  his motion. Opposing counsel did not oppose this application.

3          7.    I have contacted counsel for the U.S. Department of Labor. However, she is on

4  vacation until February 25, 2008. Nonetheless, I did leave her a voice message about this

5  application.

6          8.    Due to the time constraints, I was unable to obtain a stipulation to the time change.

7          9.    No other time modifications have been requested or granted.

8          10.   I do not believe that the time modification requested would significantly affect the

9  schedule for the case.

10          11.   I have attached a proposed order granting this application. I respectfully request the

11  Court to extend time for filing of my opposition to the State Defendants' motion to February 25,

12  2008.

13          12.   I certify that the application for order extending time is made in good faith and for

14  good cause.

15          13.   Under penalty of perjury under the laws of the United States of America, the

16  foregoing is true.

17          DATED this **21st** day of February, 2008, in Mountain View, California.

18

19                                    s/Reza Nagahi
                                      Reza Nagahi
20                                    Plaintiff, *Pro se*

21

22

23

24

25

26

27

28

---

PLAINTIFF'S DECLARATION RE APP. FOR EXT. OF TIME
Case No.: C07-06268-PVT

1    REZA NAGAHI
      840 Park Drive, Apt. C
2    Mountain View, CA 94040
      (650) 965-1939
3    nagahi@hotmail.com

4    Plaintiff, Pro Se

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   **REZA NAGAHI**,                          Case No.: **C07-06268-PVT**

12                           Plaintiff,        **[PROPOSED] ORDER GRANTING
                                               PLAINTIFF'S APPLICATION FOR**
13         vs.                                 **EXTENSION OF TIME TO FILE
                                               OPPOSITION TO STATE**
14   **CALIFORNIA EMPLOYMENT
      DEVELOPMENT DEPARTMENT, ET AL.,**        **DEFENDANTS' MOTION TO SET**
15                                             **ASIDE ENTRY OF DEFAULT**
                             Defendants.
16

17         On February 21, 2008, Plaintiff Reza Nagahi filed an application for extension of time to

18   file an opposition to the motion to set aside default filed by the California Employment

19   Development Department, Forrest Boomer, Peter Kindschi, Deborah Bornow, and Talbott

20   Smith (Collectively the "State Defendants").[1] Based on the moving papers and file herein,

21         IT IS HEREBY ORDERED that the time Plaintiff shall serve and file his opposition to

22   the State Defendants' motion to set aside default be extended to February 25, 2008.

23   Dated: _____

24

25                                    _____
                                      PATRICIA V. TRUMBULL
26                                    United States Magistrate Judge

27

     _____
28        [1]      The holding of this court is limited to the facts and the particular circumstances
      underlying the present motion.

      [PROPOSED] ORDER GRANTING EXT. OF TIME
      Case No.: C07-06268-PVT