REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL.**,<br><br>　　　　　　　Defendants. | Case No.: **C07-06268-PVT**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO STATE DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT** |

On February 21, 2008, Plaintiff Reza Nagahi filed an application for extension of time to file an opposition to the motion to set aside default filed by the California Employment Development Department, Forrest Boomer, Peter Kindschi, Deborah Bornow, and Talbott Smith (Collectively the "State Defendants").[1] Based on the moving papers and file herein,

IT IS HEREBY ORDERED that the time Plaintiff shall serve and file his opposition to the State Defendants' motion to set aside default be extended to February 25, 2008.

Dated: _____

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.