1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                    **SAN JOSE DIVISION**

11 **REZA NAGAHI**,                        Case No.: **C07-06268-PVT**

12                    Plaintiff,           **[PROPOSED]** ORDER GRANTING
                                           **PLAINTIFF'S APPLICATION FOR**
13       vs.                               **EXTENSION OF TIME TO FILE**
                                           **OPPOSITION TO STATE**
14 **CALIFORNIA EMPLOYMENT**               **DEFENDANTS' MOTION TO SET**
   **DEVELOPMENT DEPARTMENT, ET AL.,**     **ASIDE ENTRY OF DEFAULT**
15                    Defendants.

16

17      On February 21, 2008, Plaintiff Reza Nagahi filed an application for extension of time to

18 file an opposition to the motion to set aside default filed by the California Employment

19 Development Department, Forrest Boomer, Peter Kindschi, Deborah Bornow, and Talbott

20 Smith (Collectively the "State Defendants").[1] Based on the moving papers and file herein,

21      IT IS HEREBY ORDERED that the time Plaintiff shall serve and file his opposition to

22 the State Defendants' motion to set aside default be extended to February 25, 2008.

23 Dated:   2/22/08

24                                         *Patricia V. Trumbull*
25                                         PATRICIA V. TRUMBULL
                                           United States Magistrate Judge
26

27
   _____
28       [1]    The holding of this court is limited to the facts and the particular circumstances
   underlying the present motion.

   [PROPOSED] ORDER GRANTING EXT. OF TIME
   Case No.: C07-06268-PVT