REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br><br> Plaintiff, <br><br> vs. <br><br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, ET AL.**, <br><br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **DECLARATION OF REZA NAGAHI IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE ENTRY OF DEFAULT** <br><br> **HON. PATRICIA V. TRUMBULL** |

I, Reza Nagahi, declare as follows:

1. I am the plaintiff in the above captioned case appearing pro se.
2. I am submitting this in support of my opposition to the State Defendants' motion to set aside the entry of default.
3. I have never received a fax from Mr. Holland.
4. I never agreed to sign the stipulation that Mr. Holland asked me to consider.
5. Under penalty of perjury under the laws of the United States, the foregoing is true.

DATED this **25th** day of February, 2008, in Mountain View, California.

/s/ Reza Nagahi
Reza Nagahi
Plaintiff, Pro se

DECLARATION RE OPPOSITION TO SET ASIDE ENTRY OF DEFAULT                 1
Case No.: C07-06268-PVT