1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  CHARLTON G. HOLLAND, III, State Bar No. 36404
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-5519
     Fax:  (415) 703-5480
6    Email:  Charlton.Holland@doj.ca.gov
   Attorneys for Defendants
7  California Employment Development Department,
   Forrest Boomer, Peter Kindschi, Deborah Bronow,
8  James Crawley and Talbott A. Smith

9               IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12

13 | **REZA NAGAHI,** | C 07-06268 PVT |
|---|---|
14 | Plaintiff, | **EX PARTE APPLICATION FOR ORDER THAT CASE SCHEDULE - ADR MULTI-OPTION DATES BE CONTINUED IN LIGHT OF 12(B)(6) MOTION OF STATE DEFENDANTS** |
15 | v. | |
16 | **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,** | |
17 | | |
18 | | |
19 | | |
20 | | |
21 | | |
22 | Defendants. | |

23

24        I, Charlton G. Holland, III, declare and make this ex parte application for an order that,

25 with the consent of the plaintiff,  the date for counsel for the state defendants and the plaintiff to

26 meet and confer re ADR, and file  joint ADR Certification, and to meet and confer and file a

27 Rule 26(f) Report and CMS, be continued seven days after the date the Court rules on the motion

28 pursuant to Rule 12(b)(6).

Ex Parte Application re ADR and Rule 26(f)      Reza Nagahi v. California Employment Development Department, et al.
                                                                                                  C 07-06268 PVT
                                              1

1.    I am a Deputy Attorney General of the State of California. I am admitted to practice as an attorney before the Supreme Court of the State of California and before the United States District Court of the Northern District of California.

2.    I have been assigned within the Office of the Attorney General to represent the state defendants in this action.

3.    The order setting initial case management conference and ADR deadlines in this action are March 11, 2008 to file meet and confer and file a Joint ADR Certification with Stipulation, and March 25, 2008 to file Rule 26(f) Report and to file the Case Management Statement.

4.    The state defendants California Employment Development Department, Forrest Boomer, Peter Kindschi, Deborah Bronow, and Talbott A. Smith have filed a motion to set aside that default pursuant to Rule 55 of the Rules of Federal Procedure set for hearing on April 1, 2008.

5.    The state defendants have prepared and have submitted to the clerk for filing a motion to dismiss the complaint pursuant to Rule 12(b)(6) of the Rules of Federal Procedure. Among those filing that motion is the defendant James Crawley who is not been the subject of the default. This motion is set for hearing on April 1, 2008.

6.    On February 21, 2008 I discussed over the telephone with the plaintiff the fact that in the event that the state defendants motion pursuant to Rule 12(b)(6) was granted as to all state defendants, that would resolve this action at the district court. I suggested and the plaintiff agreed that it made sense to put off the ADR and Rule 26(f) and CMS until after the Court had ruled on the Rule 12(b)(6) motion. If the ruling by the Court does not resolve this action at the district court, then counsel for state defendants will meet and confer with the plaintiff and comply with the requirements of the Case Schedule - ADR Multi-Option Program.

7.    Wherefore, the state defendants, based upon this ex parte application through the declaration and application of their counsel, request an order from this court that the meet and confer regarding ADR, filing of the ADR Certification, and the filing of the Rule 26(f) Report

//

Ex Parte Application re ADR and Rule 26(f)    Reza Nagahi v. California Employment Development Department, et al.
C 07-06268 PVT

2

and the CMS continued to a date seven (7) days after the Court issues its ruling on the motion of the state defendants pursuant to Rule 12(b)(6).

**VERIFICATION**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on this 26th day of February, 2008, at San Francisco, California.

/s/ Charlton G. Holland, III
Charlton G. Holland, III
Deputy Attorney General

Dated: February 26, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

/s/ Charlton G. Holland, III

CHARLTON G. HOLLAND, III
Deputy Attorney General

Attorneys for Defendants
California Employment Development Department,
Forrest Boomer, Peter Kindchi, Deborah Bronow,
James Crawley and Talbott A. Smith

Ex Parte Application.wpd
SF2007403425

Ex Parte Application re ADR and Rule 26(f)     Reza Nagahi v. California Employment Development Department, et al.
C 07-06268 PVT

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Reza Nagahi v. California Employment Development Department, et al.**

No.: **In the United States District Court**
**For the Northern District of California**
**San Jose Division**
**Case No.:  C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 26, 2008</u>, I served the attached **EX PARTE APPLICATION FOR ORDER THAT CASE SCHEDULE - ADR MULTI-OPTION DATES BE CONTINUED IN LIGHT OF 12(B)(6) MOTION OF STATE DEFENDANTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

>Reza Nagahi
>840 Park Drive, Apt. C
>Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 26, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

Ex Parte (Service).wpd