IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI,**<br><br>                                         Plaintiff,<br><br>         v.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,**<br><br>                                         Defendants. | C 07-06268 PVT<br><br>**[PROPOSED] ORDER** |

In light of the ex parte application of the State Defendants through the declaration of their counsel, Charlton G. Holland, Deputy Attorney General, and good cause appearing, the date for counsel for the state defendants and the plaintiff to meet and confer re ADR, and file joint ADR Certification, and to meet and confer and file a Rule 26(f) Report and CMS, is continued seven days after the date the Court rules on the motion pursuant to Rule 12(b)(6). The initial date for the Case Management Conference to be set by the Court within thirty (30)

1 | days after the date the Court rules on the motion pursuant to Rule 12(b)(6) or at such a date the
2 | Court deems appropriate.
3 |     SO ORDERED:
4 |
5 | Dated: _____        _____
                                            United States Magistrate Judge
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

[Proposed] Order                           Reza Nagahi v. California Employment Development Department, et al.
                                                                              Case No. C 07-06268 PVT
2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Reza Nagahi v. California Employment Development Department, et al.**

No.: **In the United States District Court
For the Northern District of California
San Jose Division
Case No.: C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>February 26, 2008</u>, I served the attached **[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

> Reza Nagahi
> 840 Park Drive, Apt. C
> Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 26, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

Proposed Order (Service).wpd