JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, ) | Case No. C 07-06268 PVT |
|    Plaintiff, ) | |
|   v. ) | **JOINDER OF FEDERAL DEFENDANT IN EX PARTE APPLICATION FOR ORDER THAT CASE SCHEDULE - ADR MULTI-OPTION DATES BE CONTINUED IN LIGHT OF 12(B)(6) MOTION OF STATE DEFENDANTS** |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., ) | |
|    Defendants. ) | |

     Defendant Elaine Chao, Secretary of the Department of Labor, joins in the above-referenced application by the State Defendants, but requests that the continuances be applied to all parties, including defendant Chao.

                                       Respectfully submitted,

DATED: February 26, 2008         JOSEPH P. RUSSONIELLO
                                          United States Attorney

                                          /s/ Claire T. Cormier
                                          _____
                                          CLAIRE T. CORMIER
                                          Assistant United States Attorney

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**JOINDER OF FEDERAL DEFENDANT IN EX PARTE APPLICATION FOR ORDER THAT CASE SCHEDULE - ADR MULTI-OPTION DATES BE CONTINUED IN LIGHT OF 12(B)(6) MOTION OF STATE DEFENDANTS**

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

√     **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____     **PERSONAL SERVICE (BY MESSENGER)**

____     **FACSIMILE (FAX)**  Telephone No.:_____

____     **ELECTRONIC MAIL**

to the party addressed as follows:

Reza Nagahi
840 Park Drive, Apt. #C
Mountain View, CA 94040

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of February, 2008, at San Jose, California

/s/ Claire T. Cormier
Claire T. Cormier