REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, | Case No.: **C07-06268-PVT** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S EX-PARTE APPLICATION FOR AN ORDER TO CONTINUE THE HEARING ON DEFENDATNS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO EXTEND TIME TO FILE PLAINTIFF'S OPPOSITION; and TO COMPEL STATE DEFENDANTS TO LODGE THE ADMINISTRATIVE PROCEEDINGS RECORDS WITH THE CLERK** |
| **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, *et al*.,** | |
| Defendants. | |
| | Fed.R.Civ.P. 6(b)(1)(A); Civil L.Rs. 6-3, 7-10 |
| | Hearing:      April 1, 2008 Time:          10:00 a.m. Courtroom: 5 Judge:        Hon. Patricia V. Trumbull |

Plaintiff, pursuant to Fed.R.Civ.P. 6(b)(1)(A), Civil L.Rs. 6-3 and 7-10, hereby applies

to the Court for an order continuing the hearing on the Defendants' motions to dismiss from

April 1, 2008 to April 29, 2008; or, in the alternative for an Order extending time to file his

Opposition to the said motions to April 8, 2008.

The facts and grounds for this request are as follows:

1   1. Pursuant to Fed.R.Evid. 201, Plaintiff intends to file a request for judicial notice of,

2 among others, the administrative case file, administrative appeal decisions, appeal hearing

3 transcripts, and the Trade Act cooperative agreement between the Federal and State Defendants.

4 Plaintiff has referenced these documents in his complaint. The information contained in these

5 documents is relevant and material, and are adjudicative facts that are undisputed and capable of

6 immediate verification. Government records are not reasonably subject to dispute and are

7 capable of immediate and accurate verification. Therefore, government records are judicially

8 noticeable. *See Brown v. Valoff*, 422 F.3d 926, 931 n.7, 933 n.9 (9th Cir. 2005) (taking judicial

9 notice of agency documents); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003)

10 (holding that courts may take judicial notice of "records and reports of administrative bodies").

11   Since the State Defendants' control the said documents, plaintiff is unable to

12 authenticate them. Furthermore, the said record is voluminous. As a result, only the State

13 Defendants can provide this Court with the said record and documents. Plaintiff has contacted

14 the State Defendants' counsel on February 28, 2008 to request the said documents; however,

15 Mr. Holland will be on vacation until March 17, 2008. Plaintiff contacted Mr. Holland's

16 assistance on the same day; however, Ms. Charlene Bava was not available either. Following

17 Ms. Bava's outgoing message instruction, plaintiff contacted Ms. Cynthia Villalon in the State

18 Attorney General's Office. Plaintiff spoke with Ms. Villalon and discussed his request for the

19 said documents to be lodged with the Clerk. Ms. Villalon stated that she would convey

20 Plaintiff's request to the supervising attorney. However, since that time Plaintiff has not heard

21 from the State Attorney General's Office regarding his request.

22   2. Until February 21, 2008, Plaintiff had focused his entire efforts on opposing the

23 State Defendants' motion to set aside entry of default. Plaintiff has been diligently researching

24 and preparing the oppositions. However, given the complex task of opposing two motions to

25 dismiss, Plaintiff requires more time to prepare proper oppositions to each.

26   3. Plaintiff contacted the opposing counsels on February 28, 2008. The counsel for the

27 State Defendants, Mr. Holland, would be on vacation until March 17, 2008. Counsel for the

28 Federal Defendant, Mr. Cormier, being informed of the reason for the continuance, stated that

1   she did not oppose the hearing being continued for a few weeks.

2       4.    Plaintiff requested and on February 22, 2008, this Court granted a 4-day extension

3   to file opposition to the State Defendants' motion to set aside entry of default. Otherwise, no

4   other time modifications have been requested or granted.

5       5.    The schedule for the case will not be substantially affected by the grant of this

6   application.

7       Based on the foregoing, Plaintiff respectfully requests that the Court continue the

8   hearing on the Defendants' motions to dismiss to April 29, 2008, or in the alternative extend

9   time to file opposition to the said motions to April 8, 2008. Plaintiff further requests that the

10  Court issue an order compelling the State Defendants to lodge the said documents with the

11  Clerk.

12  RESPECTFULLY SUMITTED this **6TH** day of March, 2008.

13                                              /s/ Reza Nagahi

14                                              Reza Nagahi
                                                Plaintiff, *Pro Se*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I, Reza Nagahi, certify that on March 6, 2008, I electronically filed the foregoing

3  *PLAINTIFF'S EX-PARTE APPLICATION FOR AN ORDER TO CONTINUE THE HEARING*

4  *ON DEFENDATNS' MOTION TO DISMISS, OR IN THE ALTERNATIVE TO EXTEND TIME*

5  *TO FILE PLAINTIFF'S OPPOSITION; and TO COMPEL STATE DEFENDANTS TO LODGE*

6  *THE ADMINISTRATIVE PROCEEDINGS' CASE FILE WITH THE CLERK, DECLARATION*

7  *IN SUPPORT thereof, and PROPOSED ORDER* with the Clerk of the Court using the CM/ECF

8  system which will send notification of such filing to the e-mail addresses denoted on the

9  following Electronic Mail Notice List, and I hereby certify that there are no non-CM/ECF

10  participants which would require manual service of these papers.

11      DATED this **6TH** day of March, 2008.

12                                          /s/ Reza Nagahi

13                                          Reza Nagahi, *Pro Se*

14  # E-FILING MAILING INFORMATION

15  **Electronic Mail Notice List**

16      The following are those who are currently on the list to receive e-mail notices for this

17  case.

18  • CHARLTON G. HOLLAND, III, Counsel for State Defendants

19      Charlton.Holland@doj.ca.gov

20  • CLAIRE T. CORMIER, Counsel for U.S. Department of Labor

21      Claire.Cormier@usdoj.gov

22  • REZA NAGAHI, Plaintiff, Pro Se

23      Nagahi@hotmail.com

24  **Manual Notice List**

25  No one requires manual noticing/service.

26

27

28

REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI,**<br><br>                              Plaintiff,<br><br>vs.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, *et al*.,**<br><br>                              Defendants. | Case No.: **C07-06268-PVT**<br><br>**DECLARATION OF REZA NAGAHI IN SUPPORT OF APPLICATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AND FOR AN ORDER COMPELLING STATE DEFENDANTS TO LODGE ADMINISTRATIVE PROCEEDINGS CASE FILE WITH THE CLERK** |

I, Reza Nagahi, declare that:

1.    I am the plaintiff in the above captioned case appearing pro se.

2.    This declaration is submitted in support of ex parte application for continuance of hearing on Defendants' motion to dismiss or in the alternate for extension of time to oppose the said motions; and for an order to compel th eState Defendants to lodge with the Clerk the administrative proceedings case file.

3.    This is an action for administrative review, damages and injunctive relief.

4.    The continuance/enlargement of time is necessary to give state Defendants to prepare the administrative record and to give me additional time to prepare a proper and sufficient response to the Defendants' motions to dismiss.

5.    I spoke with counsel for the Federal Defendant, Ms. Cormier, at 9:11 a.m. on

1   February 28, 2008, and advised her of my decision to request for a continuance/an extension of
2   time to file my opposition to her motion. Opposing counsel did not oppose this application.

3          6.     I contacted counsel for the State Defendants, Mr. Holland, at 8:54 a.m. on February
4   28, 2008. However, Mr. Holland was on vacation until March 17, 2008. Nonetheless, I did leave
5   him a voice message about the purpose of this application. I also spoke with Ms. Cynthia
6   Villalon at 9:28 a.m. and informed her of my request for the administrative record in their
7   possession. She said that she would convey my request to the supervision attorney. However, I
8   have not heard from them since that time.

9          7.     I was unable to obtain a stipulation to change this time due to the State Defendants'
10  counsel being unavailable.

11         8.     I requested and this Court granted a 4-day extension to file my opposition to the
12  State Defendants' motion to set aside entry of default on February 22, 2008. Otherwise, no other
13  time modifications have been requested or granted.

14         9.     I do not believe that the time modification requested would significantly affect the
15  schedule for the case.

16         10.    I have attached a proposed order granting this application. I respectfully request the
17  Court to continue the hearing on Defendants' motions to dismiss to April 29, 2008.

18         11.    I certify that the application for order extending time is made in good faith and for
19  good cause.

20         12.    Under penalty of perjury under the laws of the United States of America, the
21  foregoing is true.

22  DATED this **6th** day of March, 2008, in Mountain View, California.

23
24                                          s/Reza Nagahi
                                            Reza Nagahi
25                                          Plaintiff, *Pro se*
26
27
28

1   REZA NAGAHI
    840 Park Drive, Apt. C
2   Mountain View, CA 94040
    (650) 965-1939
3   nagahi@hotmail.com

4   Plaintiff, Pro Se

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  REZA NAGAHI,                        Case No.: **C07-06268-PVT**

12                      Plaintiff,
                                        **[PROPOSED] ORDER GRANTING
13      vs.                             PLAINTIFF'S EX PARTE
                                        APPLICATION TO CONTINUE
14  CALIFORNIA EMPLOYMENT               HEARING ON DEFENDANTS'
    DEVELOPMENT DEPARTMENT, *et al*.,   MOTIONS TO DISMISS AND TO
15                                      COMPEL STATE DEFENDANTS
                        Defendants.     LODGE THE ADMINISTRATIVE
16                                      PROCEEDINGS RECORDS WITH THE
                                        CLERK**
17

18

19         On March 6th, 2008, Plaintiff filed an ex parte application for continuance of hearing on

20  the Defendants' motions to dismiss, or in the alternative to extend time to file his opposition to

21  the said motions; and, for an order compelling the state Defendants to lodge with the Clerk the

22  administrative record in their control.[1] Based on the moving papers and file herein,

23         IT IS HEREBY ORDERED that the hearing on the Defendants' motions to dismiss be

24  continued to April 29, 2008, extending the time for filing and serving opposing papers or reply

25  papers to 21 and 14 days, respectively, preceding the new hearing date.

26         IT IS FURTHER ORDERED that the State Defendants shall lodge with the Clerk

27

28         [1]      The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

1   Plaintiff's entire Trade Act administrative case file including the administrative appeal decisions

2   and the appeal hearings transcripts, and the Trade Act cooperative agreement between the

3   Federal and State Defendants, no later than April 1, 2008.

4   Dated: _____

5

6                                            _____
                                             PATRICIA V. TRUMBULL

7                                            United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28