REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br><br> Plaintiff, <br> vs. <br><br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT,** *et al*., <br><br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **DECLARATION OF REZA NAGAHI IN SUPPORT OF APPLICATION FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION TO DISMISS AND FOR AN ORDER COMPELLING STATE DEFENDANTS TO LODGE ADMINISTRATIVE PROCEEDINGS CASE FILE WITH THE CLERK** |

I, Reza Nagahi, declare that:

1. I am the plaintiff in the above captioned case appearing pro se.

2. This declaration is submitted in support of ex parte application for continuance of hearing on Defendants' motion to dismiss or in the alternate for extension of time to oppose the said motions; and for an order to compel th eState Defendants to lodge with the Clerk the administrative proceedings case file.

3. This is an action for administrative review, damages and injunctive relief.

4. The continuance/enlargement of time is necessary to give state Defendants to prepare the administrative record and to give me additional time to prepare a proper and sufficient response to the Defendants' motions to dismiss.

5. I spoke with counsel for the Federal Defendant, Ms. Cormier, at 9:11 a.m. on

1  February 28, 2008, and advised her of my decision to request for a continuance/an extension of
2  time to file my opposition to her motion. Opposing counsel did not oppose this application.
3        6.    I contacted counsel for the State Defendants, Mr. Holland, at 8:54 a.m. on February
4  28, 2008. However, Mr. Holland was on vacation until March 17, 2008. Nonetheless, I did leave
5  him a voice message about the purpose of this application. I also spoke with Ms. Cynthia
6  Villalon at 9:28 a.m. and informed her of my request for the administrative record in their
7  possession. She said that she would convey my request to the supervision attorney. However, I
8  have not heard from them since that time.
9        7.    I was unable to obtain a stipulation to change this time due to the State Defendants'
10 counsel being unavailable.
11       8.    I requested and this Court granted a 4-day extension to file my opposition to the
12 State Defendants' motion to set aside entry of default on February 22, 2008. Otherwise, no other
13 time modifications have been requested or granted.
14       9.    I do not believe that the time modification requested would significantly affect the
15 schedule for the case.
16       10.   I have attached a proposed order granting this application. I respectfully request the
17 Court to continue the hearing on Defendants' motions to dismiss to April 29, 2008.
18       11.   I certify that the application for order extending time is made in good faith and for
19 good cause.
20       12.   Under penalty of perjury under the laws of the United States of America, the
21 foregoing is true.
22 DATED this **6th** day of March, 2008, in Mountain View, California.
23
24                                                       s/Reza Nagahi
25                                                       Reza Nagahi
26                                                       Plaintiff, *Pro se*
27
28

1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br><br> Plaintiff, <br> vs. <br><br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT**, *et al*., <br><br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND TO COMPEL STATE DEFENDANTS LODGE THE ADMINISTRATIVE PROCEEDINGS RECORDS WITH THE CLERK** |

On March 6th, 2008, Plaintiff filed an ex parte application for continuance of hearing on the Defendants' motions to dismiss, or in the alternative to extend time to file his opposition to the said motions; and, for an order compelling the state Defendants to lodge with the Clerk the administrative record in their control.[1] Based on the moving papers and file herein,

IT IS HEREBY ORDERED that the hearing on the Defendants' motions to dismiss be continued to April 29, 2008, extending the time for filing and serving opposing papers or reply papers to 21 and 14 days, respectively, preceding the new hearing date.

IT IS FURTHER ORDERED that the State Defendants shall lodge with the Clerk

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[PROPOSED] ORDER, *page 1*

1  Plaintiff's entire Trade Act administrative case file including the administrative appeal decisions
2  and the appeal hearings transcripts, and the Trade Act cooperative agreement between the
3  Federal and State Defendants, no later than April 1, 2008.
4  Dated: _____

6                          PATRICIA V. TRUMBULL
                          United States Magistrate Judge