1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| **REZA NAGAHI**, | Case No.: **C07-06268-PVT** |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND TO COMPEL STATE DEFENDANTS LODGE THE ADMINISTRATIVE PROCEEDINGS RECORDS WITH THE CLERK** |
| **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT,** *et al*., | |
| Defendants. | |

On March 6th, 2008, Plaintiff filed an ex parte application for continuance of hearing on the Defendants' motions to dismiss, or in the alternative to extend time to file his opposition to the said motions; and, for an order compelling the state Defendants to lodge with the Clerk the administrative record in their control.[1] Based on the moving papers and file herein,

IT IS HEREBY ORDERED that the hearing on the Defendants' motions to dismiss be continued to April 29, 2008, extending the time for filing and serving opposing papers or reply papers to 21 and 14 days, respectively, preceding the new hearing date.

IT IS FURTHER ORDERED that the State Defendants shall lodge with the Clerk

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[PROPOSED] ORDER, *page 1*

1  Plaintiff's entire Trade Act administrative case file including the administrative appeal decisions
2  and the appeal hearings transcripts, and the Trade Act cooperative agreement between the
3  Federal and State Defendants, no later than April 1, 2008.
4  Dated: _____

6                      PATRICIA V. TRUMBULL
                     United States Magistrate Judge