UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.: C 07-6268 PVT<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

On March 6, 2008, Plaintiff filed an *ex parte* application to continue the hearing on Defendants' motions to dismiss.[1] Having reviewed the moving papers, the court finds it appropriate to issue this order without further briefing or oral argument. Based on the moving papers and the file herein,

IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. The hearing of Defendants' motions to dismiss is continued to 10:00 a.m. on April 29, 2008. Plaintiff's opposition papers are due April 8, 2008. Defendants' reply papers are due April 15, 2008.

Dated: *3/7/08*

　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*