1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
4
      150 Almaden Blvd., Suite 900
5     San Jose, California 95113
      Telephone: (408) 535-5082
6     FAX: (408) 535-5081
      Claire.Cormier@usdoj.gov
7
    Attorneys for Defendant
8   Elaine Chao,
    Secretary, Department of Labor
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13
    REZA NAGAHI,                      )   Case No. C 07-06268 PVT
14                                    )
          Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
15                                    )   **ORDER TO CONTINUE CASE**
          v.                          )   **MANAGEMENT CONFERENCE**
16                                    )
    CALIFORNIA EMPLOYMENT             )
17  DEVELOPMENT DEPARTMENT, et al.,   )
                                      )
18        Defendants.                 )

19

20          This case was scheduled for a case management conference on April 1, 2008.  The

21  defendants filed motions to dismiss to be heard on that date.  At plaintiff's request, the motion

22  hearings were continued to April 29, 2008, but the case management conference remains on

23  calendar for April 1, 2008.

24          The parties hereby STIPULATE AND REQUEST that the case management conference

25  be continued to April 29, 2008, and that the related deadlines in the scheduling order be

26  continued accordingly.

27          IT IS SO STIPULATED.

28  //

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. C07-06268 PVT

1

2    DATED: March 27, 2008

3

4

5

6

7    DATED: March ___, 2008

8

9

10

11

12

13

14   DATED: March ___, 2008

15

16

17

18

19

20

21

22   DATED: March ___, 2008

23

24

25

26

27

28

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant United States Attorney____

EDMUND G. BROWN, JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

_____
CHARLTON G. HOLLAND, III
Deputy Attorney General

_____
REZA NAGAHI
Plaintiff

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the case management
conference in this action is continued to April 29, 2008 at 2:00 p.m.  The other dates in the initial
scheduling order for this case are continued accordingly.

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. C07-06268 PVT                          -2-

1

2  DATED: March ___, 2008

3

4

5

6

7  DATED: March 24, 2008

8

9

10

11

12

13

14  DATED: March 26, 2008

15

16

17

18

19

20

21

22  DATED: March ___, 2008

23

24

25

26

27

28

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____
CLAIRE T. CORMIER
Assistant United States Attorney____

EDMUND G. BROWN, JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

_____
CHARLTON G. HOLLAND, III
Deputy Attorney General

_____
REZA NAGAHI
Plaintiff

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the case management conference in this action is continued to April 29, 2008 at 2:00 p.m. The other dates in the initial scheduling order for this case are continued accordingly.

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE_

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. C07-06268 PVT      -2-