JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| REZA NAGAHI, | ) | Case No. C 07-06268 PVT |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~[PROPOSED]~~** |
| | ) | **ORDER TO CONTINUE CASE** |
| v. | ) | **MANAGEMENT CONFERENCE** |
| | ) | |
| CALIFORNIA EMPLOYMENT | ) | |
| DEVELOPMENT DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

      This case was scheduled for a case management conference on April 1, 2008. The defendants filed motions to dismiss to be heard on that date. At plaintiff's request, the motion hearings were continued to April 29, 2008, but the case management conference remains on calendar for April 1, 2008.

      The parties hereby STIPULATE AND REQUEST that the case management conference be continued to April 29, 2008, and that the related deadlines in the scheduling order be continued accordingly.

      IT IS SO STIPULATED.

//

1

Respectfully submitted,

2   DATED: March 27, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

3

/s/ Claire T. Cormier

4

_____

5

CLAIRE T. CORMIER
Assistant United States Attorney_____

6

7   DATED: March ___, 2008

EDMUND G. BROWN, JR.
Attorney General of the State of California

8

SUSAN M. CARSON
Supervising Deputy Attorney General

9

10

_____

11

CHARLTON G. HOLLAND, III
Deputy Attorney General

12

13

14   DATED: March ___, 2008

_____

15

REZA NAGAHI
Plaintiff

16

**[PROPOSED] ORDER**

17

18

    Pursuant to the stipulation of the parties, and good cause appearing, the case management

conference in this action is continued to April 29, 2008 at 2:00 p.m.  The other dates in the initial

19

scheduling order for this case are continued accordingly.

20

21

22   DATED: March 31, 2008

_____

23

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1

2   DATED: March ___, 2008

3

4

5

6

7   DATED: March 24, 2008

8

9

10

11

12

13

14   DATED: March 26, 2008

15

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____
CLAIRE T. CORMIER
Assistant United States Attorney____


EDMUND G. BROWN, JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General


_____
CHARLTON G. HOLLAND, III
Deputy Attorney General


_____
REZA NAGAHI
Plaintiff

16

### [PROPOSED] ORDER

17

    Pursuant to the stipulation of the parties, and good cause appearing, the case management

18

conference in this action is continued to April 29, 2008 at 2:00 p.m.  The other dates in the initial

19

scheduling order for this case are continued accordingly.

20

21

22   DATED: March ___, 2008

23

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE_

24

25

26

27

28