1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| **REZA NAGAHI**, | Case No.: **C07-06268-PVT** |
|---|---|
| Plaintiff, | **PLAINTIFF'S EX-PARTE APPLICATION FOR AN ORDER TO EXTEND TIME TO OPPOSE DEFENDATNS' MOTIONS TO DISMISS, TO CONTINUE THE HEARING ON MOTION TO DISMISS and TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT**, *et al*., | |
| Defendants. | |
| | Fed.R.Civ.P. 6(b)(1)(A); Civil L.Rs. 6-3, 7-10 |
| | Hearing:     April 29, 2008<br>Time:          10:00 a.m. and 2:00 p.m.<br>Courtroom: 5, 4th Floor<br>Judge:        Hon. Patricia V. Trumbull |

Plaintiff, pursuant to Fed.R.Civ.P. 6(b)(1)(A), and Civil L.Rs. 6-3 and 7-10, hereby applies to the Court for an order to extend time to file his Opposition to the State and Federal Defendants' Motions to Dismiss and to continue the Case Management Conference. Both these hearings have been scheduled for April 29, 2008, at 10:00 a.m. and 2:00 p.m., respectively. Plaintiff requests that the said hearings be rescheduled for May 13, 2008.

The basis for this application is that on March 30, 2008 plaintiff began suffering a major depressive episode. As a result, plaintiff has been unable to collect, organize and summarize his

---

PLAINTIFF'S EX PARTE APP. TO EXT. TIME TO OPPOSE MTD AND CONT. CMC        1
Case No.: C07-06268-PVT

1  completed research into a format that could be submitted to this Court. Given the last similar
2  experience with depression, plaintiff believes he would recover within two weeks. Accordingly,
3  plaintiff requests a two-week extension of time.
4        Plaintiff contacted the opposing counsels on April 7, 2008. The counsel for the Federal
5  Defendant, Ms. Cormier, did not object to this application. The counsel for the State
6  Defendants, Mr. Holland, did not oppose this application only if the hearings were to be
7  rescheduled before or after his absence from the state from May 14th through 30th.
8        This Court has granted the following extensions of time at the Plaintiff's request: (1) on
9  February 22, 2008, a 4-day extension to file opposition to the State Defendants' motion to set
10 aside entry of default; and (2) on March 7, 2008 a 28-day extension of time to file opposition to
11 Defendants' motions to dismiss. The Case Management Conference was also continued to April
12 29, 2008, based on the second extension of time stated granted to plaintiff.
13       Given that the grant of this application would lead to a similar situation as it was the
14 basis for continuing the Case Management Conference, Plaintiff requests that the CMC be
15 continued to May 13, 2008.
16       Based on the foregoing, Plaintiff respectfully requests that the Court extend the time for
17 filing the opposition to the Defendants' Motions to Dismiss to May 13, 2008 at 10:00 a.m., and
18 to continue the Case Management Conference to May 13, 2008 at 2:00 p.m.
19 RESPECTFULLY SUMITTED this **8TH** day of April, 2008.

                                    /s/ Reza Nagahi
                                    Reza Nagahi
                                    Plaintiff, *Pro Se*

**CERTIFICATE OF SERVICE**

I, Reza Nagahi, certify that on April 8, 2008, I electronically filed the foregoing *PLAINTIFF'S EX-PARTE APPLICATION FOR AN ORDER TO EXTEND TIME TO OPPOSE DEFENDATNS' MOTIONS TO DISMISS, TO CONTINUE THE HEARING ON MOTION TO DISMISS and TO CONTINUE THE CASE MANAGEMENT CONFERENCE, DECLARATION IN SUPPORT thereof, and PROPOSED ORDER* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the following Electronic Mail Notice List, and I hereby certify that there are no non-CM/ECF participants which would require manual service of these papers.

DATED this **8TH** day of April, 2008.

/s/ Reza Nagahi
Reza Nagahi, *Pro Se*

# E-FILING MAILING INFORMATION

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- CLAIRE T. CORMIER, Counsel for U.S. Department of Labor
  Claire.Cormier@usdoj.gov
- CHARLTON G. HOLLAND, III, Counsel for State Defendants
  Charlton.Holland@doj.ca.gov
- REZA NAGAHI, Plaintiff, Pro Se
  Nagahi@hotmail.com

**Manual Notice List**

No one requires manual noticing/service.