REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br><br> Plaintiff, <br> vs. <br><br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT**, *et al*., <br><br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **DECLARATION OF REZA NAGAHI IN SUPPORT OF EX-PARTE APPLICATION FOR AN ORDER TO EXTEND TIME TO OPPOSE DEFENDATNS' MOTIONS TO DISMISS, TO CONTINUE THE HEARING ON MOTIONS TO DISMISS and TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

I, Reza Nagahi, declare that:

1. I am the plaintiff in the above captioned case appearing pro se.

2. This declaration is submitted in support of ex parte application for extension of time to file my opposition to Defendants' motion to dismiss and to continue the Case Management Conference.

3. This is an action for administrative review, damages and injunctive relief.

4. The enlargement of time and continuance are necessary for me to recover from a major depressive disorder which I began experiencing on March 30, 2008. While going through this illness, I cannot concentrate and, therefore, I am unable to, among other things, effectively and efficiently perform cognitive tasks. The last time I experienced a similar situation, it took me

two weeks to recover.

5. I spoke with Ms. Cormier, the counsel for the Federal Defendant, at 2:47 p.m. on April 7, 2008, and advised her of my condition and my decision to request for an extension of time to file my opposition to her motion to dismiss. Mr. Cormier did not oppose this application if the hearing would be on May 13, 2008.

6. I spoke with Mr. Holland, the counsel for the State Defendants, at 2:51 p.m. on April 7, 2008. Mr. Holland did not object to this application so long as the hearing were to be rescheduled before or after his absence during May 14 through 30, 2008.

7. This Court has granted the following extensions of time at the Plaintiff's request: (1) on February 22, 2008, a 4-day extension to file opposition to the State Defendants' motion to set aside entry of default; and (2) on March 7, 2008 a 28-day extension of time to file opposition to Defendants' motions to dismiss. The Case Management Conference was also continued to April 29, 2008, based on the second extension of time granted to plaintiff.

8. I believe that the time modification requested would not significantly affect the schedule for the case.

9. I have attached a proposed order granting this application.

10. I certify that the application for order extending time is made in good faith and for good cause.

11. Under penalty of perjury under the laws of the United States of America, the foregoing is true.

DATED this **8TH** day of April, 2008, in Mountain View, California.

/s/Reza Nagahi
Reza Nagahi
Plaintiff, *Pro se*