1  REZA NAGAHI
2  840 Park Drive, Apt. C
   Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br><br> Plaintiff, <br><br> vs. <br><br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT**, *et al*., <br><br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER TO EXTEND TIME TO OPPOSE DEFENDATNS' MOTIONS TO DISMISS, TO CONTINUE THE HEARING ON MOTIONS TO DISMISS and TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

On April 8th, 2008, Plaintiff filed an ex parte application for an order to extend time to oppose Defendants' Motions to Dismiss, to continue the hearing on the motions to dismiss and to continue the Case Management Conference.[1] Having reviewed the moving papers, the court finds it appropriate to issue this order without further briefing or oral argument. Based on the moving papers and file herein,

IT IS HEREBY ORDERED that the Plaintiff's motion is GRANTED. The time Plaintiff shall serve and file his opposition to the Defendants' Motions to Dismiss is extended to April 22, 2008. Defendants' reply papers are due April 29, 2008.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1    IT IS FURTHER ORDERED that the hearing on the Defendants' Motions to Dismiss be
2 continued to May 13, 2008, at 10:00 a.m.
3    IT IS FURTHER ORDERED that the Case Management Conference in this action is
4 continued to May 13, 2008 at 2:00 p.m. The other dates in the initial scheduling order for this
5 case are continued accordingly.
6 Dated: April   , 2008

8                                       PATRICIA V. TRUMBULL
                                        United States Magistrate Judge