UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.: C 07-6268 PVT<br><br>**ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO EXTEND TIME TO OPPOSE DEFENDANTS' MOTIONS TO DISMISS AND TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS** |

　　　　On April 8, 2008, Plaintiff filed an *ex parte* application to continue the hearing on Defendants' motions to dismiss.[1] In his application, he represents that defense counsel have no objection to his request, so long as the new schedule does not conflict with Mr. Holland's planned absence from May 14th through May 30th 2008. Having reviewed the moving papers, the court finds it appropriate to issue this order without further briefing or oral argument. Based on the moving papers and the file herein,

　　　　IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED. The hearing on Defendants' motions to dismiss is continued to 10:00 a.m. on June 17, 2008.[2] Plaintiff's opposition

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

[2] Plaintiff's proposed schedule is unworkable because would set the deadline for his opposition on the same day as the hearing.

Order, *page 1*

1 | papers are due May 27, 2008.  Defendants' reply papers are due June 10, 2008.

2 |       IT IS FURTHER ORDERED that the Case Management Conference is continued to

3 | 2:00 p.m. on July 1, 2008.

4 | Dated: *4/10/08*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge