# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

**FILED**

2008 APR 11 A 10 39

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C07-06268-PVT

REZA NAGAHI

V.

California Employment Development Department; Deborah Bronow, James R. Crawley, Pauline C. Gee, Talbott A. Smith, Forrest E. Boomer, Peter Kindschi, Tom Campbell; and, Elaine L. Chao.

TO: (Name and address of defendant)

Pauline Gee
702 Riverwood Ln, Rio Vista, CA 94571

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Reza Nagahi
840 Park Drive, Apt. C, Mountain View, CA 94040

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JAN 1 6 2008

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me [1] on **March 29, 2008 @ 12:45pm**

DATE

Name of SERVER **John Elkins, Solano #325**   TITLE **Process Server**

Check one box below to indicate appropriate method of service

☒ Served Personally upon the Defendant. Place where served: **Pauline Gee**
**702 Riverwood Lane**
**Rio Vista, Ca. 94571**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

TRAVEL    SERVICES    TOTAL **85.00**

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **4/02/08**
Date

Signature of Server

Address of Server **2401-A Waterman Blvd #4-220 Fairfield, Ca. 94534**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure