EDMUND G. BROWN JR.
Attorney General of the State of California
SUSAN M. CARSON
Supervising Deputy Attorney General
CHARLTON G. HOLLAND, III, State Bar No. 36404
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-5519
 Fax: (415) 703-5480
 Email: Charlton.Holland@doj.ca.gov

Attorneys for Defendants
California Employment Development Department,
Forrest Boomer, Peter Kindschi, Deborah Bronow,
James Crawley, Talbott A. Smith, and Pauline Gee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>                    Plaintiff,<br><br>  v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,<br><br>                    Defendants. | C 07-06268 PVT<br><br>NOTICE OF MOTION OF STATE DEFENDANT PAULINE GEE AND MOTION TO DISMISS PURSUANT TO RULE 12 (B) (6) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>Hearing:   June 17, 2008<br>Time:      10:00 a.m.<br>Courtroom: 5<br>Judge:     Honorable<br>           Patricia V. Trumbull |

**TO PLAINTIFF REZA NAGAHI, PLAINTIFF IN PRO PER:**

**PLEASE TAKE NOTICE** that the Defendant Pauline Gee joins the Defendants Employment Development Department, Forrest Boomer, Peter Kindschi, Deborah Bronow, James Crawley, and Talbott A. Smith in their motion before this Court, in Courtroom 5, on June 17, 2008, at 10:00 a.m. at 280 South First Street, San Jose, CA 95113, pursuant to Rule 12(b)(6)

Motion to Dismiss (Gee) -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT

1

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  CHARLTON G. HOLLAND, III, State Bar No. 36404
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone: (415) 703-5519
     Fax: (415) 703-5480
6    Email: Charlton.Holland@doj.ca.gov

7  Attorneys for Defendants
   California Employment Development Department,
8  Forrest Boomer, Peter Kindschi, Deborah Bronow,
   James Crawley, Talbott A. Smith, and Pauline Gee

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12

13 | REZA NAGAHI,                                    | C 07-06268 PVT
14 |                          Plaintiff,             | NOTICE OF MOTION OF
   |                                                  | STATE DEFENDANT
15 | v.                                               | PAULINE GEE AND
   |                                                  | MOTION TO DISMISS
16 | CALIFORNIA EMPLOYMENT DEVELOPMENT                | PURSUANT TO RULE 12 (B) (6)
   | DEPARTMENT; DEBORAH BRONOW, JAMES                | OF THE FEDERAL RULES
17 | CRAWLEY, PAULINE GEE, TALBOTT A.                 | OF CIVIL PROCEDURE
   | SMITH, FORREST E. BOOMER, PETER                  |
18 | KINDSCHI, and TOM CAMPBELL, in their             | Hearing:   June 17, 2008
   | individual and official capacities, as present or| Time:      10:00 a.m.
19 | former officers of California Employment         | Courtroom: 5
   | Development Department; ELAINE L. CHAO, in       | Judge:     Honorable
20 | her official capacity, as the United States Secretary |           Patricia V. Trumbull
   | of Labor; and DOES ONE through TEN, inclusive,   |
21 |                                                  |
   |                          Defendants.             |
22

23

24             TO PLAINTIFF REZA NAGAHI, PLAINTIFF IN PRO PER:

25             PLEASE TAKE NOTICE that the Defendant Pauline Gee joins the Defendants

26 Employment Development Department, Forrest Boomer, Peter Kindschi, Deborah Bronow,

27 James Crawley, and Talbott A. Smith in their motion before this Court, in Courtroom 5, on June

28 17, 2008, at 10:00 a.m. at 280 South First Street, San Jose, CA 95113, pursuant to Rule 12(b)(6)

Motion to Dismiss (Gee) -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT
                                       1

1  of the Federal Rules of Civil Procedure, for an order dismissing the complaint, as to the above
2  named defendants, on the grounds that the plaintiff has failed to state any cause of action against
3  these defendants.
4      This motion is based on the memorandum of points and authorities on file on behalf of
5  the above named defendants and the court file herein.
6      Dated: April 21, 2008

7              Respectfully submitted,

8              EDMUND G. BROWN JR.
               Attorney General of the State of California

9              SUSAN M. CARSON
               Supervising Deputy Attorney General

10             **/s/ Charlton G. Holland, III**

11             CHARLTON G. HOLLAND, III
12             Deputy Attorney General

13             Attorneys for Defendants
               California Employment Development Department,
14             Forrest Boomer, Peter Kindschi, Deborah Bronow,
               James Crawley, Talbott A. Smith and Pauline Gee

16  40244138.wpd
17  SF2007403425

Motion to Dismiss (Gee) -Reza Nagahi v. California Employment Development Department, et al. C 07-06268 PVT

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Reza Nagahi v. California Employment Development Department, et al.**

No.:   In the United States District Court
For the Northern District of California
San Jose Division
Case No.: C 07-06268 PVT

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 21, 2008, I served the attached **NOTICE OF MOTION OF STATE DEFENDANT PAULINE GEE AND MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Reza Nagahi
840 Park Drive, Apt. C
Mountain View CA 94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 21, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

40244175.wpd