JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, ) | Case No. C 07-06268 PVT |
|    Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE CASE** |
| v. ) | **MANAGEMENT CONFERENCE** |
| ) | |
| CALIFORNIA EMPLOYMENT ) | |
| DEVELOPMENT DEPARTMENT, et al., ) | |
| ) | |
|    Defendants. ) | |

     This case was scheduled for a case management conference on April 1, 2008. The defendants filed motions to dismiss to be heard on that date. At plaintiff's request, the motion hearings were continued to April 29, 2008, and the case management conference was rescheduled accordingly. Plaintiff then requested another continuance for the motions and the case management conference. The motions are now scheduled to be heard on June 17, 2008, with the case management conference scheduled for July 1, 2008.

     Counsel for the Defendant Elaine Chao, Secrtary of the Department of Labor, has advised that other parties that she is scheduled to be away at a family reunion the week of June 30, 2008, which includes the currently scheduled case management conference. Therefore, the parties

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. C07-06268 PVT

1  hereby STIPULATE AND REQUEST that the case management conference be continued to July
2  8, 2008, and that the related deadlines in the scheduling order be continued accordingly.
3      IT IS SO STIPULATED.

4      Respectfully submitted,

5  DATED: April 29, 2008    JOSEPH P. RUSSONIELLO
    United States Attorney

6  

7  /s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
8  Assistant United States Attorney

9  DATED: April \_\_\_, 2008    EDMUND G. BROWN, JR.
10  Attorney General of the State of California

11  SUSAN M. CARSON
Supervising Deputy Attorney General
12  

13  _____
CHARLTON G. HOLLAND, III
14  Deputy Attorney General

15  

16  

17  DATED: April \_\_\_, 2008    _____
REZA NAGAHI
18  Plaintiff

19  **[PROPOSED] ORDER**

20      Pursuant to the stipulation of the parties, and good cause appearing, the case management
21  conference in this action is continued to July 8, 2008 at 2:00 p.m. The other dates in the initial
22  scheduling order for this case are continued accordingly.

23  

24  

25  DATED: _____, 2008    _____
PATRICIA V. TRUMBULL
26  UNITED STATES MAGISTRATE JUDGE

27  

28

1  hereby STIPULATE AND REQUEST that the case management conference be continued to July
2  8, 2008, and that the related deadlines in the scheduling order be continued accordingly.
3         IT IS SO STIPULATED.
4                                                  Respectfully submitted,
5  DATED: April ___, 2008                          JOSEPH P. RUSSONIELLO
                                                   United States Attorney
6
7                                                  _____
                                                   CLAIRE T. CORMIER
8                                                  Assistant United States Attorney____
9
   DATED: April 29, 2008                           EDMUND G. BROWN, JR.
10                                                 Attorney General of the State of California
11                                                 SUSAN M. CARSON
                                                   Supervising Deputy Attorney General
12
13                                                 _____
                                                   CHARLTON G. HOLLAND, III
14                                                 Deputy Attorney General
15
16
17 DATED: April ___, 2008                          _____
                                                   REZA NAGAHI
18                                                 Plaintiff
19
                              [PROPOSED] ORDER
20
        Pursuant to the stipulation of the parties, and good cause appearing, the case management
21
   conference in this action is continued to July 8, 2008 at 2:00 p.m.  The other dates in the initial
22
   scheduling order for this case are continued accordingly.
23
24
25 DATED: _____, 2008   _____
                                    PATRICIA V. TRUMBULL
26                                  UNITED STATES MAGISTRATE JUDGE
27
28 _____

hereby STIPULATE AND REQUEST that the case management conference be continued to July 8, 2008, and that the related deadlines in the scheduling order be continued accordingly.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April ___, 2008        JOSEPH P. RUSSONIELLO
                              United States Attorney


                              _____
                              CLAIRE T. CORMIER
                              Assistant United States Attorney____


DATED: April ___, 2008        EDMUND G. BROWN, JR.
                              Attorney General of the State of California

                              SUSAN M. CARSON
                              Supervising Deputy Attorney General


                              _____
                              CHARLTON G. HOLLAND, III
                              Deputy Attorney General


DATED: April 28, 2008         /s/ Reza Nagahi
                              REZA NAGAHI
                              Plaintiff

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the case management conference in this action is continued to July 8, 2008 at 2:00 p.m.  The other dates in the initial scheduling order for this case are continued accordingly.


DATED: _____, 2008   _____
                                  PATRICIA V. TRUMBULL
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CMC
Case No. C07-06268 PVT                -2-