JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, ) | Case No. C 07-06268 PVT |
|     Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE CASE** |
|     v. ) | **MANAGEMENT CONFERENCE** |
| ) | |
| CALIFORNIA EMPLOYMENT ) | |
| DEVELOPMENT DEPARTMENT, et al., ) | |
| ) | |
|     Defendants. ) | |

    This case was scheduled for a case management conference on April 1, 2008. The defendants filed motions to dismiss to be heard on that date. At plaintiff's request, the motion hearings were continued to April 29, 2008, and the case management conference was rescheduled accordingly. Plaintiff then requested another continuance for the motions and the case management conference. The motions are now scheduled to be heard on June 17, 2008, with the case management conference scheduled for July 1, 2008.

    Counsel for the Defendant Elaine Chao, Secrtary of the Department of Labor, has advised that other parties that she is scheduled to be away at a family reunion the week of June 30, 2008, which includes the currently scheduled case management conference. Therefore, the parties

1  hereby STIPULATE AND REQUEST that the case management conference be continued to July
2  8, 2008, and that the related deadlines in the scheduling order be continued accordingly.
3      IT IS SO STIPULATED.

4                                           Respectfully submitted,

5  DATED: April 29, 2008                    JOSEPH P. RUSSONIELLO
                                            United States Attorney
6
                                            /s/ Claire T. Cormier
7                                           _____
                                            CLAIRE T. CORMIER
8                                           Assistant United States Attorney____

9
   DATED: April ___, 2008                   EDMUND G. BROWN, JR.
10                                          Attorney General of the State of California

11                                          SUSAN M. CARSON
                                            Supervising Deputy Attorney General
12

13                                          _____
                                            CHARLTON G. HOLLAND, III
14                                          Deputy Attorney General

15

16

17 DATED: April ___, 2008                   _____
                                            REZA NAGAHI
18                                          Plaintiff

19
                          **[PROPOSED]** ORDER
20
        Pursuant to the stipulation of the parties, and good cause appearing, the case management
21
   conference in this action is continued to July 8, 2008 at 2:00 p.m.  The other dates in the initial
22
   scheduling order for this case are continued accordingly.
23

24

25 DATED: __5/6/08_____, 2008        *Patricia V. Trumbull*
                                            _____
                                            PATRICIA V. TRUMBULL
26                                          UNITED STATES MAGISTRATE JUDGE

27

28

hereby STIPULATE AND REQUEST that the case management conference be continued to July 8, 2008, and that the related deadlines in the scheduling order be continued accordingly.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: April ___, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: April 24, 2008

EDMUND G. BROWN, JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

_____
CHARLTON G. HOLLAND, III
Deputy Attorney General

DATED: April ___, 2008

_____
REZA NAGAHI
Plaintiff

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the case management conference in this action is continued to July 8, 2008 at 2:00 p.m. The other dates in the initial scheduling order for this case are continued accordingly.

DATED: _____, 2008

_____
PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

1  hereby STIPULATE AND REQUEST that the case management conference be continued to July
2  8, 2008, and that the related deadlines in the scheduling order be continued accordingly.
3      IT IS SO STIPULATED.
4                                      Respectfully submitted,
5  DATED: April ___, 2008        JOSEPH P. RUSSONIELLO
                                        United States Attorney
6
7                                          _____
                                        CLAIRE T. CORMIER
8                                          Assistant United States Attorney____
9
   DATED: April ___, 2008        EDMUND G. BROWN, JR.
10                                        Attorney General of the State of California
11                                        SUSAN M. CARSON
                                        Supervising Deputy Attorney General
12
13
                                        _____
                                        CHARLTON G. HOLLAND, III
14                                        Deputy Attorney General
15
16
17 DATED: April 28, 2008        /s/ Reza Nagahi_____
                                        REZA NAGAHI
18                                        Plaintiff
19
                                  **[PROPOSED] ORDER**
20
    Pursuant to the stipulation of the parties, and good cause appearing, the case management
21
conference in this action is continued to July 8, 2008 at 2:00 p.m.  The other dates in the initial
22
scheduling order for this case are continued accordingly.
23
24
25 DATED: _____, 2008    _____
                                        PATRICIA V. TRUMBULL
26                                        UNITED STATES MAGISTRATE JUDGE
27
28 _____