**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

REZA NAGAHI,                                                    C 07-06268 PVT

        *Plaintiff(s),*

                                              **CLERK'S NOTICE RESCHEDULING**
                                              **TIME ON CASE MANAGEMENT**
*vs.*                                             **CONFERENCE**

CALIFORNIA EMPLOYMENT DEVELOPMENT
DEPARTMENT., et al.,

        *Defendant(s).*
_____

      Please take notice that the time on the  Case Management Conference scheduled  for 2:00 p.m on July 8, 2008 has been changed to **July 8, 2008 at 10:00 a.m.** before Magistrate Patricia V. Trumbull**.**    Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.


Dated: June 10, 2008           /s/ Corinne Lew
                              _____
                              Corinne Lew
                              DEPUTY CLERK