1  REZA NAGAHI
2  840 Park Drive, Apt. C
   Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT**, *et al*.,<br><br>　　　　　Defendants. | Case No.: **C07-06268-PVT**<br><br>**PLAINTIFF'S EX PARTE APPLICATION FOR AN ORDER TO GRANT PLAINTIFF LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTIONS OUT OF TIME, TO CONTINUE HEARING ON MOTIONS TO DISMISS, AND TO GRANT PLAINTIFF ADMINISTRATIVE RELIEF**<br><br>Fed.R.Civ.P. 6(b)(1)(B);<br>Civil L.Rs. 6-3, 7-11, 7-12 |

This case was scheduled for a hearing on Defendants' motions to dismiss on June 17, 2008 at 10:00 a.m. Plaintiff's Opposition to Defendants' Motions to Dismiss was due on May 27, 2008. Plaintiff, pursuant to Fed.R.Civ.P. 6(b)(1)(B) and Civil L.Rs. 6-3, 7-10, and 7-11, hereby requests that

1. Plaintiff be granted leave to file his Opposition to the State and Federal Defendants' Motions to Dismiss out of time;

2. Submission of Plaintiff's Opposition deadline be extended to June 17, 2008 and Defendants' Reply deadline be extended to June 24 2008;

3. The hearing on the Motions to Dismiss be continued to July 8, 2008; and

1      4. Plaintiff be granted leave to exceed otherwise applicable page limitations, not to
2  exceed 45 pages.

3      As set fully in the accompanying affidavit, the bases for this application are: (1) The
4  document size being too large for electronic filing resulting in failure to file the Opposition on
5  May 27, 2008; (2) Plaintiff's inability to efficiently and effectively communicate with opposing
6  counsels regarding submission of Opposition; (3) The complexity of the constitutional law being
7  the major cause of completing the Opposition; (4) Plaintiff's personal issues resulting in his
8  ability to dedicate his entire time to preparation of the Opposition; and (5) Plaintiff attempt to
9  oppose two motions to dismiss by one document, which exceeded page limitation

10     Mr. Holland, the State Defendants' counsel, did not object to this application as of June
11 9, 2008. However, Ms. Cormier expressed doubt whether she would be able to agree with this
12 application as of June 11, 2008. However, both indicated that if the Opposition requires extra
13 time, they would ask the Court for additional time.

14     Plaintiff wanted to ensure that the next request from the Court regarding the Opposition
15 would be the final. As such, he did not contact the opposing counsels until he was certain of the
16 date the Opposition would be filed, which is June 17, 2008. However, as of filing this
17 application, neither counsel has replied to Plaintiff's email sent at 8:26 a.m. on June 16, 2008,
18 asking whether they would object to this application.

19     This Court has granted the following extensions of time at the Plaintiff's request: (1) on
20 February 22, 2008, a 4-day extension to file opposition to the State Defendants' motion to set
21 aside entry of default; (2) on March 7, 2008 a 28-day extension to file opposition to Defendants'
22 motions to dismiss; and, (3) and on April 10, 2008, a 49-day extension to file opposition to
23 Defendants' motions to dismiss.

24     Based on the foregoing, Plaintiff prays the Court grants this application.
25 RESPECTFULLY SUMITTED, this, **16th** day of June, 2008.

26                                        /s/ Reza Nagahi
27                                        Reza Nagahi
                                       Plaintiff, Pro Se
28

|   |   |   |
|---|---|---|
| 1 | REZA NAGAHI | |
| 2 | 840 Park Drive, Apt. C | |
|   | Mountain View, CA 94040 | |
|   | (650) 965-1939 | |
| 3 | nagahi@hotmail.com | |
| 4 | Plaintiff, Pro Se | |

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br><br> Plaintiff, <br> vs. <br><br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT**, *et al*., <br><br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **DECLARATION OF REZA NAGAHI IN SUPPORT OF EX PARTE APPLICATION FOR ORDER TO GRANT PLAINTIFF LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTIONS OUT OF TIME, TO CONTINUE HEARING ON MOTIONS TO DISMISS, AND TO GRANT PLAINTIFF ADMINISTRATIVE RELIEF** |

I, Reza Nagahi, declare that:

1. I am the plaintiff in the above captioned case appearing pro se.

2. This declaration is submitted in support of my application for an order to grant my leave to file opposition to Defendants' motions to dismiss out of time, to continue hearing on motions to dismiss, and to grant plaintiff administrative relief from exceeding memoranda page limitation.

3. The PDF file of my Opposition to the Defendants' motions to dismiss was more than 40MB. The limit set by ECF is 5MB. I searched for software that would compress the PDF file. It took many software trials to find one that finally compressed the file to 1.6MB. When I attempted to filed the Opposition on May 27, 2008, it was 11:43 p.m. at night. *See* Exhibit 1.

1  After uploading the file, ECF replied that the file has security measures within it and, as such,
2  ECF did not accept the file. I was unaware of the fact that the compressed filed had security
3  measures in it and that ECF would not accept such files.

4      4.    Since the filing deadline passed at midnight on May 27, 2008, I have been diligently
5  preparing for and communicating with the opposing counsels regarding this application. I
6  emailed Ms. Cormier, the counsel for the Federal Defendant, and Mr. Holland, the counsel for
7  the State Defendants, on May 29, 2008. I informed them of the reasons for my inability to file
8  my Opposition. However, I was unable to reply to Ms. Cormier's email on that day and further
9  communication with the opposing counsels was postponed until June 2, 2008.

10      5.    On June 2, 2008 I emailed both counsels again and informed them of my need to
11  have additional time to complete my Opposition. I also informed Ms. Cormier and Mr. Holland
12  that I have combined my opposing arguments to both MTDs into one Opposition and, as such, I
13  have exceeded the 25-page limitation set in Civil L.R. 7-4(b). My Opposition is presently 41
14  pages. Upon insertion of additional arguments and further review, the total number of pages may
15  exceed not more than 45 pages of text.

16      6.    Ms. Cormier and Mr. Holland suggested that we file this stipulation, which I
17  prepared. However, I had forgotten that the date for CMC was continued to July 8th and as such
18  the Stipulation reflected the incorrect date of July 1st for the hearing. Ms. Cormier corrected the
19  mistake and signed the stipulation. *See* Exhibit 2. However, Mr. Holland had already signed and
20  mailed the old stipulation to me. *See* Exhibit 3. On June 5th, I emailed Mr. Holland to ensure that
21  he did not object to the new date. However, Mr. Holland did not reply to my email until June 9th.
22  Therefore, the time for that stipulation had passed.

23      7.    By June 9th, I had realized for the second time that my Opposition needed to be
24  redone and began for the last time to go through each cause of action and properly address it as I
25  had come to understand the constitutional requirements that needed to be addressed per Rule
26  12(b)(1) and (b)(6). Therefore, I worked diligently to ensure that a final completion date can be
27  ascertained and given to this Court so no more extensions and delays would result.

28      8.    I have gone through three iterations of my Opposition with each time 85-90% of the

PLAINTIFF'S DECL. RE APPL. FOR LEAVE AND CONT. HEARING ON MTD    2
Case No.: C07-06268-PVT

document being rewritten. I have been reading cases law to understand the constitutional law. However, facts of each case being different and issues on appeal being narrow, it has been quite difficult and has taken long to come to sufficient understanding regarding each constitutional cause of action in order to oppose it. Even rereading the same case for the third or fourth time brings a new understanding. As a result, each time I believed I had readied my Opposition, upon a final review, I realized I had not responded to it adequately or properly, which required correction. However, this last revision is final.

9. On June 16th, at 8:26 a.m. I emailed both counsels to ask whether they object to this application. However, neither counsel has replied as of filing of this application.

10. A personal issue has also been a cause of these failures. My mother has been visiting me. She is 75 years old and has had three strokes, which have diminished her physical abilities. She does not speak or understand English. Therefore, she relies on me to help her with a lot of the things she has to do.

11. The Court's leave to file my opposition out of time is necessary because the failure to file the opposition was due to circumstances that I had not anticipated and was beyond my control. I certify that the application for leave is made in good faith and for good cause

12. This Court has granted the following extensions of time at the Plaintiff's request: (1) on February 22, 2008, a 4-day extension to file opposition to the State Defendants' motion to set aside entry of default; (2) on March 7, 2008 a 28-day extension to file opposition to Defendants' motions to dismiss; and, (3) and on April 10, 2008, a 49-day extension to file opposition to Defendants' motions to dismiss. The Case Management Conference was also continued to April 29, 2008, based on the second extension of time granted to plaintiff.

13. Under penalty of perjury under the laws of the United States of America, the foregoing is true.

DATED this **16th** day of June, 2008, in Mountain View, California.

/s/Reza Nagahi
Reza Nagahi
Plaintiff, *Pro se*

1 **EXHIBIT 1**

2 Screen Print of Plaintiff's Attempt To File His Opposition

3 May 27, 2008 At 11:43 P.M.



# EXHIBIT 2

Ms. Cormier's Signed Stipulation

June 3, 2008, 3:48 PM.

---

1. Defendants' Reply deadline be extended to June 20, 2008;
2. 3. The hearing on the Motions to Dismiss be continued to July 8, 2008; and
3. 4. Plaintiff be granted leave to exceed otherwise applicable page limitations.
4. IT SO STIPULATED.

RESPECTFULLY SUMITTED,

DATED, June ___, 2008.

Reza Nagahi
Plaintiff, Pro Se

DATED, June ___, 2008.

EDMUND G. BROWN, JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

CHARLTON G. HOLLAND, III
Deputy Attorney General

DATED, June 3, 2008.

JOSEPH P. RUSSONIELLO
United States Attorney

CLAIRE T. CORMIER
Assistant United States Attorney

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, and good cause appearing, Plaintiff is granted leave to file his Opposition to the Defendants' Motions to Dismiss out of time and on June 6, 2008. Reply papers are due June 20, 2008. Hearing on Motions to Dismiss is continued to July 8, 2008. Plaintiff is granted leave to file his Opposition in excess of page limitation, not to exceed 45 pages of text.

DATED, June ___, 2008.

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONT. HEARING ON MTD AND CMC    2
Case No.: C07-06268-PVT

**EXHIBIT 3**

Mr. Holland's Signed Stipulation

June 3, 2008

---

1. Defendants' Reply deadline be extended to June 20, 2008;   RN 6/4/08

2. 3. The hearing on the Motions to Dismiss be continued to July 8, 2008; and

3. 4. Plaintiff be granted leave to exceed otherwise applicable page limitations.

4. IT SO STIPULATED.

5. RESPECTFULLY SUBMITTED,

6. DATED, June 3, 2008.   /s/ Reza Nagahi
   Reza Nagahi
   Plaintiff, Pro Se

9. DATED, June 2, 2008.   EDMUND G. BROWN, JR.
   Attorney General of the State of California

   SUSAN M. CARSON
   Supervising Deputy Attorney General

   [signature]
   CHARLTON G. HOLLAND, III
   Deputy Attorney General

15. DATED, June ___, 2008.   JOSEPH P. RUSSONIELLO
   United States Attorney

   _____
   CLAIRE T. CORMIER
   Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, Plaintiff is granted leave to file his Opposition to the Defendants' Motions to Dismiss out of time and on June 6, 2008. Reply papers are due June 20, 2008. Hearing on Motions to Dismiss is continued to July 8, 2008. RN 6/4/08. Plaintiff is granted leave to file his Opposition in excess of page limitation, not to exceed 45 pages of text.

DATED, June ___, 2008.
   _____
   PATRICIA V. TRUMBULL
   United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER CONT. HEARING ON MTD AND CMC   2
Case No.: C07-06268-PVT