1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br> Plaintiff, <br> vs. <br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT**, *et al.*, <br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS' MOTIONS OUT OF TIME, TO CONTINUE HEARING ON MOTIONS TO DISMISS, AND TO GRANT PLAINTIFF ADMINISTRATIVE RELIEF** |

On June 16, 2008, Plaintiff filed an *ex parte* application for an order to grant plaintiff leave to file opposition to defendants' motions out of time, to continue hearing on motions to dismiss, and to grant plaintiff administrative relief.[1] Having reviewed the moving papers, the court finds it appropriate to issue this order without further briefing or oral argument. Based on the moving papers and file herein,

IT IS HEREBY ORDERED that the Plaintiff's motion is GRANTED. Plaintiff may file his Opposition to the Defendants' Motions to Dismiss out of time and shall serve and file his Opposition on June 17, 2008. Defendants' reply papers are due June 24, 2008.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1     IT IS FURTHER ORDERED that Plaintiff's Opposition may exceed the page limitation
2 but not to exceed 45 pages of text.
3     IT IS FURTHER ORDERED that the hearing on the Defendants' Motions to Dismiss be
4 continued to July 8, 2008, at 10:00 a.m.

5 DATED, June ___, 2008.

6                                            PATRICIA V. TRUMBULL
7                                            United States Magistrate Judge

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28