1 | REZA NAGAHI
2 | 840 Park Drive, Apt. C
  | Mountain View, CA 94040
3 | (650) 965-1939
  | nagahi@hotmail.com
4 | Plaintiff, Pro Se

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 | **SAN JOSE DIVISION**

11 | REZA NAGAHI,                    Case No.: C07-06268-PVT

12 |                    Plaintiff,

13 |     vs.                        **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

14 | CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, *et al.,*

15 |                    Defendants.    Fed.R.Evid. 201

16 |                                 Hearing:     June 17, 2008
17 |                                 Time:        10:00 a.m.
   |                                 Courtroom:   5, 4th Floor
18 |                                 Judge:       Hon. Patricia V. Trumbull

20 |         Federal Rule of Evidence 201 allows the Court to take judicial notice of facts that are

21 | "not subject to reasonable dispute" in that they are "either (1) generally known within the

22 | territorial jurisdiction or the trial court or (2) capable of accurate and ready determination by

23 | resort to sources whose accuracy cannot reasonably be questioned." Fed.R.Evid. 201(b).[1]

24 | Government records are not reasonably subject to dispute and are capable of immediate and

25 | accurate verification. Therefore, government records are judicially noticeable. *See Brown v.*

26 | *Valoff*, 422 F.3d 926, 931 n.7, 933 n.9 (9th Cir. 2005) (taking judicial notice of agency

---

[1] Unless otherwise specified, all statutory references are to the Federal Rules of Evidence.

PLAINTIFF'S REQ. FOR JUDICIAL NOTICE                    1
Case No.: C07-06268-PVT

1    documents); *United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003) (holding that courts may

2    take judicial notice of "records and reports of administrative bodies"). "Public records are

3    presumed authentic and trustworthy, [and] the burden of establishing a basis for exclusion falls

4    on the opponent of the evidence." *Johnson v. City of Pleasanton*, 982 F.2d 350, 352 (9th Cir.

5    1992).

6        Judicial notice can be taken at any stage of the proceeding, Rule 201(g), and of matters of

7    public record outside the pleadings on a motion to dismiss. *MGIC lndem. Corp. v. Weisman*, 803

8    F.2d 500, 504 (9th Cir. 1986). Judicial notice is mandatory where a party requests it and supplies

9    the Court with the necessary information. Rule 201(d). Accordingly, pursuant to Rule 201,

10   Plaintiff hereby respectfully requests that the Court take judicial notice of the following

11   documents cited in the Complaint and Plaintiff's Opposition to Defendants' Motions to Dismiss:

12       1.    Plaintiff's First TAA Training benefit application denied by Defendant California

13   Employment Development Department ("EDD"), issued on January 24, 2005, a copy of which is

14   attached hereto as **Exhibit 1**.

15       2.    Hearing transcript of appeal on denial of Plaintiff's first TAA Training Application

16   Administrative Law Judge (ALJ) Campbell presiding, held April 25, 2005, a copy of which is

17   attached hereto as **Exhibit 2**.

18       3.    Transcript of continued hearing of appeal on denial of Plaintiff's first TAA Training

19   Application, ALJ Campbell presiding, held May 26, 2005, a copy of which is attached hereto as

20   **Exhibit 3**.

21       4.    ALJ Campbell Order affirming EDD's January 24, 2005 denial of Plaintiff's TAA

22   Training benefit application, issued on June 23, 2005, a copy of which is attached hereto as

23   **Exhibit 4**.

24       5.    Plaintiff's second TAA Training application denied by Defendant EDD, issued on

25   August 17, 2005, a copy of which is attached hereto as **Exhibit 5**.

26       6.    California Unemployment Insurance Appeals Board (CUIAB) Order Reversing ALJ

27   Campbell's June 23, 2005 Decision Denying Plaintiff's TAA Training benefit application,

28   issued on November 11, 2005, a copy of which is attached hereto as **Exhibit 6**.

7. ALJ Sure's Order dismissing Plaintiff's appeal of the EDD's August 17, 2005 denial of his second TAA Training benefit application, issued on February 9, 2006, a copy of which is attached hereto as **Exhibit 7**.

8. Transcript of hearing on denial of Plaintiff's second TAA Training Application, ALJ Sure presiding, held June 22, 2006, a copy of which is attached hereto as **Exhibit 8.**

9. ALJ Sure's Order reopening plaintiff's appeal of EDD's August 17, 2005 denial of second TAA Training benefit application and reversing EDD's denial, issued on June 28, 2006, a copy of which is attached hereto as **Exhibit 9**.

10. Transcript of hearing on denial of Plaintiff's TRA Training Application, ALJ Sure presiding, held October 25, 2006, a copy of which is attached hereto as **Exhibit 10.**

11. ALJ Sure's Order reversing EDD's August 4, 2006 denial of Plaintiff's Trade Additional Readjustment Allowances (TRA) benefit application, issued on November 3, 2006, a copy of which is attached hereto as **Exhibit 11**.

12. Defendant Smith's written argument on appeal of ALJ Sure's November 3, 2006 decision, issued on December 21, 2006, a copy of which is attached hereto as **Exhibit 12**.

13. Defendant Boomer's denial of plaintiff's TAA benefits post CUIAB's approval of training and TRA benefits and while EDD's appeal of ALJ's approval of TRA was pending before CUIAB, issued on March 2, 2007, a copy of which is attached hereto as **Exhibit 13**.

14. CUIAB Order affirming ALJ Sure's November 3, 2006 Decision reversing EDD's August 4, 2006 denial of Plaintiff's Additional TRA benefit, issued on April 5, 2007, a copy of which is attached hereto as **Exhibit 14**.

15. U.S. Department of Labor Employment and Training Administration Office of National Response Division of Trade Adjustment Assistance State Formula Spending, issued on October 15, 2007, a copy of which is attached hereto as **Exhibit 15**.

16. Plaintiff certifies that the exhibits attached to this request for judicial notice are true and genuine copies of what they are alleged to be and that they are relevant and admissible. As to the pertinent parts of the state administrate proceedings, plaintiff was a witness to all the proceedings and testimonies given in the corresponding hearings. Such record was produced at

1  or near the time the document was issued. The said record currently in plaintiff's possession is

2  an accumulation of documents produced by defendant EDD or CUIAB and mailed to plaintiff

3  via U.S. Postal Service. Therefore, the original are in the Moving Defendants' control.

4      17.   Under penalty of perjury under the laws of the United States of America that the

5  foregoing is true.

6                                   CONCLUSION

7      Therefore, Plaintiff respectfully request the Court take judicial notice of the attached

8  documents.

9      DATED this **6th** day of June, 2008.

10                                        /s/ Reza Nagahi

11                                        Reza Nagahi
                                          Plaintiff, *Pro Se*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2      I, Reza Nagahi, certify that on June 6, 2008, I electronically filed the foregoing

3  *PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE* with the Clerk of the Court using the

4  CM/ECF system which will send notification of such filing to the e-mail addresses denoted on

5  the following Electronic Mail Notice List, and I hereby certify that there are no non-CM/ECF

6  participants which would require manual service of these papers.

7      I further <u>certify</u> that on June 6, 2008, I served all the foregoing exhibits on defendants

8  electronically at their email addresses listed below.

9      DATED this **6th** day of June, 2008.

10                                                     /s/ Reza Nagahi

11                                                     Reza Nagahi, *Pro Se*

12  # E-FILING MAILING INFORMATION

13  **Electronic Mail Notice List**

14  The following are those who are currently on the list to receive e-mail notices for this case.

15    • CHARLTON G. HOLLAND, III, Counsel for State Defendants

16        Charlton.Holland@doj.ca.gov

17    • CLAIRE T. CORMIER, Counsel for U.S. Department of Labor

18        Claire.Cormier@usdoj.gov

19    • REZA NAGAHI, Plaintiff, Pro Se

20        Nagahi@hotmail.com

21  **Manual Notice List**

22  No one requires manual noticing/service

23

24

25

26

27

28

1  REZA NAGAHI
2  840 Park Drive, Apt. C
   Mountain View, CA 94040
3  (650) 965-1939
   nagahi@hotmail.com

4  Plaintiff, Pro Se

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**
10  REZA NAGAHI,                          Case No.: <u>C07-06268-PVT</u>

11                        Plaintiff,
                                         **EXHIBIT 1:** PLAINTIFF'S FIRST TAA
12        vs.                            TRAINING BENEFIT APPLICATION
                                         DENIED BY DEFENDANT CALIFORNIA
13  CALIFORNIA EMPLOYMENT                EMPLOYMENT DEVELOPMENT
    DEVELOPMENT DEPARTMENT, *et al.,*    DEPARTMENT
14                        Defendants.

15                    <u>**MANUAL FILING NOTIFICATION**</u>

16  Regarding:    EXHIBIT 1 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17      This filing is in paper or physical form only, and is being maintained in the case file in
18      the Clerk's office. If you are a participant on this case, this filing will be served in hard-
        copy shortly. For information on retrieving this filing directly from the court, please see
19      the court's website at http://www.cand.uscourts.gov under FAQ.

20  This filing was not efiled for the following reason(s):

21   _X_ Voluminous Document (PDF file size larger than efiling system allowances)

22  ___ Unable to Scan Documents

    ___ Item Under Seal
23
    ___ Physical Object (description):
24
    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25
    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
26  ___ Other (description):

27      DATED this **6th** day of June, 2008.

                                         /s/ Reza Nagahi
28                                       Reza Nagahi, *Pro Se*

    PLAINTIFF'S REQ. FOR JUDICIAL NOTICE                              1
    Case No.: C07-06268-PVT

1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

5

6

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                            **SAN JOSE DIVISION**

10 REZA NAGAHI,                          | Case No.: <u>C07-06268-PVT</u>

11                          Plaintiff,   |
                                         | **EXHIBIT 2:** APRIL 25, 2005 HEARING
12          vs.                          | TRANSCRIPT OF APPEAL ON DENIAL
                                         | OF PLAINTIFF'S FIRST TAA TRAINING
13 CALIFORNIA EMPLOYMENT
   DEVELOPMENT DEPARTMENT, *et al.*,
14
                          Defendants.
15
                    <u>**MANUAL FILING NOTIFICATION**</u>

16 Regarding:     EXHIBIT 2 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17    This filing is in paper or physical form only, and is being maintained in the case file in
      the Clerk's office. If you are a participant on this case, this filing will be served in hard-
18    copy shortly. For information on retrieving this filing directly from the court, please see
      the court's website at http://www.cand.uscourts.gov under FAQ.
19

20 This filing was not efiled for the following reason(s):

21  _X_ Voluminous Document (PDF file size larger than efiling system allowances)

22  ___ Unable to Scan Documents

    ___ Item Under Seal
23
    ___ Physical Object (description):
24
    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25
    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
    ___ Other (description):
26
      DATED this **6th** day of June, 2008.
27
                                              /s/ Reza Nagahi
28                                          ─────────────────────────
                                              Reza Nagahi, *Pro Se*

─────────────────────────────────────────────────────────────────────
PLAINTIFF'S REQ. FOR JUDICIAL NOTICE                              1
Case No.: C07-06268-PVT

1   REZA NAGAHI
    840 Park Drive, Apt. C
2   Mountain View, CA 94040
    (650) 965-1939
3   nagahi@hotmail.com

4   Plaintiff, Pro Se

5

6

7

8               IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                       SAN JOSE DIVISION

10  REZA NAGAHI,                          Case No.: C07-06268-PVT

11                      Plaintiff,
                                          **EXHIBIT 3:** TRANSCRIPT OF MAY 26,
        vs.                               2005 CONTINUED HEARING ON
12                                        APPEAL Of DENIAL OF PLAINTIFF'S
    CALIFORNIA EMPLOYMENT                 FIRST TAA TRAINING
13  DEVELOPMENT DEPARTMENT, *et al.*,

14                      Defendants.

15              <u>**MANUAL FILING NOTIFICATION**</u>

16  Regarding:      EXHIBIT 3 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17      This filing is in paper or physical form only, and is being maintained in the case file in
        the Clerk's office. If you are a participant on this case, this filing will be served in hard-
18      copy shortly. For information on retrieving this filing directly from the court, please see
        the court's website at http://www.cand.uscourts.gov under FAQ.
19

20  This filing was not efiled for the following reason(s):
    _X_ Voluminous Document (PDF file size larger than efiling system allowances)
21
    ___ Unable to Scan Documents
22  ___ Item Under Seal
23  ___ Physical Object (description):
    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
24  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
25  ___ Other (description):

26      DATED this **6th** day of June, 2008.
                                            /s/ Reza Nagahi
27                                          _____
                                            Reza Nagahi, *Pro Se*
28

1  REZA NAGAHI
2  840 Park Drive, Apt. C
   Mountain View, CA 94040
3  (650) 965-1939
   nagahi@hotmail.com
4  Plaintiff, Pro Se
5
6
7
8                   **IN THE UNITED STATES DISTRICT COURT**
9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**
10  REZA NAGAHI,                          Case No.: <u>C07-06268-PVT</u>
11                        Plaintiff,
                                          **EXHIBIT 4:** ALJ CAMPBELL ORDER
12        vs.                             AFFIRMING EDD'S JANUARY 24, 2005
                                          DENIAL OF PLAINTIFF'S FIRST TAA
13  CALIFORNIA EMPLOYMENT                 TRAINING BENEFIT APPLICATION
    DEVELOPMENT DEPARTMENT, *et al.*,
14                        Defendants.
15                    <u>**MANUAL FILING NOTIFICATION**</u>
16  Regarding:      EXHIBIT 4 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE
17      This filing is in paper or physical form only, and is being maintained in the case file in
18      the Clerk's office. If you are a participant on this case, this filing will be served in hard-
        copy shortly. For information on retrieving this filing directly from the court, please see
19      the court's website at http://www.cand.uscourts.gov under FAQ.
20  This filing was not efiled for the following reason(s):
21   _X_  Voluminous Document (PDF file size larger than efiling system allowances)
22  ___  Unable to Scan Documents
     ___  Item Under Seal
23  ___  Physical Object (description):
24  ___  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25  ___  Conformance with the Judicial Conference Privacy Policy (General Order 53).
     ___  Other (description):
26
        DATED this **6th** day of June, 2008.
27                                        /s/ Reza Nagahi
28                                        Reza Nagahi, *Pro Se*

REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>      Plaintiff,<br><br> vs.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, *et al.,*<br><br>      Defendants. | Case No.: <u>C07-06268-PVT</u><br><br>**EXHIBIT 5:** PLAINTIFF'S SECOND<br>TAA TRAINING APPLICATION DENIED<br>BY DEFENDANT EDD, ISSUED ON<br>AUGUST 17, 2005 |

## <u>MANUAL FILING NOTIFICATION</u>

Regarding:  EXHIBIT 5 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's website at http://www.cand.uscourts.gov under FAQ.

This filing was not efiled for the following reason(s):

 X  Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Item Under Seal

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

DATED this **6th** day of June, 2008.

         /s/ Reza Nagahi
         _____
         Reza Nagahi, *Pro Se*

1    REZA NAGAHI
     840 Park Drive, Apt. C
2    Mountain View, CA 94040
     (650) 965-1939
3    nagahi@hotmail.com

4    Plaintiff, Pro Se

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**
9                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                              **SAN JOSE DIVISION**

10   REZA NAGAHI,                          Case No.: <u>C07-06268-PVT</u>

11                          Plaintiff,
                                           **EXHIBIT 6:** CUIAB ORDER
12          vs.                            REVERSING ALJ CAMPBELL'S JUNE
                                           23, 2005 DECISION DENYING
13   CALIFORNIA EMPLOYMENT                 PLAINTIFF'S FIRST TAA TRAINING
     DEVELOPMENT DEPARTMENT**, et al.,**   BENEFIT APPLICATION
14
                            Defendants.
15                   <u>**MANUAL FILING NOTIFICATION**</u>

16   Regarding:      EXHIBIT 6 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17        This filing is in paper or physical form only, and is being maintained in the case file in
18        the Clerk's office. If you are a participant on this case, this filing will be served in hard-
          copy shortly. For information on retrieving this filing directly from the court, please see
19        the court's website at http://www.cand.uscourts.gov under FAQ.

20   This filing was not efiled for the following reason(s):

21    X  Voluminous Document (PDF file size larger than efiling system allowances)

22   ___ Unable to Scan Documents

     ___ Item Under Seal
23
     ___ Physical Object (description):
24
     ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25
     ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
26   ___ Other (description):

27        DATED this **6th** day of June, 2008.

                                           /s/ Reza Nagahi
28                                         _____
                                           Reza Nagahi, *Pro Se*

1   REZA NAGAHI
    840 Park Drive, Apt. C
2   Mountain View, CA 94040
    (650) 965-1939
3   nagahi@hotmail.com

4   Plaintiff, Pro Se

5

6

7

8              IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION

10  REZA NAGAHI,                        Case No.: <u>C07-06268-PVT</u>

11                        Plaintiff,
                                        **EXHIBIT 7:** ALJ SURE'S ORDER
12        vs.                           DISMISSING PLAINTIFF'S APPEAL OF
                                        EDD'S AUGUST 17, 2005 DENIAL OF
13  CALIFORNIA EMPLOYMENT               HIS SECOND TAA TRAINING BENEFIT
    DEVELOPMENT DEPARTMENT, *et al.,*   APPLICATION
14                       Defendants.

15                  <u>**MANUAL FILING NOTIFICATION**</u>

16  Regarding:     EXHIBIT 7 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17      This filing is in paper or physical form only, and is being maintained in the case file in
18      the Clerk's office. If you are a participant on this case, this filing will be served in hard-
        copy shortly. For information on retrieving this filing directly from the court, please see
19      the court's website at http://www.cand.uscourts.gov under FAQ.

20  This filing was not efiled for the following reason(s):

21   _X_ Voluminous Document (PDF file size larger than efiling system allowances)

22  ___ Unable to Scan Documents

    ___ Item Under Seal
23
    ___ Physical Object (description):
24
    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25
    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
26
    ___ Other (description):

27      DATED this **6th** day of June, 2008.

                                        /s/ Reza Nagahi
28                                      _____
                                        Reza Nagahi, *Pro Se*

    <span style="font-variant:small-caps">Plaintiff's Req. For Judicial Notice</span>                    1
    Case No.: C07-06268-PVT

1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                    **SAN JOSE DIVISION**
10 REZA NAGAHI,                        Case No.: <u>C07-06268-PVT</u>

11                        Plaintiff,
                                       **EXHIBIT 8:** TRANSCRIPT OF JUNE 22,
12       vs.                           2006 HEARING ON DENIAL OF
                                       PLAINTIFF'S SECOND TAA TRAINING
13 CALIFORNIA EMPLOYMENT               APPLICATION
   DEVELOPMENT DEPARTMENT, *et al.*,
14
                        Defendants.
15              <u>**MANUAL FILING NOTIFICATION**</u>

16 Regarding:      EXHIBIT 8 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17     This filing is in paper or physical form only, and is being maintained in the case file in
       the Clerk's office. If you are a participant on this case, this filing will be served in hard-
18     copy shortly. For information on retrieving this filing directly from the court, please see
       the court's website at http://www.cand.uscourts.gov under FAQ.
19

20 This filing was not efiled for the following reason(s):

21  <u>X</u>  Voluminous Document (PDF file size larger than efiling system allowances)

22  ___  Unable to Scan Documents

23  ___  Item Under Seal

24  ___  Physical Object (description):

25  ___  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

    ___  Conformance with the Judicial Conference Privacy Policy (General Order 53).
26  ___  Other (description):

27     DATED this **6th** day of June, 2008.

28                                     /s/ Reza Nagahi
                                       Reza Nagahi, *Pro Se*

   ───────────────────────────────────────────────────────────────
   PLAINTIFF'S REQ. FOR JUDICIAL NOTICE                     1
   Case No.: C07-06268-PVT

1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
10 REZA NAGAHI,                          Case No.: C07-06268-PVT
11                          Plaintiff,
                                         EXHIBIT 9: ALJ SURE'S ORDER
12          vs.                          REOPENING PLAINTIFF'S APPEAL OF
                                         EDD'S AUGUST 17, 2005 DENIAL OF
13 CALIFORNIA EMPLOYMENT                 SECOND TAA TRAINING BENEFIT
   DEVELOPMENT DEPARTMENT, et al.,       APPLICATION, AND REVERSING
14                                       EDD'S DENIAL
                          Defendants.
15                        MANUAL FILING NOTIFICATION
16 Regarding:     EXHIBIT 9 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17     This filing is in paper or physical form only, and is being maintained in the case file in
18     the Clerk's office. If you are a participant on this case, this filing will be served in hard-
       copy shortly. For information on retrieving this filing directly from the court, please see
19     the court's website at http://www.cand.uscourts.gov under FAQ.

20 This filing was not efiled for the following reason(s):

21  X  Voluminous Document (PDF file size larger than efiling system allowances)

22 ___ Unable to Scan Documents

23 ___ Item Under Seal

    ___ Physical Object (description):
24
    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25
    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
26
    ___ Other (description):
27
       DATED this **6th** day of June, 2008.
28                                            /s/ Reza Nagahi
                                              Reza Nagahi, *Pro Se*

   PLAINTIFF'S REQ. FOR JUDICIAL NOTICE                              2
   Case No.: C07-06268-PVT

1  REZA NAGAHI
2  840 Park Drive, Apt. C
   Mountain View, CA 94040
3  (650) 965-1939
   nagahi@hotmail.com
4  Plaintiff, Pro Se

5

6

7

8
          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
                SAN JOSE DIVISION
10 REZA NAGAHI,                    Case No.: <u>C07-06268-PVT</u>
11                    Plaintiff,   **EXHIBIT 10:** TRANSCRIPT OF
12        vs.                      OCTOBER 25, 2006 HEARING ON
                                   DENIAL OF PLAINTIFF'S TRA
13 CALIFORNIA EMPLOYMENT           TRAINING APPLICATION
   DEVELOPMENT DEPARTMENT, *et al.,*
14                    Defendants.

15            <u>**MANUAL FILING NOTIFICATION**</u>

16 Regarding:     EXHIBIT 10 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17    This filing is in paper or physical form only, and is being maintained in the case file in
      the Clerk's office. If you are a participant on this case, this filing will be served in hard-
18    copy shortly. For information on retrieving this filing directly from the court, please see
      the court's website at http://www.cand.uscourts.gov under FAQ.
19

20 This filing was not efiled for the following reason(s):

21  _X_ Voluminous Document (PDF file size larger than efiling system allowances)
22  ___ Unable to Scan Documents
    ___ Item Under Seal
23  ___ Physical Object (description):
24  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25  ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
    ___ Other (description):
26
      DATED this **6th** day of June, 2008.
27                                    /s/ Reza Nagahi
28                                    Reza Nagahi, *Pro Se*

PLAINTIFF'S REQ. FOR JUDICIAL NOTICE                                    1
Case No.: C07-06268-PVT

1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**
9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                       **SAN JOSE DIVISION**

10  REZA NAGAHI,                        Case No.: <u>C07-06268-PVT</u>

11                     Plaintiff,
                                        **EXHIBIT 11:** ALJ SURE'S ORDER
12          vs.                         REVERSING EDD'S AUGUST 4, 2006
                                        DENIAL OF PLAINTIFF'S TRADE
13  CALIFORNIA EMPLOYMENT               ADDITIONAL TRA BENEFIT
    DEVELOPMENT DEPARTMENT, *et al.*,   APPLICATION
14                     Defendants.

15               <u>**MANUAL FILING NOTIFICATION**</u>

16  Regarding:     EXHIBIT 11 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17      This filing is in paper or physical form only, and is being maintained in the case file in
        the Clerk's office. If you are a participant on this case, this filing will be served in hard-
18      copy shortly. For information on retrieving this filing directly from the court, please see
        the court's website at http://www.cand.uscourts.gov under FAQ.
19

20  This filing was not efiled for the following reason(s):

21  _X_ Voluminous Document (PDF file size larger than efiling system allowances)

22  ___ Unable to Scan Documents

    ___ Item Under Seal
23
    ___ Physical Object (description):
24
    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25
    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
26  ___ Other (description):

27      DATED this **6th** day of June, 2008.

                                        /s/ Reza Nagahi
28                                      _____
                                        Reza Nagahi, *Pro Se*

1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

5

6

7

8
                **IN THE UNITED STATES DISTRICT COURT**
9               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN JOSE DIVISION**

10 REZA NAGAHI,                          Case No.: <u>C07-06268-PVT</u>

11                        Plaintiff,     **EXHIBIT 12:** DEFENDANT SMITH'S
                                         DECEMBER 21, 2006 WRITTEN
12       vs.                             ARGUMENT ON APPEAL OF ALJ
                                         SURE'S NOVEMBER 3, 2006 DECISION
13 CALIFORNIA EMPLOYMENT
   DEVELOPMENT DEPARTMENT**,** *et al.,*
14
                        Defendants.
15
                   **<u>MANUAL FILING NOTIFICATION</u>**
16 Regarding:    EXHIBIT 12 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17    This filing is in paper or physical form only, and is being maintained in the case file in
      the Clerk's office. If you are a participant on this case, this filing will be served in hard-
18    copy shortly. For information on retrieving this filing directly from the court, please see
      the court's website at http://www.cand.uscourts.gov under FAQ.
19

20 This filing was not efiled for the following reason(s):

21  _X_ Voluminous Document (PDF file size larger than efiling system allowances)

22  ___ Unable to Scan Documents

    ___ Item Under Seal
23
    ___ Physical Object (description):
24
    ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25
    ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

26  ___ Other (description):

27     DATED this **6th** day of June, 2008.

                                         /s/ Reza Nagahi
28                                       Reza Nagahi, *Pro Se*

   PLAINTIFF'S REQ. FOR JUDICIAL NOTICE                      1
   Case No.: C07-06268-PVT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

REZA NAGAHI,

                                    Plaintiff,

        vs.

CALIFORNIA EMPLOYMENT
DEVELOPMENT DEPARTMENT, *et al.*,

                                    Defendants.

Case No.: C07-06268-PVT

**EXHIBIT 13:** DEFENDANT BOOMER'S
DENIAL OF PLAINTIFF'S TAA
BENEFITS POST CUIAB'S APPROVAL
OF TRAINING AND TRA BENEFITS
AND WHILE EDD'S APPEAL OF ALJ'S
APPROVAL OF TRA BENEFITS WAS
PENDING BEFORE CUIAB

### MANUAL FILING NOTIFICATION

Regarding:      EXHIBIT 13 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

        This filing is in paper or physical form only, and is being maintained in the case file in
the Clerk's office. If you are a participant on this case, this filing will be served in hard-
copy shortly. For information on retrieving this filing directly from the court, please see
the court's website at http://www.cand.uscourts.gov under FAQ.

This filing was not efiled for the following reason(s):

 X  Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Item Under Seal

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description):

        DATED this **6th** day of June, 2008.

                                    /s/ Reza Nagahi
                                    _____
                                    Reza Nagahi, *Pro Se*

1
2
3

REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

4

Plaintiff, Pro Se

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10

REZA NAGAHI,

Case No.: <u>C07-06268-PVT</u>

11

Plaintiff,

12

vs.

**EXHIBIT 14:** CUIAB ORDER
AFFIRMING ALJ SURE'S NOVEMBER
3, 2006 DECISION REVERSING EDD'S
AUGUST 4, 2006 DENIAL OF
PLAINTIFF'S ADDITIONAL TRA
BENEFIT

13

CALIFORNIA EMPLOYMENT
DEVELOPMENT DEPARTMENT, *et al.*,

14

Defendants.

15

<u>**MANUAL FILING NOTIFICATION**</u>

16

Regarding:      EXHIBIT 14 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17
18
19

This filing is in paper or physical form only, and is being maintained in the case file in
the Clerk's office. If you are a participant on this case, this filing will be served in hard-
copy shortly. For information on retrieving this filing directly from the court, please see
the court's website at http://www.cand.uscourts.gov under FAQ.

20

This filing was not efiled for the following reason(s):

21

 X  Voluminous Document (PDF file size larger than efiling system allowances)

22

___ Unable to Scan Documents

23

___ Item Under Seal

___ Physical Object (description):

24

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

25

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

26

___ Other (description):

27

DATED this **6th** day of June, 2008.

/s/ Reza Nagahi

28

Reza Nagahi, *Pro Se*

PLAINTIFF'S REQ. FOR JUDICIAL NOTICE
Case No.: C07-06268-PVT

1

1  REZA NAGAHI
   840 Park Drive, Apt. C
2  Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, Pro Se

5

6

7

8

9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

10 | REZA NAGAHI, | Case No.: <u>C07-06268-PVT</u>
11 | | 
   | Plaintiff, | 
12 | vs. | **EXHIBIT 15:** U.S. DEPT. OF LABOR
   | | EMPLOYMENT AND TRAINING
13 | CALIFORNIA EMPLOYMENT | ADMINISTRATION OFFICE OF
   | DEVELOPMENT DEPARTMENT, *et al.,* | NATIONAL RESPONSE DIVISION OF
14 | | TRADE ADJUSTMENT ASSISTANCE
   | Defendants. | STATE FORMULA SPENDING

15

## MANUAL FILING NOTIFICATION

16 Regarding:     EXHIBIT 15 to the PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

17

18 This filing is in paper or physical form only, and is being maintained in the case file in
   the Clerk's office. If you are a participant on this case, this filing will be served in hard-
19 copy shortly. For information on retrieving this filing directly from the court, please see
   the court's website at http://www.cand.uscourts.gov under FAQ.

20

21 This filing was not efiled for the following reason(s):

   _X_ Voluminous Document (PDF file size larger than efiling system allowances)
22 ___ Unable to Scan Documents
23 ___ Item Under Seal
   ___ Physical Object (description):
24 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
25 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
26 ___ Other (description):

27 DATED this **6th** day of June, 2008.

                                              /s/ Reza Nagahi
28                                            Reza Nagahi, *Pro Se*

   PLAINTIFF'S REQ. FOR JUDICIAL NOTICE                           1
   Case No.: C07-06268-PVT