1

2

3

4

5

6

7                                UNITED STATES DISTRICT COURT

8                              NORTHERN DISTRICT OF CALIFORNIA

9                                       SAN JOSE DIVISION

10  REZA NAGAHI,                          )    Case No.: C 07-6268 PVT
                                          )
11              Plaintiff,                )    **ORDER GRANTING PLAINTIFF'S *EX***
                                          )    ***PARTE* APPLICATION FOR LEAVE**
12       v.                               )    **TO FILE OPPOSITION TO**
                                          )    **DEFENDANTS' MOTIONS OUT OF**
13  CALIFORNIA EMPLOYMENT                 )    **TIME; TO CONTINUE HEARING ON**
    DEVELOPMENT DEPARTMENT, et al.,        )    **MOTIONS TO DISMISS; AND FOR**
14                                        )    **RELIEF FROM PAGE LIMITS**
                Defendants.               )
15  _____       )

16          On June 16, 2008, Plaintiff filed an *ex parte* application for leave to file a late opposition to

17  Defendants' motions to dismiss, to continue the hearing on the motions, and for relief from the page

18  limits.[1]  Having reviewed the papers submitted by Plaintiff, the court finds it appropriate to issue this

19  order without further briefing.  Based on the moving papers and the file herein,

20          IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.  The hearing on

21  Defendants' motions to dismiss is continued to 10:00 a.m. on July 8, 2008.  Plaintiff's opposition

22  papers are due June 17, 2008.  Defendants' reply papers are due June 30, 2008.

23          IT IS FURTHER ORDERED that Plaintiff's request for relief from the page limits is

24  GRANTED.  Plaintiff's opposition shall not exceed 45 pages.

25  Dated: *6/16/08*

26                                              PATRICIA V. TRUMBULL
                                                United States Magistrate Judge

27

28  _____

        [1]      The holding of this court is limited to the facts and the particular circumstances
    underlying the present motion.

                                        ORDER, *page 1*