JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, | Case No. C 07-06268 PVT |
|     Plaintiff, | **DEFENDANTS' CASE MANAGEMENT STATEMENT** |
| v. | |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., | |
|     Defendants. | |

    Defendants California Employment Development Department and Elaine Chao, Secretary of the United States Department of Labor submit the following case management conference statement pursuant to Civil Local Rule 16-9. Defendants note that their respective motions to dismiss are currently pending. Defendants reserve the right to identify additional or different issues after the Court's determination of those motions.

    **1.    Jurisdiction and Service.**

    There are no counterclaims and no issues exist as to personal jurisdiction or venue. Defendants have filed motions to dismiss, so no answers have yet been filed

//

**2.    Facts**

Plaintiff, a recipient of benefits under the Trade Act of 1974, as amended, brought this action against the California Employment Development Department (EDD or State agency), seven named EDD employees, ten unnamed EDD employees, and the Secretary of Labor.  The plaintiff alleges that the EDD and its employees acted in bad faith in handling his applications for various benefits under the Trade Act.  Plaintiff also alleges that the Secretary of Labor/U.S. Department of Labor (Department or DOL) failed to ensure that EDD, as the agent of the Department, complied with the terms of its Agreement in administering the Trade Adjustment Assistance (TAA) program under the Trade Act.  Plaintiff seeks injunctive relief against the EDD, monetary damages against the EDD and its employees, and mandamus and injunctive relief against the Department to enjoin it from making payments to the EDD under the Trade Act until it is satisfied that the EDD is administering the program in accordance with the Act and its Agreement.

**3.    Legal Issues**

Defendants' pending motions to dismiss describe some of the legal issues in this case.  Other legal issues will be determined after the pleadings are settled.

**4.    Motions**

Defendants' motions to dismiss are pending.  After multiple extensions of time, plaintiff has failed to file any opposition to the motions, which are scheduled for hearing on July 8, 2008.

**5.    Amendment of Pleadings**

None anticipated at present.

**6.    Evidence Preservation**

Defendants have taken steps to preserve relevant evidence.  The parties are unaware at this time of any document destruction program or of erasures of any electronically recorded material relevant to the issues herein.

**7.    Disclosures**

Defendants propose that initial disclosures be delayed until after a decision on defendants' motions to dismiss.

**8.     Discovery**

Defendants believe that any decisions about discovery should be made only after rulings on the pending motions to dismiss.

**9.     Class Actions**

This case is not a class action.

**10.    Related Cases**

Defendants are not aware of any related cases.

**11.    Relief**

Defendants defer to plaintiff for a description of the relief plaintiff is seeking.

**12.    Settlement and ADR**

Defendants do not believe that this case is appropriate for ADR.

**13.    Consent to Magistrate Judge for All Purposes**

Defendants have consented to proceedings before a magistrate judge.

**14.    Other References**

The case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

**15.    Narrowing of Issues**

Defendants anticipate that the issues in this case will be narrowed, if not eliminated, by defendants' motions to dismiss.

**16.    Expedited Schedule**

The parties do not request an expedited schedule.

**17.    Scheduling**

Defendants propose that the Court conduct another case management conference if the case remains after a decision on the pending motions to dismiss, at which time the remainder of the case schedule can be set.

**18.    Trial**

Defendants will advise regarding an estimated length of trial after a determination on defendants' motions to dismiss.

**19.    Disclosure of Non–party Interested Entities or Persons**

While the parties have not filed a "Certification of Interested Entities or Persons," defendants are not aware of any nonparties with a financial interest in this action, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

**20.    Other Matters**

At this time, defendants are not aware of any other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

                                                             Respectfully submitted,

DATED: June 25, 2008                    JOSEPH P. RUSSONIELLO
                                                             United States Attorney

                                                             /s/ Claire T. Cormier
                                                             _____
                                                             CLAIRE T. CORMIER
                                                             Assistant United States Attorney

DATED: June ___, 2008                   EDMUND G. BROWN, JR.
                                                             Attorney General of the State of California

                                                             SUSAN M. CARSON
                                                             Supervising Deputy Attorney General


                                                             _____
                                                             CHARLTON G. HOLLAND, III
                                                             Deputy Attorney General

19. **Disclosure of Non–party Interested Entities or Persons**

While the parties have not filed a "Certification of Interested Entities or Persons," defendants are not aware of any nonparties with a financial interest in this action, or any other kind of interest that could be substantially affected by the outcome of the proceeding.

20. **Other Matters**

At this time, defendants are not aware of any other matters that may facilitate the just, speedy and inexpensive disposition of this matter.

Respectfully submitted,

DATED: June ___, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

CLAIRE T. CORMIER
Assistant United States Attorney

DATED: June 25, 2008

EDMUND G. BROWN, JR.
Attorney General of the State of California

SUSAN M. CARSON
Supervising Deputy Attorney General

CHARLTON G. HOLLAND, III
Deputy Attorney General

DEFENDANTS' CASE MANAGEMENT STATEMENT
Case No. C07-06268 PVT            -4-