JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, ) | Case No. C 07-06268 PVT |
|     Plaintiff, ) | **REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS** |
|   v. ) | |
| CALIFORNIA EMPLOYMENT ) DEVELOPMENT DEPARTMENT, et al., ) | Date: July 8, 2008<br>Time: 10:00 a.m.<br>Courtroom 5, 4th Floor<br>Hon. Patricia V. Trumbull |
|     Defendants. ) | |

     Defendant Elaine Chao, Secretary of the Department of Labor filed its Motion to Dismiss on February 11, 2008. Since that time, plaintiff has requested and been granted multiple extensions of time to respond to that motion. Most recently, plaintiff requested and was granted an extension of time to June 17, 2008 to serve and file his opposition to the motions. Defendant's counsel has received no opposition, nor does any appear on the Court's PACER website.

//

//

//

1   For all the reasons discussed in defendant's motion to dismiss, defendant respectfully requests that plaintiff's claims against the Secretary of the Department of Labor should be dismissed with prejudice and without leave to amend.

Respectfully submitted,

DATED: June 26, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant United States Attorney