1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  CHARLTON G. HOLLAND, III, State Bar No. 36404
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone:  (415) 703-5519
     Fax:  (415) 703-5480
6    Email:  Charlton.Holland@doj.ca.gov

7  Attorneys for Defendants
   California Employment Development Department,
8  Forrest Boomer, Peter Kindschi, Deborah Bronow,
   James Crawley, Talbott A. Smith and Pauline Gee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,<br><br>　　　　　　　　　　Defendants. | C 07-06268 PVT<br><br>**REPLY MEMORANDUM OF THE STATE DEFENDANTS** |

In light of the lack of opposition (other than various documents of which the plaintiff requested judicial notice from this court), it is prayed that the motion of the state defendants be granted.

//

Reply of State Defendants, *Reza Nagahi v. California Employment Development Department, et al.*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. C 07-06268 PVT

1

1  Dated: June 30, 2008

2         Respectfully submitted,

3         EDMUND G. BROWN JR.
       Attorney General of the State of California
4         SUSAN M. CARSON
       Supervising Deputy Attorney General

5

       **/s/ Charlton G. Holland, III**

6

       CHARLTON G. HOLLAND, III
7         Deputy Attorney General
       Attorneys for Defendant

11  40267143.wpd

12  SF2007403425

Reply of State Defendants, *Reza Nagahi v. California Employment Development Department, et al.*
Case No. C 07-06268 PVT

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Reza Nagahi v. California Employment Development Department, et al.**

No.: **In the United States District Court**
**For the Northern District of California**
**San Jose Division**
**Case No.: C 07-06268 PVT**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 30, 2008, I served the attached **REPLY MEMORANDUM OF THE STATE DEFENDANTS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

> Reza Nagahi
> 840 Park Drive, Apt. C
> Mountain View  CA  94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 30, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

40267354.wpd