1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, Pro Se

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

**REZA NAGAHI**,

                              Plaintiff,

          vs.

**CALIFORNIA EMPLOYMENT
DEVELOPMENT DEPARTMENT**, *et al*.,

                              Defendants.

Case No.: **C07-06268-PVT**

CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

Civil L.R. 3-16

## CERTIFICATION

          To enable the Court to evaluate possible disqualification or recusal, pursuant to Civil

L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is

no such interest to report.

          DATED this 30th day of June, 2008.

                                        /s/ Reza Nagahi
                                        REZA NAGAHI
                                        Plaintiff, *Pro Se*