UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., <br><br> Defendants. | Case No.: C 07-6268 PVT <br><br> **ORDER GRANTING IN PART PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT TOM CAMPBELL; AND** <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff filed this action on December 11, 2007. Pursuant to Federal Rules of Civil Procedure 4(m), the deadline for serving the complaint and summons on all defendants was April 9, 2008. On July 1, 2008, Plaintiff filed a Case Management Conference statement in which he asks the court to extend the deadline for serving Defendant Tom Campbell to November 5, 2008. Based on Plaintiff's request and the file herein,

IT IS HEREBY ORDERED that, no later than August 5, 2008, Plaintiff shall serve Defendant Tom Campbell with the summons, complaint, this Order, and all other documents required to be served with the complaint pursuant to Civil Local Rule 4-2. Plaintiff has not shown good cause for a longer extension of time.

IT IS FURTHER ORDERED that the Case Management Conference in this case is continued to September 16, 2008.

Dated: *7/3/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*