UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 7/8/08

Court Reporter: Jana Ridenour          Clerk: Corinne Lew

Case No:C 07-06268 PVT          Case Title: Reza Nagahi   v.  California EDD, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Reza Nagahi | Charlton G. Holland |
|  | Claire T. Cormier |

## PROCEEDINGS

Pretrial Conferences:    [ ] Initial       [ ] Status       [ ] Discovery

[ ] Settlement       [ ] Final

[ ] Other       [ ] Case Management Conference

| Pltf. | Deft. | MOTIONS | |
|---|---|---|---|
| [ ] | [X ] | 1. Motions to Dismiss not held. | |
| [ ] | [ ] | 2. | |
| [ ] | [ ] | 3. | |
| [ ] | [ ] | 4. | |

## DISPOSITION

[ ] Granted          [ ] Submitted          [ ] Settled

[ ] Denied          [ ] Briefs to be filed          [ ] Not Settled

[ ] Granted in part, denied in part          [ ] Off Calendar

[X ]Plaintiff is requesting a continuance of the Motion to Dismiss; Plaintiff's Opposition to be submitted by 7/15/08; Reply due 7/30/08.

## ORDER TO BE PREPARED BY

[ ] Plaintiff          [ ] Defendant          [X ] Court          [ ] Court w/opinion