| | |
|---|---|
| REZA NAGAHI, | Case No.: C 07-6268 PVT |
| Plaintiff, | **ORDER FURTHER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTIONS, AND SETTING DEADLINES FOR REPLY AND ANY REQUESTS FOR ORAL ARGUMENT** |
| v. | |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

On July 8, 2008, the parties appeared before Magistrate Judge Patricia V. Trumbull for hearing on Defendants' respective motions to dismiss. Based on the discussions at the hearing,

IT IS HEREBY ORDERED that Plaintiff shall file his opposition papers no later than July 15, 2008. He may file either separate opposition briefs of no more than 25 pages each, or else one combined opposition of no more than 50 pages. This page limitation applies only to the legal brief(s). It does *not* include any supporting declarations, exhibits, transcripts or other supporting documents. Also, Plaintiff may refer to relevant portions of his complaint rather than repeating the factual background in his brief(s).

IT IS FURTHER ORDERED that, any request by Plaintiff for a further extension of time to file his opposition papers must be filed no later than July 14, 2008.

IT IS FURTHER ORDERED that Defendants shall file their reply briefs no later than July

1  30, 2008.

2  IT IS FURTHER ORDERED that, absent further order of this court, the matter will be
3  submitted on the papers.  If any party wants oral argument, then no later than August 6, 2008 that
4  party shall file an administrative request for oral argument.

5  Dated: *7/8/08*

6  PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*