REZA NAGAHI
840 Park Drive, Apt. C
Mountain View, CA 94040
(650) 965-1939
nagahi@hotmail.com

Plaintiff, *Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br> Plaintiff, <br> vs. <br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT**, *et al*., <br> Defendants. | Case No.: **C07-06268-PVT** <br><br> **PLAINTIFF'S REQUEST FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS** |

  Plaintiff, Reza Nagahi, hereby requests a court hearing upon Defendants' motions to dismiss. Plaintiff regretfully informs the Court that he has diligently attempted to comply with this Court's July 8, 2008 Order to minimize the length of his Opposition but has failed to reach the limit set by the Court. Therefore, Plaintiff believes presenting his arguments orally would ensure the proceedings would move forward and any further delays would be curtailed.

  WHEREFORE, Plaintiff moves this Honorable Court for the entry of an Order setting a hearing on said motions, at the Court's earliest convenience and at a length the Court deems proper so Plaintiff may present testimony and make arguments in opposition to said motions.

  I certify under penalty of perjury under the laws of the United States of America that the foregoing is true.

RESPECTFULLY SUBMITTED, this 15th day of July, 2008.

                /s/ Reza Nagahi
                REZA NAGAHI
                Plaintiff, *Pro Se*

**CERTIFICATE OF SERVICE**

I, Reza Nagahi, certify that on July 15, 2008, I electronically filed the foregoing *PLAINTIFF'S REQUEST FOR HEARING ON DEFENDANTS' MOTIONS TO DISMISS* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the following Electronic Mail Notice List, and I hereby certify that there are no non-CM/ECF participants which would require manual service of these papers.

DATED this **15TH** day of July, 2008.

/s/ Reza Nagahi
Reza Nagahi, *Pro Se*

# E-FILING MAILING INFORMATION

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- CLAIRE T. CORMIER, Counsel for U.S. Department of Labor
  Claire.Cormier@usdoj.gov
- CHARLTON G. HOLLAND, III, Counsel for State Defendants
  Charlton.Holland@doj.ca.gov
- REZA NAGAHI, Plaintiff, Pro Se
  Nagahi@hotmail.com

**Manual Notice List**

**No one requires manual noticing/service.**