| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, et al.,<br><br>   Defendants. | Case No. C 07-06268 PVT<br><br>**REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**<br><br>Date: July 8, 2008<br>Time: 10:00 a.m.<br>Courtroom 5, 4th Floor<br>Hon. Patricia V. Trumbull |

Defendant Elaine Chao, Secretary of the Department of Labor filed its Motion to Dismiss on February 11, 2008. Since that time, plaintiff has requested and been granted multiple extensions of time to respond to that motion. Most recently, at the scheduled hearing on the motions on July 8, 2008, plaintiff orally requested and was granted an extension of time to July 15, 2008 to serve and file his opposition to the motions. Plaintiff now asks the Court to schedule another hearing because he has been unable to reduce the length of his opposition document to the Court's generous 50 page limit.

Defendant Chao objects to this additional hearing under these circumstances. Defendants should not be required to respond orally to plaintiff's arguments without some idea what those

1  arguments will be.  Plaintiff should be required to file a written opposition before another hearing
2  is scheduled.
3       If, however, the Court is inclined to schedule a hearing as requested by plaintiff, without
4  the benefit of any written opposition as required by the Local Rules, undersigned counsel advises
5  the Court that, at present, she is available on Tuesday mornings in August and September 2008.
6
7                            Respectfully submitted,
8  DATED: July 18, 2008              JOSEPH P. RUSSONIELLO
   United States Attorney
9
   /s/ Claire T. Cormier
10
   _____
11    CLAIRE T. CORMIER
   Assistant United States Attorney
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FEDERAL DEFENDANT'S RESPONSE TO REQUEST FOR HEARING
Case No. C07-06268 PVT                -2-