1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  SUSAN M. CARSON
   Supervising Deputy Attorney General
3  CHARLTON G. HOLLAND, III, State Bar No. 36404
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA 94102-7004
5    Telephone: (415) 703-5519
     Fax: (415) 703-5480
6    Email: Charlton.Holland@doj.ca.gov
   Attorneys for Defendants
7  California Employment Development Department,
   Forrest Boomer, Peter Kindschi, Deborah Bronow,
8  James Crawley, Talbott A. Smith and Pauline Gee

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION

12

| 13 | REZA NAGAHI, | Case No.: C 07-06268 PVT |
|---|---|---|
| 14 | Plaintiff, | STATE DEFENDANTS MEMORANDUM IN OPPOSITION TO REQUEST FOR HEARING ON MOTION TO DISMISS |
| 15 | v. | |
| 16 | CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive, Defendants. | Hearing: NA  Time: NA  Courtroom: 5  Judge: Honorable Patricia V. Trumbull |

24       The state defendants join in the opposition filed by the Defendant Elaine Chao,

25  Secretary of the Department of Labor to plaintiff's request for hearing on motion to dismiss.

26  However, if the Court decides to grant such a hearing, the state defendants suggest that there be a

27  time limitation and, at the discretion of the federal and state defendants, an opportunity to file a

28  written reply. Counsel for the state defendants will be unavailable during August. If there is a

State Defendants Memorandum in Opposition to Request for Hearing on Motion to Dismiss

1

1  hearing, counsel suggests that it be at the date and time for the Case Management Conference
2  scheduled for September 16, 2008 at 2 p.m.
3       Dated: July 21, 2008
4                           Respectfully submitted,
5                           EDMUND G. BROWN JR.
                            Attorney General of the State of California
6                           SUSAN M. CARSON
                            Supervising Deputy Attorney General
7
8                              /s/ Charlton G. Holland, III
9                           CHARLTON G. HOLLAND, III
                            Deputy Attorney General
10                          Attorneys for Defendants
11                          California Employment Development Department,
                            Forrest Boomer, Peter Kindschi, Deborah Bronow,
                            James Crawley, Talbott A. Smith and Pauline Gee
12
13
14
15  20125699.wpd
    SF2007403425
16
17
18
19
20
21
22
23
24
25
26
27
28

State Defendants Memorandum in Opposition to Request for Hearing on Motion to Dismiss

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Reza Nagahi v. California Employment Development Department, et al.

No.:   In the United States District Court
For the Northern District of California
San Jose Division
Case No.: C 07-06268 PVT

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 21, 2008, I served the attached **STATE DEFENDANTS MEMORANDUM IN OPPOSITION TO REQUEST FOR HEARING ON MOTION TO DISMISS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Reza Nagahi
840 Park Drive, Apt. C
Mountain View CA 94040

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 21, 2008, at San Francisco, California.

| Charlene Bava | /s/ Charlene Bava |
|---|---|
| Declarant | Signature |

20125713.wpd