1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, et al.,<br><br>            Defendants.<br>_____ | Case No.: C 07-6268 PVT<br><br>**ORDER G**RANTING **P**LAINTIFF'S **R**EQUEST FOR **H**EARING ON **D**EFENDANTS' **M**OTIONS TO **D**ISMISS; **S**ETTING **D**EADLINES FOR **D**EFENDANTS TO **F**ILE **R**EPLY **B**RIEFS; AND **S**OLICITING **B**RIEFING **F**ROM **D**EFENDANTS ON **S**PECIFIC **I**SSUES |

On July 15, 2008, Plaintiff filed a request for hearing on Defendants' motions to dismiss. Defendants opposed the motion. Based on the papers submitted and the file herein,

IT IS HEREBY ORDERED that the court will hear oral argument on Defendants' motions at 10:00 a.m. on August 12, 2008.

IT IS FURTHER ORDERED that the Case Management Conference Statement that was filed by Plaintiff on July 1, 2008 is deemed to be his brief in opposition to both motions to dismiss.

IT IS FURTHER ORDERED that Defendants shall file their reply briefs no later than August 5, 2008.

IT IS FURTHER ORDERED that, in addition to responding to the arguments in Plaintiff's Case Management Conference Statement, the State Defendants shall address the following issues:

    1.)    Whether, when as an "agent of the United States" the State Defendants receive applications for and provide to workers trade adjustment

1 | assistance under the Trade Act of 1974 (*see* 19 U.S.C.A. § 2311(a)(1)), they are acting as an "authority of the Government of the United States" for purposes of the Administrative Procedures Act (*see* 5 U.S.C.A. § 701(b)(1)).

2.) Whether, under the guidance of *Blessing v. Freestone*, 520 U.S. 329 (1997) and its progeny, the Trade Act of 1974 gives rise to a federal "right."

3.) Whether, assuming the Trade Act of 1974 does give rise to a federal "right," Congress "specifically foreclosed a remedy under § 1983" for violations of that right. *See Blessing v. Freestone*, 520 U.S. at 341.

Dated: *7/21/08*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 2*