UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

MAGISTRATE PATRICIA V. TRUMBULL

Date: 8/12/08

Court Reporter: Summer Clanton      Clerk: Corinne Lew

Case No: C 07-06268 PVT      Case Title: Reza Nagahi  v.  California EDD, et al.,

| Appearances for Plaintiff(s) | Appearances for Defendants(s) |
|---|---|
| Reza Nagahi | Charlton G. Holland |
|  | Claire T. Cormier |

## PROCEEDINGS

Pretrial Conferences:   [ ] Initial      [ ] Status      [ ] Discovery

[ ] Settlement      [ ] Final

[ ] Other      [ ] Case Management Conference

| Pltf. | Deft. | MOTIONS |
|---|---|---|
| [ ] | [X] | 1. Motions to Dismiss |
| [ ] | [ ] | 2. |
| [ ] | [ ] | 3. |
| [ ] | [ ] | 4. |

## DISPOSITION

[ ] Granted          [X] Submitted          [ ] Settled

[ ] Denied           [ ] Briefs to be filed     [ ] Not Settled

[ ] Granted in part, denied in part           [ ] Off Calendar

[ ]

## ORDER TO BE PREPARED BY

[ ] Plaintiff       [ ] Defendant       [X] Court       [ ] Court w/opinion