JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, | Case No. C 07-06268 PVT |
| Plaintiff, | **DEFENDANT'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; DECLARATION OF CLAIRE T. CORMIER** |
| v. | |
| CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., | |
| Defendants. | |

    Pursuant to Civil L.R. 7-11, defendant Elaine Chao, Secretary of the Department of Labor, brings this motion for administrative relief seeking a continuance of the upcoming case management conference. Defendant's counsel attempted to obtain plaintiff's agreement to the relief sought herein, but plaintiff advised that he would not agree to the requested continuance. Counsel for the State Defendants, Charlton Holland, has stated that he does not object to the proposed continuance.[1]

//

---

[1] The factual matters stated herein are supported by the accompanying declaration of Claire T. Cormier or by the Court's docket.

MOTION TO CONTINUE CMC; CORMIER DECL.
Case No. C07-06268 PVT

On July 3, 2008, the Court issued an order which, among other things, scheduled the upcoming September 16, 2008 case management conference. After the date was set, the hearing on defendants' respective motions to dismiss was continued to August 12, 2008 .

Because there has been no decision issued on the motions to dismiss, counsel for the federal defendant requests that the case management conference be vacated and that the Court set a new case management conference date, if necessary, after a decision on the pending motions to dismiss.

Respectfully submitted,

DATED: September 9, 2008    JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

## DECLARATION OF CLAIRE T. CORMIER

I, Claire T. Cormier, declare as follows:

1. I am an attorney in good standing with the bar of this Court. I represent defendant Elaine Chao in this case.

2. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

3. On September 9, 2008, I e-mailed plaintiff Reza Nagahi and counsel for the state defendants, Charlton Holland. I suggested that we file a stipulation seeking a continuance of the September 16, 2008 case management conference because there had been no decision issued from the Court on the pending motions to dismiss. Mr. Holland agreed. Mr. Nagahi did not. Accordingly, I advised them that I would file a request with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2008, at San Jose, California

_____/s/_____
Claire T. Cormier