JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Defendant
Elaine Chao,
Secretary, Department of Labor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>            Plaintiff,<br><br>      v.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, et al.,<br><br>            Defendants. | Case No. C 07-06268 PVT<br><br>**[PROPOSED] ORDER GRANTING**<br>**DEFENDANT'S MOTION TO**<br>**CONTINUE CASE MANAGEMENT**<br>**CONFERENCE** |

        Pursuant to the motion filed by defendant Elaine Chao and good cause appearing, IT IS

HEREBY ORDERED that the currently scheduled case management conference date of

September 16, 2008 is VACATED.   The Court will order a new case management conference

date, if necessary, after ruling on the pending motions to dismiss.

        IT IS SO ORDERED.


DATED: _____, 2008        _____
                                        PATRICIA V. TRUMBULL
                                        UNITED STATES MAGISTRATE JUDGE