1
2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

3
4

REZA NAGAHI,                                    C 07-06268 PVT

            *Plaintiff(s),*

5
6

**CLERK'S NOTICE RESCHEDULING**
**CASE MANAGEMENT**
**CONFERENCE**

7

*vs.*

8

CALIFORNIA EMPLOYMENT DEVELOPMENT
DEPARTMENT., et al.,

9

            *Defendant(s).*

10

11

    Please take notice that the Case Management Conference currently scheduled for

12

September 16,  2008 has been continued to **October 21**, **2008 at 2:00 p.m.** before Magistrate

13

Patricia V. Trumbull**.**    Parties are to appear  in courtroom #5, 4th Floor of the U.S. Courthouse,

14

280 South First Street, San Jose, California.

15
16

Dated: September 10, 2008

/s/ Corinne Lew
_____

17

Corinne Lew
DEPUTY CLERK

18
19
20
21
22
23
24
25
26
27
28