UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: C 07-6268 PVT<br><br>**CORRECTION TO ORDER OF APRIL 20, 2009** |

    It has come to the court's attention that its order of April 20, 2009 contains an erroneous footnote. Footnote 1 of that order reads "As used herein, 'Trade Act' refers collectively to the". This footnote should have been omitted, because the term "Trade Act" was already defined on the first page of the order. Thus,

    IT IS HEREBY ORDERED that Footnote 1 of this court's April 20, 2009 order shall be disregarded, and in any published copy of the order Footnote 1 shall read as follows: "This footnote subsequently withdrawn by court."

Dated: *June 11, 2009*

                                                PATRICIA V. TRUMBULL
                                                United States Magistrate Judge