UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., <br><br> Defendants. | Case No.: C 07-6268 PVT <br><br> **ORDER REOPENING DISCOVERY AND SCHEDULING: 1) HEARING AND BRIEFING FOR SUMMARY JUDGMENT MOTIONS; AND 2) PRETRIAL CONFERENCE** |

On January 12, 2010, the parties appeared for a further trial setting conference. Based on the discussions at the conference,

IT IS HEREBY ORDERED that leave is granted for the parties to file belated motions for summary judgment to narrow the issues for trial. Any such motions shall be filed no later than February 9, 2010, for a hearing at 10:00 a.m. on March 16, 2010. Oppositions to any such motions shall be filed no later than March 2, 2010. Reply papers shall be filed no later than March 9, 2010.

IT IS FURTHER ORDERED that discovery is reopened. Any interrogatories, document requests and/or requests for admissions must be served no later than January 26, 2010. The parties are limited to no more than 25 interrogatories per side. Responses will be due 21 days after service. The parties shall meet and confer as soon as possible to schedule any depositions. The new discovery cutoff is March 16, 2010.

| | |
|---|---|
| 1 |      IT IS FURTHER ORDERED that the parties shall appear at 2:00 p.m. on April 6, 2010, for a |
| 2 | pretrial conference. |
| 3 | Dated: *1/13/10* |
| 4 |                                           PATRICIA V. TRUMBULL<br>                                          United States Magistrate Judge |

     IT IS FURTHER ORDERED that the parties shall appear at 2:00 p.m. on April 6, 2010, for a pretrial conference.

Dated: *1/13/10*

*[signature: Patricia V. Trumbull]*
PATRICIA V. TRUMBULL
United States Magistrate Judge