UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>    Defendants. | Case No.: C 07-6268 PVT<br><br>**ORDER *SUA SPONTE* RECONSIDERING AND VACATNIG ORDER DENYING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE DEFENDANT TOM CAMPBELL, SETTING ASIDE DISMISSAL OF CLAIMS AGAINST DEFENDANT TOM CAMPBELL; AND EXTENDING TIME FOR SERVICE** |

On January 12, 2010, the parties appeared for a further trial setting conference. At the conference Plaintiff brought to the attention of the court a pending request to further extend the time for serving Defendant Tom Campbell with the summons and complaint. After the conference, this court issued an order denying Plaintiff's request for the extension of time. At the time the court issued its order, it had not yet seen the supplemental filing by Plaintiff attaching the email in which defense counsel had agreed to accept service of process on behalf of Tom Campbell. Based on the request and the file herein,

IT IS HEREBY ORDERED that the court *sua sponte* reconsiders and vacates its prior order denying Plaintiff's request for an extension of time.[1] The dismissal of the claims against Defendant

---

[1] Prior to entry of a final judgment, a court may reconsider its own rulings, either *sua sponte* or upon motion by the parties. *See Amarel v. Connell*, 102 F3d 1494, 1515 (9th Cir. 1996) (citation omitted).

ORDER, *page 1*

Tom Campbell is hereby set aside.

IT IS FURTHER ORDERED that Plaintiff shall promptly serve Defendant Campbell by delivering to defense counsel, pursuant to counsel's email agreeing to accept service of process, copies of the complaint and summons. The time for such service is extended to January 26, 2010.

Dated: 1/14/2010

PATRICIA V. TRUMBULL
United States Magistrate Judge