UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA EMPLOYMENT<br>DEVELOPMENT DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.: C 07-6268 PVT<br><br>**ORDER RE PLAINTIFF'S REQUEST FOR LEAVE TO FILE MOTION TO COMPEL** |

On April 7, 2010, Plaintiff filed an *Ex Parte* Motion for Extension of Time to Oppose Defendants' Motion for Summary Judgment and for Leave to File Cross-Motion for Summary Judgment. In the motion, Plaintiff also included a request for leave to file a motion to compel discovery for hearing on June 1, 2010, based on the fact Defendants have not yet completed responding to Plaintiff's discovery requests. Defendants did not respond to Plaintiff's request for leave to file the motion to compel. Based on the request and the file herein,

IT IS HEREBY ORDERED that Plaintiff's request for leave to file a motion to compel discovery for hearing on June 1, 2010 is GRANTED.

Dated: *4/14/10*

　　　　　　　　　　　　　　　　　　　　　　*Patricia V. Trumbull*
　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　          　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*