UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>        Plaintiff,<br><br>  v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>        Defendants. | Case No.: C 07-6268 PVT<br><br>**ORDER S**CHEDULING **T**RIAL AND **P**RETRIAL **C**ONFERENCE **P**ROCEEDINGS**; AND**<br><br>**ORDER R**EFERRING **P**ARTIES TO **M**AGISTRATE **J**UDGE **L**LOYD FOR A **F**URTHER **S**ETTLEMENT **C**ONFERENCE |

On June 15, 2010, the parties appeared for a trial setting conference. Based on the discussions at the conference and the file herein,

IT IS HEREBY ORDERED that trial is set to begin at 9:30 a.m. on August 30, 2010.

IT IS FURTHER ORDERED that the parties shall appear for a pretrial conference at 2:00 p.m. on August 24, 2010. The parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull (Rev. June 2008), a copy of which is available from the clerk of the court,[1] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions. The court notes that trial by a jury is not

---

[1] A copy of Judge Trumbull's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes 06/10/08."

ORDER, *page 1*

available for at least one of the causes of action.  *See, e.g., Western Radio Services Co. v. U.S. Forest Service*, 578 F.3d 1116, 1123 (9th Cir. 2009) (noting that the Administrative Procedures Act does not provide a right to a trial by jury).  Thus, the parties will need to file proposed findings of fact and conclusions of law for the non-jury causes of action, and proposed jury instructions for the jury causes of action.

IT IS FURTHER ORDERED that the parties are referred to Magistrate Judge Howard R. Lloyd for a further settlement conference at the earliest possible date.  Defense counsel shall immediately meet and confer with Plaintiff regarding scheduling the settlement conference, and shall coordinate the schedule with Magistrate Judge Lloyd's chambers.  A representative of Defendants with full settlement authority must attend the settlement conference.  Unless leave of this court is obtained prior to the settlement conference, Supervising Deputy Attorney General Susan M. Carson shall personally attend the settlement conference.  Absent clear and documented medical advice to the contrary, all of the individual Defendants must also attend the settlement conference.[2]

Dated: *6/24/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2] Regardless of who has ultimate settlement authority, the individual Defendants have the factual knowledge regarding what occurred during the processing of Plaintiff's Trade Act claims.  Such information may be necessary to facilitate settlement discussions.  It appears from Defendants' motion for summary judgment that defense counsel lacks a clear understanding of the facts of the case.

ORDER, *page 2*