EDMUND G. BROWN JR.
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
GEORGE PRINCE
Deputy Attorney General
State Bar No. 133877
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5749
  Fax:  (415) 703-5480
  E-mail:  George.Prince@doj.ca.gov
*Attorneys for Defendants*
*Employment Development Department*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REZA NAGAHI,**<br><br>                         Plaintiff,<br><br>v.<br><br>**CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT; DEBORAH BRONOW, JAMES CRAWLEY, PAULINE GEE, TALBOTT A. SMITH, FORREST E. BOOMER, PETER KINDSCHI, and TOM CAMPBELL, in their individual and official capacities, as present or former officers of California Employment Development Department; ELAINE L. CHAO, in her official capacity, as the United States Secretary of Labor; and DOES ONE through TEN, inclusive,**<br><br>                        Defendants. | Case No. C 07-06268 PVT<br><br>STIPULATION AND ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS |

The parties have conferred and agreed that due to a September 24, 2010-issue ordered by the Ninth Circuit Court of Appeals for oral argument on an emergency motion in an unrelated case that defense counsel must argue, plaintiff's motion for sanctions and trial setting conference, now set for September 28, 2010, should be continued until Tuesday, October 5, 2010. The hearing will take place at 10:00 a.m. at the court's regularly scheduled civil law and motion calendar.

Dated:  September 27, 2010                         /s/ Reza Nagahi
                                                   _____
                                                   REZA NEGAHI
                                                   *Plaintiff Pro Se*

Dated:  September 27, 2010                         /s/ George Prince
                                                   _____
                                                   GEORGE PRINCE
                                                   *Attorneys for Defendants*

GENERAL ORDER 45 ATTESTATION

I, George Prince, am the ECF user whose ID and password are being used to file this stipulation and proposed order.  In compliance with General Order 45, X.B., I hereby attest that plaintiff Reza Nagahi has concurred in the filing of this document with his electronic signature.

Dated:  September 27, 2010                         /s/ George Prince
                                                   _____
                                                   GEORGE PRINCE
                                                   *Attorneys for Defendants*

For good cause shown, the hearing on plaintiff's motion for sanctions and trial setting conference is continued until Tuesday, October 5, 2010.  The hearing will take place at 10:00 a.m. at the court's regularly scheduled civil law and motion calendar.

IT IS SO ORDERED.

Dated:  _____9/27/10_____                   *[signature]*
                                                   PATRICIA V. TRUMBULL
                                                   United States Magistrate Judge

SF2007403425
20346105.doc