1  REZA NAGAHI
2  840 Park Drive, Apt. C
   Mountain View, CA 94040
   (650) 965-1939
3  nagahi@hotmail.com

4  Plaintiff, *Pro Se*

5
6
7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN JOSE DIVISION

11 **REZA NAGAHI**,                ) Case No.: **CV-07-6268-JF**
                                   )
12                    Plaintiff,   )
                                   ) [PROPOSED] **ORDER GRANTING**
13       vs.                       ) **PLAINTIFF'S EX PARTE MOTION TO**
                                   ) **EXTEND TIME TO OPPOSE**
14 **CALIFORNIA EMPLOYMENT**       ) **DEFENDANTS' MOTION FOR**
   **DEVELOPMENT DEPARTMENT**, *et al.*, ) **SUMMARY JUDGMENT**
                                   )
15                    Defendants.  )

16   On March 4, 2011, Plaintiff filed an *ex parte* motion to extend the time for filing his
17 opposition to Defendants' motion for summary judgment. Having considered the moving
18 papers, the Court finds it appropriate to issue this order without further briefing or oral
19 argument. Based on the moving papers submitted,
20   IT IS HEREBY ORDERED that Plaintiff shall file his opposition to Defendants motion
21 for summary judgment on March 5, 2011. Defendants shall file their reply on March 11, 2011.
22 DATED, _____March 4_, 2011.
23
                                          _____
24                                        JEREMY FOGEL
                                          United States District Judge
25
26
27
28

[Proposed] Order, *page 1*