**E-Filed 3/4/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>               Plaintiff,<br>vs.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, *et al.*,<br><br>               Defendants. | Case No. 5:07-cv-06268-JF (PSG)<br><br>ORDER[1] AMENDING BRIEFING SCHEDULE, VACATING HEARING DATE, AND GRANTING PLAINTIFF'S MOTION TO FILE EXCESS PAGES<br><br>[Re: Docket Nos. 205, 206] |

      Plaintiff Reza Nagahi ("Nagahi") requests that his motion for summary judgment be heard on shortened time pursuant to Civ. L.R. 6-3. Nagahi filed notice of his intent to move for summary judgment on February 18, 2011.[2] However, he did not file a brief in support of the

---

[1] This disposition is not designated for publication in the official reports.

[2] Notice of Cross-Motion for Summary Judgment, Dkt. 204. In addition to filing notice on February 18, 2011, Nagahi filed a proposed order. Proposed Order Granting Plaintiff's Cross-Motion for Summary Judgment, Dkt. 204-1.

1

Case No. 5:07-cv-06268-JF (PSG)
ORDER AMENDING BRIEFING SCHEDULE, VACATING HEARING DATE, AND GRANTING PLAINTIFF'S MOTION TO FILE EXCESS PAGES
(JFLC1)

motion until February 23, 2011.[3]  Currently, the cross-motions for summary judgment are set for hearing on March 25, 2011.  Defendants oppose Nagahi's request, claiming that he has taken advantage of the intervening time to craft his arguments in response to those made in Defendants' motion for summary judgment.  Moreover, Defendants contend that Nagahi's untimely filing has deprived them of adequate time to prepare opposition to Nagahi's motion.

In light of the apparent burden that would be placed on Defendants if they were required to oppose Nagahi's motion in the time remaining before March 25, 2011, the Court will amend the briefing schedule as to Nagahi's motion for summary judgment and vacate the hearing date. In addition, the Court concludes that Nagahi's motion for leave to file excess pages in support of his motion for summary judgment is well-taken.

## ORDER

For the reasons set forth above, Plaintiff's motion for shortened time is TERMINATED as moot.  The motion for administrative relief from page limitation is GRANTED, and the Court will adopt the following schedule:

| | |
|---|---|
| Friday, March 18, 2011 | Last day for Defendants to file and serve opposition to Plaintiff's motion for summary judgment |
| Friday, March 25, 2011 | Last day for Plaintiff to file and serve a reply in support of his motion for summary judgment |
| Friday, April 15, 2011 | Hearing date for the parties' cross-motions for summary judgment[4] |

---

[3] Plaintiff's Memorandum of Points and Authorities in Support of Cross-Motion for Summary Judgment, Dkt. 207.

[4] Although the hearing date for the parties' cross-motions for summary judgment will be moved to April 15, 2011, the briefing schedule as to Defendants' motion for summary judgment will remain in place. Opposition to Defendants' motion is due not later than March 5, 2011.  *See* Order Granting Plaintiff's *Ex Parte* Motion to Extend Time to Oppose Defendants' Motion for Summary Judgment, Dkt. 212.  Defendants may file a brief in reply not later than March 11, 2011.

1
2  **IT IS SO ORDERED.**
3
4  DATED: March 4, 2011
5  _____
   JEREMY FOGEL
   United States District Judge
6
...
28

3

Case No. 5:07-cv-06268-JF (PSG)
ORDER AMENDING BRIEFING SCHEDULE, VACATING HEARING DATE, AND GRANTING PLAINTIFF'S MOTION TO FILE EXCESS PAGES
(JFLC1)