**E-Filed 3/28/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>                Plaintiff,<br>    vs.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, *et al.*,<br><br>                Defendants. | Case No. 5:07-cv-06268-JF (PSG)<br><br>ORDER[1] GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND TIME TO REPLY TO DEFENDANTS' OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT<br><br>[Re: Docket No. 221] |

      Plaintiff Reza Nagahi seeks an extension of time to reply to Defendants' opposition to his motion for summary judgment. The motion appears well-taken. Plaintiff's reply brief shall be filed no later than March 30, 2011, and shall adhere to the page-limit restrictions set forth in Civ. L.R. 7-4(b). The Court will consider simultaneously all arguments related to the parties' cross-motions for summary judgment. Thus, Plaintiff need not address any arguments related to Defendants' motion for summary judgment in his reply brief.

---

[1] This disposition is not designated for publication in the official reports.

1

Case No. 5:07-cv-06268-JF (PSG)
ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND TIME TO REPLY TO DEFENDANTS' OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT
(JFLC1)

# **ORDER**

For the reasons set forth above, Plaintiff's *ex parte* motion is GRANTED.

**IT IS SO ORDERED.**

DATED: March 28, 2011

_____
JEREMY FOGEL
United States District Judge

2

Case No. 5:07-cv-06268-JF (PSG)
ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION TO EXTEND TIME TO REPLY TO DEFENDANTS' OPPOSITION TO CROSS-MOTION FOR SUMMARY JUDGMENT
(JFLC1)