**E-Filed 11/1/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., <br><br> Defendants. | Case Number 5:07-cv-06268-JF (PSG) <br><br> ORDER DIRECTING CLERK TO SEAL CERTAIN DOCUMENTS |

The Clerk is directed to seal the following documents:

Docket entry 116-1;
Docket entry 125-2;
Docket entry 202-2; and
Docket entry 219-3.

The documents shall remain sealed for a period of ten (10) years.  At the expiration of that period, Plaintiff may file a motion seeking to keep the documents sealed for a longer period of time.

DATED: 11/1/2011

_____
JEREMY FOGEL
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al., <br><br> Defendants. | Case Number 5:07-cv-06268-JF (PSG) <br><br> CERTIFICATE OF SERVICE |

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

    On Tuesday, November 1, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Reza Nagahi  
840 Park Drive  
Apt. C  
Mountain View, CA 94040

DATED:  11/1/2011

For the Court  
Richard W. Weiking, Clerk

By: _____/s/_____  
Snooki Puli  
Clerks Office Supervisor