UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>        Plaintiff,<br><br>   v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et. al.,<br><br>        Defendants. | Case No.  5:07-cv-06268 JF<br><br>**ORDER DIRECTING CLERK TO REASSIGN CASE** |

On July 25, 2014, the Ninth Circuit issued an order remanding this action to the district court for further proceedings.  See Docket Item No. 255.  Mandate thereafter issued on October 15, 2014.  See Docket Item No. 260.  The action was then referred to the undersigned as the general duty judge to determine whether the action should be reassigned in light of Judge Jeremy Fogel's unavailability.

Having reviewed this action, the court has determined that further judicial supervision may be necessary in order to implement the Ninth Circuit's instructions on remand and to finally resolve the issues presented.  Accordingly, the Clerk shall reassign this case according to the relevant portions of this district's assignment plan.

**IT IS SO ORDERED**.

Dated:  October 17, 2014



EDWARD J. DAVILA
United States District Judge

Case No. 5:07-cv-06268 JF
ORDER DIRECTING CLERK TO REASSIGN CASE