REZA NAGAHI
No U.S. Address or Phone Number
nagahi@hotmail.com

Plaintiff, *Pro Se*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **REZA NAGAHI**, <br> Plaintiff, <br> vs. <br> **CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.**, <br> Defendants. | Case No.: **C07-06268-EJD** <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT STATEMENT, and RELIEF FROM REQUIREMENT UNDER Civil L.R. 5-1(e)(7)** |

On January 2, 2015, Plaintiff Reza Nagahi filed an application for extension of time to file case management conference statement and to be relieved of filing the chambers copy of court filings. Based on the moving papers and file herein,

IT IS HEREBY ORDERED that the time Plaintiff shall serve and file his case management statement be extended to __4/2/2015__ and the case management conference be rescheduled to __4/9/2015__ at 10:00 a.m.; and

IT IF FURTHER ORDERED that Plaintiff is relieved of the requirement to file the chambers copy of the case management conference statement only.

Dated: January 5, 2015

EDWARD J. DAVILA
United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION OF TIME          1
Case No.: C07-06268-EJD