1
2
3
4
5
6
7                        UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10

11  REZA NAGAHI,                              Case No.  5:07-cv-06268-EJD
                    Plaintiff,
12                                            **ORDER RESETTING CASE**
         v.                                   **MANAGEMENT CONFERENCE**
13
    CALIFORNIA EMPLOYMENT
14  DEVELOPMENT DEPARTMENT, et al.,
15                  Defendants.

16          On March 27, 2015, Plaintiff Reza Nagahi ("Plaintiff") requested a second continuance of

17  the Case Management Conference originally scheduled upon remand from the Ninth Circuit Court

18  of Appeals.  The court granted Plaintiff's request and continued the conference to May 28, 2015,

19  more than 60 days from the date of Plaintiff's request.  Thereafter, on March 30, 2015, Plaintiff

20  filed a document informing the court he would be unable to meet the rescheduled deadlines due to

21  health issues.

22          It is not the court's intent to complicate Plaintiff's health condition.  However, Plaintiff

23  must understand that this case is his to prosecute, and although he is pro se "he is expected to

24  abide by the rules of the court in which he litigates."  Carter v. Comm'r, 784 F.2d 1006, 1008 (9th

25  Cir. 1986).  The filing of a case management conference statement and participation in a

26  scheduling conference, whether in person or by telephone, are not extraordinarily burdensome

27  tasks.  Both of these events can occur before or while motions are pending in the Court of

28

United States District Court
Northern District of California

1   Appeals, and Plaintiff's more recent pleadings demonstrate he is at least capable of filing a case

2   management conference statement.

3           Accordingly, since Plaintiff states the prior amount of time was inadequate, the Case

4   Management Conference is continued to **10:00 a.m. on June 25, 2015**.  The parties shall file a

5   Joint Case Management Statement, or separate statements under Civil Local Rule 16-9, on or

6   before **June 18, 2015**.

7

8           **IT IS SO ORDERED.**

9   Dated:  March 30, 2015

10  

11  EDWARD J. DAVILA
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 5:07-cv-06268-EJD
ORDER RESETTING CASE MANAGEMENT CONFERENCE

United States District Court
Northern District of California