UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>          Plaintiff,<br><br>     v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>          Defendants. | Case No.  5:07-cv-06268-EJD<br><br>**ORDER GRANTING MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 319 |

The motion to reschedule the case management conference (Dkt. No 319) is GRANTED. The case management conference scheduled for August 4, 2016, is ADVANCED to **11:00 a.m. on July 28, 2016.**

The parties shall file separate case management conference statements according to Civil Local Rule 16-9 on or before **July 14, 2016.**  The State Defendants may file their statement on any date prior to July 14, 2016.

**IT IS SO ORDERED.**

Dated:  June 21, 2016

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:07-cv-06268-EJD
ORDER GRANTING MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE