UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>  Defendants. | Case No. 5:07-cv-06268-EJD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**<br><br>Re: Dkt. No. 337 |

Plaintiff Reza Nagahi's motion to proceed in forma pauperis on appeal (Docket Item No. 337) is GRANTED.

**IT IS SO ORDERED.**

Dated: January 24, 2018

 _____
 EDWARD J. DAVILA
 United States District Judge

Case No.: 5:07-cv-06268-EJD
ORDER GRANTING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS
1