UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REZA NAGAHI,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA EMPLOYMENT DEVELOPMENT DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 5:07-cv-06268-EJD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PRODUCE TRANSCRIPTS AT GOVERNMENT EXPENSE**<br><br>Re: Dkt. No. 344 |

Plaintiff's motion to produce transcripts at government expense is GRANTED. *See* 28 U.S.C. § 753(f). The Court authorizes the production of transcripts for the following dates: December 3, 2015 (Pretrial Conference, Dkt. No. 292); April 21, 2016 (Status Conference, Dkt. No. 310); and July 28, 2016 (Further Case Management Conference, Dkt. No. 324). Plaintiff's requests for waivers under various Civil Local Rules are TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: March 2, 2018

EDWARD J. DAVILA
United States District Judge